# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| BRIAN DONLEY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC., MICHAEL RAPINO, and JOE BERCHTOLD,<br><br>Defendants. | Case No. 2:23-cv-06343-RGK (ASx)<br><br>[PROPOSED] ORDER GRANTING STIPULATION REGARDING TIME FOR DEFENDANTS TO RESPOND TO THE COMPLAINT [13]<br><br>Hon. R Gary Klausner |

Defendants Live Nation Entertainment, Inc. ("Live Nation"), Michael Rapino, Joe Berchtold (collectively "Defendants") and Plaintiff Brian Donley ("Plaintiff")  and good cause appearing therefore, the Court hereby ORDERS that:

1.    Defendants shall not be required to respond to the Complaint filed in the above-captioned action.  The Court finds because the special procedures specified in the PSLRA, including (i) the appointment of s lead plaintiff, (ii) the filing of a single consolidated complaint by the Court-appointed lead plaintiff and counsel, and (iii) the stay of all discovery and other proceedings during the pendency of any motion to dismiss, that Defendants do not have to respond to the current Complaint.

///

///

LATHAM&WATKINS LLP
ATTORNEYS AT LAW

2.     Within 10 days following the appointment of the Court-appointed lead plaintiff, Defendants and the lead plaintiff will meet and confer and submit a schedule for the filing of a consolidated complaint and Defendants' response thereto.

IT IS SO ORDERED.

Dated: 9/27/2023                    By: _____

HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE