Robert V. Prongay (SBN 270796)
 *rprongay@glancylaw.com*
Charles Linehan (SBN 307439)
 *clinehan@glancylaw.com*
Pavithra Rajesh (SBN 323055)
 *prajesh@glancylaw.com*
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for Lead Plaintiff Movant*
*Brian Donley*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN DONLEY, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC., MICHAEL RAPINO, and JOE BERCHTOLD,<br><br>Defendants. | Case No. 2:23-cv-06343-RGK-AS<br><br>**DECLARATION OF CHARLES H. LINEHAN IN SUPPORT OF MOTION OF BRIAN DONLEY FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL** |

I, Charles H. Linehan, declare as follows:

1.    I am an attorney with the law firm of Glancy Prongay & Murray LLP, counsel for Lead Plaintiff Movant Brian Donley ("Donley"), and proposed Lead Counsel for the class in the above-captioned action. I make this declaration in support of Donley's Motion for Appointment as Lead Plaintiff and Approval of Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    Attached hereto are true and correct copies of the following exhibits:

Exhibit A:    Notice published in *Business Wire* on August 4, 2023, announcing the pendency of the above-captioned securities class action against the Defendants herein;

Exhibit B:    Analysis of Donley's financial interest; and

Exhibit C:    Firm résumé of Glancy Prongay & Murray LLP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 3rd day of October 2023, at Los Angeles, California.

_s/ Charles H. Linehan_
Charles H. Linehan

## <u>PROOF OF SERVICE BY ELECTRONIC POSTING</u>

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old. On October 3, 2023, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 3, 2023, at Los Angeles, California.

*s/ Charles H. Linehan*
Charles H. Linehan