# EXHIBIT B

## Financial Interest Analysis

**Company Name:** Live Nation Entertainment, Inc.
**Ticker:** LYV
**Class Period:** February 23, 2022 to July 28, 2023
**Name:** Brian Donley

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 7/25/2023 | 5 | $97.2500 | -$486.2500 | | $0.0000 | -$486.25 |

| | | | 90-Day Average Price | Shares Retained | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | **5** | | | | **Subtotal:** | **-$486.25** |
| | | | **90-Day Average Price** | **Shares Retained** | **90-Day Average:** | $420.71 |
| | | | $84.1417 | 5 | **Total:** | **-$65.54** |

Notes

The 90-Day Average Price used in this loss chart is the average closing price between July 28, 2023 and October 2, 2023.