# Exhibit 3

**Live Nation Entertainment, Inc. Loss Chart**
**Class Period: February 23, 2022 through July, 28, 2023**

| Name | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | $84.00 |
| Gene Gress | 6/21/2023 | 25 | ($88.84) | ($2,221.00) | | | | | | | | |
| | 6/22/2023 | 25 | ($88.56) | ($2,214.00) | | | | | | | | |
| | | 50 | | ($4,435.00) | | | | | 50 | $4,200.13 | ($234.87) | |