**DENIED BY THE COURT**
**No good cause shown.**

By: _____Gary Klausner_____
Hon. R. Gary Klausner
U.S. District Judge
Dated: **10/30/2023**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN DONLEY, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC., MICHAEL RAPINO, and JOE BERCHTOLD,<br><br>Defendants. | No. 2:23-cv-06343-RGK-AS<br><br>~~[PROPOSED]~~ ORDER REGARDING SCHEDULE FOR AMENDED COMPLAINT AND DEFENDANTS' RESPONSE [28]<br><br><u>CLASS ACTION</u> |

The Joint Stipulation Proposing Schedule for Amended Complaint and Defendants' Response having been considered, and good cause appearing therefor, IT IS HEREBY ORDERED, that:

1. Plaintiffs will file their amended complaint on or by December 1, 2023;

2. Defendants will move to dismiss or otherwise respond to the amended complaint on or by December 22, 2023;

---

1

[PROPOSED] ORDER REGARDING SCHEDULE FOR AMENDED COMPLAINT AND
DEFENDANTS' RESPONSE; No. 2:23-cv-06343-RGK-AS

3. If Defendants move to dismiss the amended complaint, (1) Plaintiffs will file their opposition to Defendants' motion to dismiss on or by January 16, 2024; and (2) Defendants will file their reply on or by January 30, 2024.

IT IS SO ORDERED.

Dated: _____, 2023

**DENIED BY THE COURT**

HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE