# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION

| | |
|---|---|
| BRIAN DONLEY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC., MICHAEL RAPINO, and JOE BERCHTOLD,<br><br>Defendants. | Case No. 2:23-cv-06343-KK (ASx)<br><br>**[PROPOSED] ORDER GRANTING STIPULATION REGARDING MOTION TO DISMISS BRIEFING SCHEDULE**<br><br>Hon. Kenly Kiya Kato |

<p>
<p>
<p>
<p>
<p>
<p>
<p>

<p>
<p>
<p>
<p>
<p>

<p>
<p>

<p>

<p>
<p>

<p>
<p>
<p>

<p>
<p>

<p>

<p>
<p>

<p>
<p>
<p>

<p>
<p>

<p>
<p>

<p>
<p>
<p>

<p>
<p>

<p>
<p>

<p>
<p>
<p>

<p>
<p>

<p>
<p>

<p>

<p>
<p>

<p>
<p>

<p>
<p>
<p>

<p>
<p>

<p>
<p>

<p>

<p>
<p>

<p>

<p>

<p>

<p>
<p>

<p>

<p>
<p>

<p>
<p>
<p>

<p>
<p>

<p>

<p>

<p>

<p>

<p>

<p>

<p>
<p>
<p>

<p>

<p>
<p>
<p>
<p>

<p>
<p>
<p>
<p>

<p>

<p>

<p>

<p>
<p>
<p>
<p>

<p>
<p>
<p>

<p>

<p>

<p>

<p>

<p>
<p>

<p>

<p>

<p>
<p>

<p>
<p>
<p>
<p>

<p>
<p>

<p>

<p>

<p>
<p>
<p>
<p>
<p>

<p>

<p>

<p>
<p>
<p>
<p>

<p>

<p>

<p>

<p>

<p>

<p>
<p>

<p>
<p>

<p>
<p>

<p>
<p>

<p>

<p>

<p>

<p>

<p>

<p>

<p>

<p>

<p>
<p>

<p>

<p>

# [PROPOSED] ORDER

THIS MATTER having come before the Court by way of Defendants Live Nation Entertainment, Inc. ("Live Nation"), Michael Rapino, Joe Berchtold (collectively "Defendants") and Plaintiffs Brian Donley and Gene Gress ("Plaintiffs") Stipulation Regarding Motion to Dismiss Briefing Schedule, and good cause appearing therefore, the Court hereby ORDERS that:

1. Defendants motion to dismiss the Amended Complaint will be due December 22, 2023.
2. Plaintiffs' opposition to Defendant's motion to dismiss will be due by January 19, 2024.
3. Defendants' reply in support of their motion to dismiss will be due February 2, 2024.
4. Defendants will notice the hearing on their Motion to Dismiss consistent with this Court's Standing Order.

IT IS SO ORDERED.

Dated: _____          By: _____
                                    HONORABLE KENLY KIYA KATO
                                    UNITED STATES DISTRICT JUDGE