# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| BRIAN DONLEY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC., MICHAEL RAPINO, and JOE BERCHTOLD,<br><br>Defendants. | Case No. 2:23-cv-06343-KK (ASx)<br><br>**ORDER GRANTING STIPULATION REGARDING MOTION TO DISMISS BRIEFING SCHEDULE**<br>**[NOTE CHANGES BY COURT]**<br><br>Hon. Kenly Kiya Kato |

# ORDER

THIS MATTER having come before the Court by way of Defendants Live Nation Entertainment, Inc. ("Live Nation"), Michael Rapino, Joe Berchtold (collectively "Defendants") and Plaintiffs Brian Donley and Gene Gress ("Plaintiffs") Stipulation Regarding Motion to Dismiss Briefing Schedule, and good cause appearing therefore, the Court hereby ORDERS that:

1. Defendants' motion to dismiss the Amended Complaint will be due December 22, 2023.
2. Plaintiffs' opposition to Defendants' motion to dismiss will be due January 11, 2024.
3. Defendants' reply in support of their motion to dismiss will be due January 25, 2024.
4. The motion to dismiss will be taken under submission once briefing is complete unless otherwise ordered.

IT IS SO ORDERED.

Dated: December 19, 2023      By: _____
                                  HONORABLE KENLY KIYA KATO
                                  UNITED STATES DISTRICT JUDGE