LATHAM & WATKINS LLP
Melanie M. Blunschi (CA Bar No. 234264)
  *melanie.blunschi@lw.com*
Elizabeth J. Cheng (CA Bar No. 342131)
  *liz.cheng@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile:  +1.415.395.8095

Gregory Mortenson (*pro hac vice* forthcoming)
  *gregory.mortenson@lw.com*
1271 Avenue of the Americas
New York, NY 10020
Telephone: +1.212.906.1200
Facsimile:  +1.212.751.4864

*Attorneys for Defendants Live Nation
Entertainment, Inc., Michael Rapino,
and Joe Berchtold*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION

| | |
|---|---|
| BRIAN DONLEY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC., MICHAEL RAPINO, and JOE BERCHTOLD,<br><br>Defendants. | Case No. 2:23-cv-06343-KK-AS(x)<br><br>**DECLARATION OF MELANIE M. BLUNSCHI IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS AMENDED CLASS ACTION COMPLAINT**<br><br>Judge:  Hon. Kenly Kiya Kato<br>Date:   None Set Per Dkt. 43<br>Time:  None<br>Place:  Courtroom  3 |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW

BLUNSCHI  DECL. ISO
MOTION TO DISMISS AM.
CLASS ACTION COMPL.
Case No. 2:23-cv-06343-KK-AS(x)

I, Melanie M. Blunschi, declare as follows:

1.    I am a partner with the law firm of Latham & Watkins LLP and am counsel for Defendants Live Nation Entertainment, Inc. ("Live Nation"), Michael Rapino, and Joe Berchtold (collectively "Defendants") in the above-captioned litigation.

2.    I am a member in good standing with the State Bar of California, and I am admitted to practice before this Court. I have personal knowledge of the facts set forth in this declaration, and if called as a witness, could and would testify competently thereto.

3.    I respectfully submit this declaration in support of Defendants' Motion to Dismiss the Amended Class Action Complaint.

4.    On December 15, 2023, counsel for Defendants met and conferred via videoconference with Plaintiffs' counsel in accordance with Local Rule 7-3. At this virtual meeting, Defendants' counsel explained to Plaintiffs' counsel the grounds on which Defendants intended to move to dismiss the Amended Class Action Complaint for Violations of the Federal Securities Laws ("Complaint"). Plaintiffs' counsel has declined to amend or withdraw the Complaint.

5.    Attached hereto as **Exhibit 1** is a chart listing and numbering the statements challenged by Plaintiffs in their Complaint.

6.    Attached hereto as **Exhibit 2** is a true and correct copy of Live Nation's Form 10-K for the period ended December 31, 2021, which was filed with the Securities and Exchange Commission ("SEC") on February 23, 2022 and is publicly available at https://www.sec.gov.

7.    Attached hereto as **Exhibit 3** is a compilation of true and correct copies of Michael Rapino's Form 4s filed during the putative class period with the SEC, which are publicly available at https://www.sec.gov.

8.    Attached hereto as **Exhibit 4** is a true and correct copy of a *New York Times* article entitled, "Justice Dept. is Said to Investigate Ticketmaster's Parent

LATHAM&WATKINS LLP
ATTORNEYS AT LAW

2

BLUNSCHI DECL. ISO
MOTION TO DISMISS AM.
CLASS ACTION COMPL.
Case No. 2:23-cv-06343-KK-AS(x)

Company," originally published on November 18, 2022 and updated January 24, 2023, which is publicly available at https://www.nytimes.com/2022/11/18/technology/live-nation-ticketmaster-investigation-taylor-swift.html.

9. Attached hereto as **Exhibit 5** is a true and correct copy of Live Nation's statement entitled, "A Statement From Live Nation Entertainment," dated November 19, 2022, which is publicly available at https://www.livenationentertainment.com/2022/11/a-statement-from-live-nation-entertainment-2/.

10. Attached hereto as **Exhibit 6** is a true and correct copy of the opening statement by Joe Berchtold re: Testimony before the United States Senate Judiciary Committee on January 24, 2023, which is publicly available at https://www.judiciary.senate.gov/imo/media/doc/Testimony%20-%20Berchtold%20-%202023-01-24.pdf.

11. Attached hereto as **Exhibit 7** is a true and correct copy of Live Nation's Form 8-K, filed with the SEC on February 23, 2023, which attached as Ex. 99-1 a press release entitled, "Live Nation Entertainment Reports Fourth Quarter & Full Year 2022 Results," and is publicly available at https://www.sec.gov.

12. Attached hereto as **Exhibit 8** is a true and correct copy of Live Nation's Form 10-K for the period ended December 31, 2022, which was filed with the SEC on February 23, 2023 and is publicly available at https://www.sec.gov.

13. Attached hereto as **Exhibit 9** is a true and correct copy of a *NPR* article entitled, "Senators are calling on the Justice Department to look into Ticketmaster's practices," dated February 23, 2023, which is publicly available at https://www.npr.org/2023/02/23/1158998797/ticketmaster-letter-senators-justice-department.

14. Attached hereto as **Exhibit 10** is a true and correct copy of Live Nation's statement entitled, "Statement from Live Nation Entertainment," dated

LATHAM&WATKINS LLP
ATTORNEYS AT LAW

3

BLUNSCHI DECL. ISO
MOTION TO DISMISS AM.
CLASS ACTION COMPL.
Case No. 2:23-cv-06343-KK-AS(x)

February 23, 2023, which is publicly available at https://www.livenationentertainment.com/2023/02/statement-from-live-nation-entertainment/.

15.    Attached hereto as **Exhibit 11** is a true and correct copy of a *Politico* article entitled, "Ticketmaster could face new threat this fall, sources say," dated July 28 2023, which is publicly available at https://www.politico.com/news/2023/07/28/feds-home-in-on-ticketmaster-antitrust-case-00108771.

16.    Attached hereto as **Exhibit 12** is a true and correct copy of a *CNBC* article entitled, "Senate subpoenas Live Nation, Ticketmaster amid investigation," dated November 20, 2023, which is publicly available at https://www.cnbc.com/2023/11/20/senate-subpoenas-live-nation-ticketmaster-amid-investigation.html.

17.    Attached hereto as **Exhibit 13** is a true and correct copy of Live Nation's statement entitled, "Response from Live Nation Entertainment," dated November 21, 2023, which is publicly available at https://www.livenationentertainment.com/2023/11/response-from-live-nation-entertainment/.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 22nd day of December 2023, in San Francisco, California.

By:    /s/ *Melanie M. Blunschi*
Melanie M. Blunschi

LATHAM&WATKINSLLP
ATTORNEYS AT LAW

4

BLUNSCHI DECL. ISO
MOTION TO DISMISS AM.
CLASS ACTION COMPL.
Case No. 2:23-cv-06343-KK-AS(x)