# Exhibit 3

SEC Form 4

**FORM 4**

| | |
|---|---|
| | **OMB APPROVAL** |
| | OMB Number: 3235-0287 |
| | Estimated average burden |
| | hours per response: 0.5 |

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person[*] | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| Rapino Michael | Live Nation Entertainment, Inc. [ LYV ] | X Director     ☐ 10% Owner |
| (Last) (First) (Middle) | | X Officer (give title below)    ☐ Other (specify below) |
| C/O LIVE NATION ENTERTAINMENT, INC. 9348 CIVIC CENTER DRIVE | 3. Date of Earliest Transaction (Month/Day/Year) 03/03/2022 | President & CEO |
| (Street) BEVERLY HILLS   CA   90210 | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) X Form filed by One Reporting Person ☐ Form filed by More than One Reporting Person |
| (City) (State) (Zip) | | |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 03/03/2022 | | A | | 92,545 | A | $0[(1)(2)] | 2,834,534 | D | |
| Common Stock | 03/03/2022 | | A | | 25,707 | A | $0[(1)(3)] | 2,860,241 | D | |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

1. Reporting person received the award under the Live Nation Entertainment, Inc. 2005 Stock Incentive Plan, as amended and restated as of March 19, 2015.

2. Represents a restricted stock award. These shares will vest 50% on May 10, 2022 and 50% on August 16, 2022.

3. Represents a restricted stock award. If certain financial performance targets specified by the company's Compensation Committee are achieved for the year of the grant, 50% of the award will vest on March 31, 2023 and the remaining 50% will vest on March 31, 2024.

**Remarks:**

Brian Capo, Attorney-in-Fact for Michael Rapino    03/04/2022

** Signature of Reporting Person    Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC Form 4

**FORM 4**

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

| 1. Name and Address of Reporting Person[*] <br><br> Rapino Michael <br><br> (Last)    (First)    (Middle) <br><br> C/O LIVE NATION ENTERTAINMENT, INC. <br> 9348 CIVIC CENTER DRIVE <br><br> (Street) <br><br> BEVERLY HILLS    CA    90210 <br><br> (City)    (State)    (Zip) | 2. Issuer Name **and** Ticker or Trading Symbol <br><br> Live Nation Entertainment, Inc. [ LYV ] <br><br> 3. Date of Earliest Transaction (Month/Day/Year) <br> 03/16/2022 <br><br> 4. If Amendment, Date of Original Filed (Month/Day/Year) | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) <br><br> X  Director        10% Owner <br> X  Officer (give title below)    Other (specify below) <br><br> President & CEO <br><br> 6. Individual or Joint/Group Filing (Check Applicable Line) <br><br> X  Form filed by One Reporting Person <br> ___ Form filed by More than One Reporting Person |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 03/16/2022 | | M[(1)] | | 100,000 | A | $8.71 | 2,960,241 | D | |
| Common Stock | 03/16/2022 | | S[(1)] | | 3,181 | D | $108.12[(2)] | 2,957,060 | D | |
| Common Stock | 03/16/2022 | | S[(1)] | | 4,629 | D | $109.11[(3)] | 2,952,431 | D | |
| Common Stock | 03/16/2022 | | S[(1)] | | 14,401 | D | $110.15[(4)] | 2,938,030 | D | |
| Common Stock | 03/16/2022 | | S[(1)] | | 22,473 | D | $111.03[(5)] | 2,915,557 | D | |
| Common Stock | 03/16/2022 | | S[(1)] | | 19,742 | D | $111.99[(6)] | 2,895,815 | D | |
| Common Stock | 03/16/2022 | | S[(1)] | | 9,320 | D | $113.11[(7)] | 2,886,495 | D | |
| Common Stock | 03/16/2022 | | S[(1)] | | 4,100 | D | $114.12[(8)] | 2,882,395 | D | |
| Common Stock | 03/16/2022 | | S[(1)] | | 154 | D | $114.68 | 2,882,241 | D | |
| Common Stock | 03/17/2022 | | M[(1)] | | 100,000 | A | $8.71 | 2,982,241 | D | |
| Common Stock | 03/17/2022 | | S[(1)] | | 13,090 | D | $107.99[(9)] | 2,969,151 | D | |
| Common Stock | 03/17/2022 | | S[(1)] | | 17,864 | D | $108.89[(10)] | 2,951,287 | D | |
| Common Stock | 03/17/2022 | | S[(1)] | | 18,345 | D | $110.04[(11)] | 2,932,942 | D | |
| Common Stock | 03/17/2022 | | S[(1)] | | 26,799 | D | $111.01[(12)] | 2,906,143 | D | |
| Common Stock | 03/17/2022 | | S[(1)] | | 1,902 | D | $111.65[(13)] | 2,904,241 | D | |
| Common Stock | 03/18/2022 | | M[(1)] | | 100,000 | A | $8.71 | 3,004,241 | D | |
| Common Stock | 03/18/2022 | | S[(1)] | | 25,445 | D | $111.15[(14)] | 2,978,796 | D | |
| Common Stock | 03/18/2022 | | S[(1)] | | 27,408 | D | $112.05[(15)] | 2,951,388 | D | |
| Common Stock | 03/18/2022 | | S[(1)] | | 21,237 | D | $112.94[(16)] | 2,930,151 | D | |
| Common Stock | 03/18/2022 | | S[(1)] | | 3,910 | D | $113.52[(17)] | 2,926,241 | D | |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Stock Option (buy) | $8.71 | 03/16/2022 | | M | | | 100,000 | (18) | 08/27/2022 | Common Stock | 100,000 | $0 | 400,000 | D | |
| Stock Option (buy) | $8.71 | 03/17/2022 | | M | | | 100,000 | (18) | 08/27/2022 | Common Stock | 100,000 | $0 | 300,000 | D | |
| Stock Option (buy) | $8.71 | 03/18/2022 | | M | | | 100,000 | (18) | 08/27/2022 | Common Stock | 100,000 | $0 | 200,000 | D | |

**Explanation of Responses:**

1. The transactions reported in this Form 4 were effected pursuant to a Rule 10b5-1 trading plan (the "trading plan"). Mr. Rapino has entered into this trading plan to exercise options which were granted in 2012 and would otherwise expire in 2022. Mr. Rapino's compensation continues to be heavily tied to the company's long-term performance. The payment of the options' exercise price and associated taxes will account for the majority of the proceeds from these options, with Mr. Rapino then receiving 66,000 shares of stock under the trading plan and the remainder being settled in cash. Following all transactions under the trading plan, which will exercise all expiring options, Mr. Rapino expects to then hold approximately 3.8 million shares of common stock, inclusive of all other common stock and restricted stock holdings, plus options to acquire an additional 627,602 shares of common stock.

2. This transaction was executed in multiple trades at prices ranging from $107.59 to $108.58. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

3. This transaction was executed in multiple trades at prices ranging from $108.60 to $109.57. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

4. This transaction was executed in multiple trades at prices ranging from $109.61 to $110.59. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

5. This transaction was executed in multiple trades at prices ranging from $110.61 to $111.60. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

6. This transaction was executed in multiple trades at prices ranging from $111.61 to $112.60. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

7. This transaction was executed in multiple trades at prices ranging from $112.61 to $113.59. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

8. This transaction was executed in multiple trades at prices ranging from $113.63 to $114.62. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

9. This transaction was executed in multiple trades at prices ranging from $107.44 to $108.42. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

10. This transaction was executed in multiple trades at prices ranging from $108.44 to $109.42. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

11. This transaction was executed in multiple trades at prices ranging from $109.44 to $110.43. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

12. This transaction was executed in multiple trades at prices ranging from $110.46 to $111.39. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

13. This transaction was executed in multiple trades at prices ranging from $111.46 to $111.98. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

14. This transaction was executed in multiple trades at prices ranging from $110.46 to $111.45. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

15. This transaction was executed in multiple trades at prices ranging from $111.46 to $112.45. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

16. This transaction was executed in multiple trades at prices ranging from $112.46 to $113.45. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

17. This transaction was executed in multiple trades at prices ranging from $113.46 to $113.62. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

18. The reporting person received the stock options on August 27, 2012 pursuant to an award under the Live Nation Entertainment, Inc. 2005 Stock Incentive Plan, as amended and restated as of March 19, 2015. The options vested in four equal installments on August 27, 2013, 2014, 2015 and 2016.

### Remarks:

Brian Capo, Attorney-in-Fact for Michael Rapino          03/18/2022

** Signature of Reporting Person          Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

Exhibit 3, page 336

SEC Form 4

## FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

| 1. Name and Address of Reporting Person[*] | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| **Rapino Michael** | **Live Nation Entertainment, Inc.** [ LYV ] | X  Director          10% Owner |
| (Last)      (First)      (Middle) | | X  Officer (give title below)    Other (specify below) |
| C/O LIVE NATION ENTERTAINMENT, INC. | 3. Date of Earliest Transaction (Month/Day/Year) | President & CEO |
| 9348 CIVIC CENTER DRIVE | 03/23/2022 | |
| (Street) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| BEVERLY HILLS    CA        90210 | | X  Form filed by One Reporting Person |
| (City)    (State)    (Zip) | | ☐  Form filed by More than One Reporting Person |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 03/23/2022 | | M[(1)] | | 100,000 | A | $8.71 | 3,026,241 | D | |
| Common Stock | 03/23/2022 | | S[(1)] | | 41,917 | D | $115.33[(2)] | 2,984,324 | D | |
| Common Stock | 03/23/2022 | | S[(1)] | | 32,032 | D | $115.97[(3)] | 2,952,292 | D | |
| Common Stock | 03/23/2022 | | S[(1)] | | 3,871 | D | $117.01[(4)] | 2,948,421 | D | |
| Common Stock | 03/23/2022 | | S[(1)] | | 180 | D | $117.65[(5)] | 2,948,241 | D | |
| Common Stock | 03/24/2022 | | M[(1)] | | 100,000 | A | $8.71 | 3,048,241 | D | |
| Common Stock | 03/24/2022 | | S[(1)] | | 2,472 | D | $114.92[(6)] | 3,045,769 | D | |
| Common Stock | 03/24/2022 | | S[(1)] | | 5,215 | D | $115.9[(7)] | 3,040,554 | D | |
| Common Stock | 03/24/2022 | | S[(1)] | | 36,545 | D | $117.14[(8)] | 3,004,009 | D | |
| Common Stock | 03/24/2022 | | S[(1)] | | 33,768 | D | $117.53[(9)] | 2,970,241 | D | |
| Common Stock | 03/25/2022 | | M[(1)] | | 100,000 | A | $8.77 | 3,070,241 | D | |
| Common Stock | 03/25/2022 | | S[(1)] | | 26,503 | D | $115.4[(10)] | 3,043,738 | D | |
| Common Stock | 03/25/2022 | | S[(1)] | | 39,823 | D | $116.24[(11)] | 3,003,915 | D | |
| Common Stock | 03/25/2022 | | S[(1)] | | 7,695 | D | $117.22[(12)] | 2,996,220 | D | |
| Common Stock | 03/25/2022 | | S[(1)] | | 3,979 | D | $118.21[(13)] | 2,992,241 | D | |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Stock Option (buy) | $8.71 | 03/23/2022 | | M | | | 100,000 | (14) | 08/27/2022 | Common Stock | 100,000 | $0 | 100,000 | D | |
| Stock Option (buy) | $8.71 | 03/24/2022 | | M | | | 100,000 | (14) | 08/27/2022 | Common Stock | 100,000 | $0 | 0 | D | |

Exhibit 3, page 337

| | | | | | | | Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned (e.g., puts, calls, warrants, options, convertible securities) | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Stock Option (buy) | $8.77 | 03/25/2022 | | M | | | 100,000 | (15) | 12/10/2022 | Common Stock | 100,000 | $0 | 3,500,000 | D | |

**Explanation of Responses:**

1. The transactions reported in this Form 4 were effected pursuant to a Rule 10b5-1 trading plan (the "trading plan"). Mr. Rapino has entered into this trading plan to exercise options which were granted in 2012 and would otherwise expire in 2022. Mr. Rapino's compensation continues to be heavily tied to the company's long-term performance. The payment of the options' exercise price and associated taxes will account for the majority of the proceeds from these options, with Mr. Rapino then receiving 66,000 shares of stock under the trading plan and the remainder being settled in cash. Following all transactions under the trading plan, which will exercise all expiring options, Mr. Rapino expects to then hold approximately 3.8 million shares of common stock, inclusive of all other common stock and restricted stock holdings, plus options to acquire an additional 627,602 shares of common stock.

2. This transaction was executed in multiple trades at prices ranging from $114.61 to $115.60. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

3. This transaction was executed in multiple trades at prices ranging from $115.61 to $116.59. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

4. This transaction was executed in multiple trades at prices ranging from $116.63 to $117.59. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

5. This transaction was executed in multiple trades at prices ranging from $117.65 to $117.69. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

6. This transaction was executed in multiple trades at prices ranging from $114.26 to $115.22. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

7. This transaction was executed in multiple trades at prices ranging from $115.32 to $116.25. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

8. This transaction was executed in multiple trades at prices ranging from $116.33 to $117.32. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

9. This transaction was executed in multiple trades at prices ranging from $117.33 to $117.82. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

10. This transaction was executed in multiple trades at prices ranging from $114.83 to $115.82. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

11. This transaction was executed in multiple trades at prices ranging from $115.83 to $116.82. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

12. This transaction was executed in multiple trades at prices ranging from $116.83 to $117.80. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

13. This transaction was executed in multiple trades at prices ranging from $117.83 to $118.80. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

14. The reporting person received the stock options on August 27, 2012 pursuant to an award under the Live Nation Entertainment, Inc. 2005 Stock Incentive Plan, as amended and restated as of March 19, 2015. The options vested in four equal installments on August 27, 2013, 2014, 2015 and 2016.

15. The reporting person received the stock options on December 10, 2012 pursuant to an award under the Live Nation Entertainment, Inc. 2005 Stock Incentive Plan, as amended and restated as of March 19, 2015. The options vested in five equal installments on December 10, 2013, 2014, 2015, 2016 and 2017.

**Remarks:**

Brian Capo, Attorney-in-Fact for Michael Rapino          03/25/2022

** Signature of Reporting Person          Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

Exhibit 3, page 338

SEC Form 4

| FORM 4 | UNITED STATES SECURITIES AND EXCHANGE COMMISSION | OMB APPROVAL |
|---|---|---|

Washington, D.C. 20549

| | OMB Number: | 3235-0287 |
|---|---|---|
| | Estimated average burden | |
| | hours per response: | 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person* | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| Rapino Michael | Live Nation Entertainment, Inc. [ LYV ] | X Director            10% Owner |
| (Last)        (First)        (Middle) | | X Officer (give title below)            Other (specify below) |
| C/O LIVE NATION ENTERTAINMENT, INC. | 3. Date of Earliest Transaction (Month/Day/Year) | President & CEO |
| 9348 CIVIC CENTER DRIVE | 03/30/2022 | |
| (Street) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| BEVERLY HILLS        CA        90210 | | X Form filed by One Reporting Person |
| (City)        (State)        (Zip) | | ☐ Form filed by More than One Reporting Person |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 03/30/2022 | | M[1] | | 100,000 | A | $8.77 | 3,092,241 | D | |
| Common Stock | 03/30/2022 | | S[1] | | 52,465 | D | $117.76[2] | 3,039,776 | D | |
| Common Stock | 03/30/2022 | | S[1] | | 21,923 | D | $118.53[3] | 3,017,853 | D | |
| Common Stock | 03/30/2022 | | S[1] | | 3,612 | D | $119.49[4] | 3,014,241 | D | |
| Common Stock | 03/31/2022 | | M[1] | | 100,000 | A | $8.77 | 3,114,241 | D | |
| Common Stock | 03/31/2022 | | S[1] | | 7,371 | D | $117.53[5] | 3,106,870 | D | |
| Common Stock | 03/31/2022 | | S[1] | | 48,604 | D | $118.43[6] | 3,058,266 | D | |
| Common Stock | 03/31/2022 | | S[1] | | 22,025 | D | $119.19[7] | 3,036,241 | D | |
| Common Stock | 03/31/2022 | | F | | 29,721[8] | D | $117.64 | 3,006,520 | D | |
| Common Stock | 04/01/2022 | | M[1] | | 100,000 | A | $8.77 | 3,106,520 | D | |
| Common Stock | 04/01/2022 | | S[1] | | 22,422 | D | $114.48[9] | 3,084,098 | D | |
| Common Stock | 04/01/2022 | | S[1] | | 21,563 | D | $115.59[10] | 3,062,535 | D | |
| Common Stock | 04/01/2022 | | S[1] | | 17,340 | D | $116.68[11] | 3,045,195 | D | |
| Common Stock | 04/01/2022 | | S[1] | | 15,650 | D | $117.41[12] | 3,029,545 | D | |
| Common Stock | 04/01/2022 | | S[1] | | 1,025 | D | $118.41[13] | 3,028,520 | D | |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Stock Option (buy) | $8.77 | 03/30/2022 | | M | | | 100,000 | [14] | 12/10/2022 | Common Stock | 100,000 | $0 | 3,400,000 | D | |
| Stock Option (buy) | $8.77 | 03/31/2022 | | M | | | 100,000 | [14] | 12/10/2022 | Common Stock | 100,000 | $0 | 3,300,000 | D | |

Exhibit 3, page 339

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Stock Option (buy) | $8.77 | 04/01/2022 | | M | | | 100,000 | (14) | 12/10/2022 | Common Stock | 100,000 | $0 | 3,200,000 | D | |

**Explanation of Responses:**

1. The transactions reported in this Form 4 were effected pursuant to a Rule 10b5-1 trading plan (the "trading plan"). Mr. Rapino has entered into this trading plan to exercise options which were granted in 2012 and would otherwise expire in 2022. Mr. Rapino's compensation continues to be heavily tied to the company's long-term performance. The payment of the options' exercise price and associated taxes will account for the majority of the proceeds from these options, with Mr. Rapino then receiving 66,000 shares of stock under the trading plan and the remainder being settled in cash. Following all transactions under the trading plan, which will exercise all expiring options, Mr. Rapino expects to then hold approximately 3.8 million shares of common stock, inclusive of all other common stock and restricted stock holdings, plus options to acquire an additional 627,602 shares of common stock.

2. This transaction was executed in multiple trades at prices ranging from $117.19 to $118.18. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

3. This transaction was executed in multiple trades at prices ranging from $118.19 to $119.18. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

4. This transaction was executed in multiple trades at prices ranging from $119.20 to $119.88. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

5. This transaction was executed in multiple trades at prices ranging from $116.87 to $117.86. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

6. This transaction was executed in multiple trades at prices ranging from $117.87 to $118.86. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

7. This transaction was executed in multiple trades at prices ranging from $118.87 to $119.82. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

8. Represents shares withheld for tax purposes upon vesting of restricted stock grants.

9. This transaction was executed in multiple trades at prices ranging from $114.11 to $115.08. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

10. This transaction was executed in multiple trades at prices ranging from $115.11 to $116.10. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

11. This transaction was executed in multiple trades at prices ranging from $116.11 to $117.10. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

12. This transaction was executed in multiple trades at prices ranging from $117.11 to $118.06. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

13. This transaction was executed in multiple trades at prices ranging from $118.15 to $118.56. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

14. The reporting person received the stock options on December 10, 2012 pursuant to an award under the Live Nation Entertainment, Inc. 2005 Stock Incentive Plan, as amended and restated as of March 19, 2015. The options vested in five equal installments on December 10, 2013, 2014, 2015, 2016 and 2017.

**Remarks:**

Brian Capo, Attorney-in-Fact for Michael Rapino     04/01/2022

** Signature of Reporting Person          Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

Exhibit 3, page 340

SEC Form 4

| FORM 4 | UNITED STATES SECURITIES AND EXCHANGE COMMISSION | OMB APPROVAL |
|---|---|---|

Washington, D.C. 20549

| | OMB APPROVAL |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden hours per response: | 0.5 |

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person* <br> **Rapino Michael** <br><br> (Last)    (First)    (Middle) <br> C/O LIVE NATION ENTERTAINMENT, INC. <br> 9348 CIVIC CENTER DRIVE <br> (Street) <br> BEVERLY HILLS    CA    90210 <br> (City)    (State)    (Zip) | 2. Issuer Name **and** Ticker or Trading Symbol <br> **Live Nation Entertainment, Inc.** [ LYV ] <br><br> 3. Date of Earliest Transaction (Month/Day/Year) <br> 04/06/2022 <br><br> 4. If Amendment, Date of Original Filed (Month/Day/Year) | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) <br> X Director    10% Owner <br> X Officer (give title below)    Other (specify below) <br> **President & CEO** <br><br> 6. Individual or Joint/Group Filing (Check Applicable Line) <br> X Form filed by One Reporting Person <br> ☐ Form filed by More than One Reporting Person |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 04/06/2022 | | M[(1)] | | 100,000 | A | $8.77 | 3,128,520 | D | |
| Common Stock | 04/06/2022 | | S[(1)] | | 14,192 | D | $108.79[(2)] | 3,114,328 | D | |
| Common Stock | 04/06/2022 | | S[(1)] | | 42,849 | D | $109.57[(3)] | 3,071,479 | D | |
| Common Stock | 04/06/2022 | | S[(1)] | | 15,060 | D | $110.63[(4)] | 3,056,419 | D | |
| Common Stock | 04/06/2022 | | S[(1)] | | 5,899 | D | $111.53[(5)] | 3,050,520 | D | |
| Common Stock | 04/07/2022 | | M[(1)] | | 100,000 | A | $8.77 | 3,150,520 | D | |
| Common Stock | 04/07/2022 | | S[(1)] | | 21,596 | D | $107.62[(6)] | 3,128,924 | D | |
| Common Stock | 04/07/2022 | | S[(1)] | | 17,193 | D | $108.41[(7)] | 3,111,731 | D | |
| Common Stock | 04/07/2022 | | S[(1)] | | 29,358 | D | $109.56[(8)] | 3,082,373 | D | |
| Common Stock | 04/07/2022 | | S[(1)] | | 9,853 | D | $110.23[(9)] | 3,072,520 | D | |
| Common Stock | 04/08/2022 | | M[(1)] | | 100,000 | A | $8.77 | 3,172,520 | D | |
| Common Stock | 04/08/2022 | | S[(1)] | | 26,585 | D | $108.07[(10)] | 3,145,935 | D | |
| Common Stock | 04/08/2022 | | S[(1)] | | 41,631 | D | $108.96[(11)] | 3,104,304 | D | |
| Common Stock | 04/08/2022 | | S[(1)] | | 9,784 | D | $109.72[(12)] | 3,094,520 | D | |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Stock Option (buy) | $8.77 | 04/06/2022 | | M | | | 100,000 | (13) | 12/10/2022 | Common Stock | 100,000 | $0 | 3,100,000 | D | |
| Stock Option (buy) | $8.77 | 04/07/2022 | | M | | | 100,000 | (13) | 12/10/2022 | Common Stock | 100,000 | $0 | 3,000,000 | D | |
| Stock Option (buy) | $8.77 | 04/08/2022 | | M | | | 100,000 | (13) | 12/10/2022 | Common Stock | 100,000 | $0 | 2,900,000 | D | |

Exhibit 3, page 341

**Explanation of Responses:**

1. The transactions reported in this Form 4 were effected pursuant to a Rule 10b5-1 trading plan (the "trading plan"). Mr. Rapino has entered into this trading plan to exercise options which were granted in 2012 and would otherwise expire in 2022. Mr. Rapino's compensation continues to be heavily tied to the company's long-term performance. The payment of the options' exercise price and associated taxes will account for the majority of the proceeds from these options, with Mr. Rapino then receiving 66,000 shares of stock under the trading plan and the remainder being settled in cash. Following all transactions under the trading plan, which will exercise all expiring options, Mr. Rapino expects to then hold approximately 3.8 million shares of common stock, inclusive of all other common stock and restricted stock holdings, plus options to acquire an additional 627,602 shares of common stock.

2. This transaction was executed in multiple trades at prices ranging from $108.15 to $109.14. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

3. This transaction was executed in multiple trades at prices ranging from $109.15 to $110.14. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

4. This transaction was executed in multiple trades at prices ranging from $110.15 to $111.12. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

5. This transaction was executed in multiple trades at prices ranging from $111.15 to $112.01. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

6. This transaction was executed in multiple trades at prices ranging from $106.95 to $107.94. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

7. This transaction was executed in multiple trades at prices ranging from $107.96 to $108.95. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

8. This transaction was executed in multiple trades at prices ranging from $109.03 to $110.02. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

9. This transaction was executed in multiple trades at prices ranging from $110.03 to $110.43. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

10. This transaction was executed in multiple trades at prices ranging from $107.55 to $108.54. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

11. This transaction was executed in multiple trades at prices ranging from $108.56 to $109.55. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

12. This transaction was executed in multiple trades at prices ranging from $109.56 to $109.96. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

13. The reporting person received the stock options on December 10, 2012 pursuant to an award under the Live Nation Entertainment, Inc. 2005 Stock Incentive Plan, as amended and restated as of March 19, 2015. The options vested in five equal installments on December 10, 2013, 2014, 2015, 2016 and 2017.

**Remarks:**

| | |
|---|---|
| Brian Capo, Attorney-in-Fact for Michael Rapino | 04/08/2022 |
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

Exhibit 3, page 342

SEC Form 4

**FORM 4**

| | UNITED STATES SECURITIES AND EXCHANGE COMMISSION | OMB APPROVAL |
|---|---|---|

Washington, D.C. 20549

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

| OMB APPROVAL |
|---|
| OMB Number:  3235-0287 |
| Estimated average burden hours per response:  0.5 |

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person* <br> Rapino Michael | 2. Issuer Name **and** Ticker or Trading Symbol <br> Live Nation Entertainment, Inc. [ LYV ] | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| (Last)          (First)          (Middle) <br> C/O LIVE NATION ENTERTAINMENT, INC. <br> 9348 CIVIC CENTER DRIVE | 3. Date of Earliest Transaction (Month/Day/Year) <br> 04/13/2022 | X Director                    10% Owner <br> X Officer (give title below)     Other (specify below) <br> President & CEO |
| (Street) <br> BEVERLY HILLS     CA          90210 <br> (City)     (State)     (Zip) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) <br> X Form filed by One Reporting Person <br> Form filed by More than One Reporting Person |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 04/13/2022 | | M[1] | | 100,000 | A | $8.77 | 3,194,520 | D | |
| Common Stock | 04/13/2022 | | S[1] | | 1,059 | D | $108.95[2] | 3,193,461 | D | |
| Common Stock | 04/13/2022 | | S[1] | | 5,809 | D | $110.55[3] | 3,187,652 | D | |
| Common Stock | 04/13/2022 | | S[1] | | 15,606 | D | $111.33[4] | 3,172,046 | D | |
| Common Stock | 04/13/2022 | | S[1] | | 35,727 | D | $112.62[5] | 3,136,319 | D | |
| Common Stock | 04/13/2022 | | S[1] | | 19,799 | D | $113.04[6] | 3,116,520 | D | |
| Common Stock | 04/14/2022 | | M[1] | | 100,000 | A | $8.77 | 3,216,520 | D | |
| Common Stock | 04/14/2022 | | S[1] | | 37,736 | D | $111.85[7] | 3,178,784 | D | |
| Common Stock | 04/14/2022 | | S[1] | | 29,181 | D | $112.84[8] | 3,149,603 | D | |
| Common Stock | 04/14/2022 | | S[1] | | 10,042 | D | $113.65[9] | 3,139,561 | D | |
| Common Stock | 04/14/2022 | | S[1] | | 1,041 | D | $114.55[10] | 3,138,520 | D | |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Stock Option (buy) | $8.77 | 04/13/2022 | | M | | | 100,000 | (11) | 12/10/2022 | Common Stock | 100,000 | $0 | 2,800,000 | D | |
| Stock Option (buy) | $8.77 | 04/14/2022 | | M | | | 100,000 | (11) | 12/10/2022 | Common Stock | 100,000 | $0 | 2,700,000 | D | |

**Explanation of Responses:**

1. The transactions reported in this Form 4 were effected pursuant to a Rule 10b5-1 trading plan (the "trading plan"). Mr. Rapino has entered into this trading plan to exercise options which were granted in 2012 and would otherwise expire in 2022. Mr. Rapino's compensation continues to be heavily tied to the company's long-term performance. The payment of the options' exercise price and associated taxes will account for the majority of the proceeds from these options, with Mr. Rapino then receiving 44,000 shares of stock under the trading plan and the remainder being settled in cash. Following all transactions under the trading plan, which will exercise all expiring options, Mr. Rapino expects to then hold approximately 3.8 million shares of common stock, inclusive of all other common stock and restricted stock holdings, plus options to acquire an additional 627,602 shares of common stock.

2. This transaction was executed in multiple trades at prices ranging from $108.52 to $109.13. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

3. This transaction was executed in multiple trades at prices ranging from $109.86 to $110.85. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

Exhibit 3, page 343

4. This transaction was executed in multiple trades at prices ranging from $110.86 to $111.85. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

5. This transaction was executed in multiple trades at prices ranging from $111.88 to $112.87. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

6. This transaction was executed in multiple trades at prices ranging from $112.88 to $113.35. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

7. This transaction was executed in multiple trades at prices ranging from $111.28 to $112.27. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

8. This transaction was executed in multiple trades at prices ranging from $112.29 to $113.28. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

9. This transaction was executed in multiple trades at prices ranging from $113.29 to $114.26. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

10. This transaction was executed in multiple trades at prices ranging from $114.48 to $114.67. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

11. The reporting person received the stock options on December 10, 2012 pursuant to an award under the Live Nation Entertainment, Inc. 2005 Stock Incentive Plan, as amended and restated as of March 19, 2015. The options vested in five equal installments on December 10, 2013, 2014, 2015, 2016 and 2017.

**Remarks:**

| | |
|---|---|
| Brian Capo, Attorney-in-Fact for Michael Rapino | 04/15/2022 |
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

Exhibit 3, page 344

SEC Form 4

| FORM 4 | UNITED STATES SECURITIES AND EXCHANGE COMMISSION | OMB APPROVAL |
|---|---|---|

Washington, D.C. 20549

| OMB Number: | 3235-0287 |
|---|---|
| Estimated average burden hours per response: | 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person[*] | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| Rapino Michael | Live Nation Entertainment, Inc. [ LYV ] | X Director     10% Owner |

(Last)    (First)    (Middle)

C/O LIVE NATION ENTERTAINMENT, INC.
9348 CIVIC CENTER DRIVE

(Street)

BEVERLY HILLS    CA    90210

(City)    (State)    (Zip)

| 3. Date of Earliest Transaction (Month/Day/Year) 04/20/2022 |
|---|

| 4. If Amendment, Date of Original Filed (Month/Day/Year) |
|---|

X Officer (give title below)    Other (specify below)

President & CEO

6. Individual or Joint/Group Filing (Check Applicable Line)
X Form filed by One Reporting Person
   Form filed by More than One Reporting Person

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 04/20/2022 | | M[(1)] | | 100,000 | A | $8.77 | 3,238,520 | D | |
| Common Stock | 04/20/2022 | | S[(1)] | | 23,955 | D | $112.45[(2)] | 3,214,565 | D | |
| Common Stock | 04/20/2022 | | S[(1)] | | 34,779 | D | $113.19[(3)] | 3,179,786 | D | |
| Common Stock | 04/20/2022 | | S[(1)] | | 19,266 | D | $113.97[(4)] | 3,160,520 | D | |
| Common Stock | 04/21/2022 | | M[(1)] | | 100,000 | A | $8.77 | 3,260,520 | D | |
| Common Stock | 04/21/2022 | | S[(1)] | | 26,632 | D | $106.79[(5)] | 3,233,888 | D | |
| Common Stock | 04/21/2022 | | S[(1)] | | 15,919 | D | $107.93[(6)] | 3,217,969 | D | |
| Common Stock | 04/21/2022 | | S[(1)] | | 10,577 | D | $109[(7)] | 3,207,392 | D | |
| Common Stock | 04/21/2022 | | S[(1)] | | 5,831 | D | $109.91[(8)] | 3,201,561 | D | |
| Common Stock | 04/21/2022 | | S[(1)] | | 7,723 | D | $110.94[(9)] | 3,193,838 | D | |
| Common Stock | 04/21/2022 | | S[(1)] | | 6,223 | D | $111.87[(10)] | 3,187,615 | D | |
| Common Stock | 04/21/2022 | | S[(1)] | | 3,611 | D | $112.93[(11)] | 3,184,004 | D | |
| Common Stock | 04/21/2022 | | S[(1)] | | 1,484 | D | $114.36[(12)] | 3,182,520 | D | |
| Common Stock | 04/22/2022 | | M[(1)] | | 100,000 | A | $8.77 | 3,282,520 | D | |
| Common Stock | 04/22/2022 | | S[(1)] | | 36,558 | D | $105.9[(13)] | 3,245,962 | D | |
| Common Stock | 04/22/2022 | | S[(1)] | | 34,029 | D | $106.69[(14)] | 3,211,933 | D | |
| Common Stock | 04/22/2022 | | S[(1)] | | 7,413 | D | $107.59[(15)] | 3,204,520 | D | |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Stock Option (buy) | $8.77 | 04/20/2022 | | M | | 100,000 | | (16) | 12/10/2022 | Common Stock | 100,000 | $0 | 2,600,000 | D | |

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Stock Option (buy) | $8.77 | 04/21/2022 | | M | | | 100,000 | (16) | 12/10/2022 | Common Stock | 100,000 | $0 | 2,500,000 | D | |
| Stock Option (buy) | $8.77 | 04/22/2022 | | M | | | 100,000 | (16) | 12/10/2022 | Common Stock | 100,000 | $0 | 2,400,000 | D | |

**Explanation of Responses:**

1. The transactions reported in this Form 4 were effected pursuant to a Rule 10b5-1 trading plan (the "trading plan"). Mr. Rapino has entered into this trading plan to exercise options which were granted in 2012 and would otherwise expire in 2022. Mr. Rapino's compensation continues to be heavily tied to the company's long-term performance. The payment of the options' exercise price and associated taxes will account for the majority of the proceeds from these options, with Mr. Rapino then receiving 66,000 shares of stock under the trading plan and the remainder being settled in cash. Following all transactions under the trading plan, which will exercise all expiring options, Mr. Rapino expects to then hold approximately 3.8 million shares of common stock, inclusive of all other common stock and restricted stock holdings, plus options to acquire an additional 627,602 shares of common stock.

2. This transaction was executed in multiple trades at prices ranging from $111.75 to $112.74. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

3. This transaction was executed in multiple trades at prices ranging from $112.75 to $113.74. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

4. This transaction was executed in multiple trades at prices ranging from $113.76 to $114.37. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

5. This transaction was executed in multiple trades at prices ranging from $106.45 to $107.28. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

6. This transaction was executed in multiple trades at prices ranging from $107.47 to $108.45. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

7. This transaction was executed in multiple trades at prices ranging from $108.49 to $109.47. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

8. This transaction was executed in multiple trades at prices ranging from $109.50 to $110.47. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

9. This transaction was executed in multiple trades at prices ranging from $110.51 to $111.50. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

10. This transaction was executed in multiple trades at prices ranging from $111.51 to $112.50. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

11. This transaction was executed in multiple trades at prices ranging from $112.56 to $113.38. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

12. This transaction was executed in multiple trades at prices ranging from $113.68 to $114.84. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

13. This transaction was executed in multiple trades at prices ranging from $105.28 to $106.27. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

14. This transaction was executed in multiple trades at prices ranging from $106.28 to $107.27. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

15. This transaction was executed in multiple trades at prices ranging from $107.28 to $108.03. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

16. The reporting person received the stock options on December 10, 2012 pursuant to an award under the Live Nation Entertainment, Inc. 2005 Stock Incentive Plan, as amended and restated as of March 19, 2015. The options vested in five equal installments on December 10, 2013, 2014, 2015, 2016 and 2017.

## Remarks:

Brian Capo, Attorney-in-Fact for Michael Rapino                    04/22/2022

** Signature of Reporting Person          Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

Exhibit 3, page 346

SEC Form 4

**FORM 4**

Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden hours per response: | 0.5 |

| 1. Name and Address of Reporting Person[*]<br>Rapino Michael<br><br>(Last)   (First)   (Middle)<br>C/O LIVE NATION ENTERTAINMENT, INC.<br>9348 CIVIC CENTER DRIVE<br>(Street)<br>BEVERLY HILLS   CA   90210<br>(City)   (State)   (Zip) | 2. Issuer Name **and** Ticker or Trading Symbol<br>Live Nation Entertainment, Inc. [ LYV ]<br><br>3. Date of Earliest Transaction (Month/Day/Year)<br>04/27/2022<br><br>4. If Amendment, Date of Original Filed (Month/Day/Year) | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable)<br>X Director   10% Owner<br>X Officer (give title below)   Other (specify below)<br>President & CEO<br><br>6. Individual or Joint/Group Filing (Check Applicable Line)<br>X Form filed by One Reporting Person<br>Form filed by More than One Reporting Person |
|---|---|---|

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 04/27/2022 | | M[(1)] | | 100,000 | A | $8.77 | 3,304,520 | D | |
| Common Stock | 04/27/2022 | | S[(1)] | | 7,714 | D | $104.51[(2)] | 3,296,806 | D | |
| Common Stock | 04/27/2022 | | S[(1)] | | 7,379 | D | $105.31[(3)] | 3,289,427 | D | |
| Common Stock | 04/27/2022 | | S[(1)] | | 22,423 | D | $106.65[(4)] | 3,267,004 | D | |
| Common Stock | 04/27/2022 | | S[(1)] | | 36,396 | D | $107.39[(5)] | 3,230,608 | D | |
| Common Stock | 04/27/2022 | | S[(1)] | | 4,088 | D | $107.99[(6)] | 3,226,520 | D | |
| Common Stock | 04/28/2022 | | M[(1)] | | 100,000 | A | $8.77 | 3,326,520 | D | |
| Common Stock | 04/28/2022 | | S[(1)] | | 20,471 | D | $104.97[(7)] | 3,306,049 | D | |
| Common Stock | 04/28/2022 | | S[(1)] | | 9,707 | D | $105.81[(8)] | 3,296,342 | D | |
| Common Stock | 04/28/2022 | | S[(1)] | | 7,204 | D | $106.94[(9)] | 3,289,138 | D | |
| Common Stock | 04/28/2022 | | S[(1)] | | 31,792 | D | $107.93[(10)] | 3,257,346 | D | |
| Common Stock | 04/28/2022 | | S[(1)] | | 8,826 | D | $108.56[(11)] | 3,248,520 | D | |
| Common Stock | 04/29/2022 | | M[(1)] | | 100,000 | A | $8.77 | 3,348,520 | D | |
| Common Stock | 04/29/2022 | | S[(1)] | | 12,295 | D | $104.94[(12)] | 3,336,225 | D | |
| Common Stock | 04/29/2022 | | S[(1)] | | 37,363 | D | $106.18[(13)] | 3,298,862 | D | |
| Common Stock | 04/29/2022 | | S[(1)] | | 18,561 | D | $107.19[(14)] | 3,280,301 | D | |
| Common Stock | 04/29/2022 | | S[(1)] | | 9,503 | D | $108.04[(15)] | 3,270,798 | D | |
| Common Stock | 04/29/2022 | | S[(1)] | | 278 | D | $108.82[(16)] | 3,270,520 | D | |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Stock Option | $8.77 | 04/27/2022 | | M | | | 100,000 | | [(17)] | 12/10/2022 | Common Stock | 100,000 | $0 | 2,300,000 | D | |

Exhibit 3, page 347

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| (buy) | | | | | | | | | | | | | | | |
| Stock Option (buy) | $8.77 | 04/28/2022 | | M | | | 100,000 | (17) | 12/10/2022 | Common Stock | 100,000 | $0 | 2,200,000 | D | |
| Stock Option (buy) | $8.77 | 04/29/2022 | | M | | | 100,000 | (17) | 12/10/2022 | Common Stock | 100,000 | $0 | 2,100,000 | D | |

**Explanation of Responses:**

1. The transactions reported in this Form 4 were effected pursuant to a Rule 10b5-1 trading plan (the "trading plan"). Mr. Rapino has entered into this trading plan to exercise options which were granted in 2012 and would otherwise expire in 2022. Mr. Rapino's compensation continues to be heavily tied to the company's long-term performance. The payment of the options' exercise price and associated taxes will account for the majority of the proceeds from these options, with Mr. Rapino then receiving 66,000 shares of stock under the trading plan and the remainder being settled in cash. Following all transactions under the trading plan, which will exercise all expiring options, Mr. Rapino expects to then hold approximately 3.8 million shares of common stock, inclusive of all other common stock and restricted stock holdings, plus options to acquire an additional 627,602 shares of common stock.

2. This transaction was executed in multiple trades at prices ranging from $103.86 to $104.85. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

3. This transaction was executed in multiple trades at prices ranging from $104.86 to $105.85. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

4. This transaction was executed in multiple trades at prices ranging from $105.89 to $106.88. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

5. This transaction was executed in multiple trades at prices ranging from $106.89 to $107.88. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

6. This transaction was executed in multiple trades at prices ranging from $107.89 to $108.26. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

7. This transaction was executed in multiple trades at prices ranging from $104.43 to $105.42. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

8. This transaction was executed in multiple trades at prices ranging from $105.43 to $106.42. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

9. This transaction was executed in multiple trades at prices ranging from $106.45 to $107.44. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

10. This transaction was executed in multiple trades at prices ranging from $107.46 to $108.45. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

11. This transaction was executed in multiple trades at prices ranging from $108.46 to $108.75. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

12. This transaction was executed in multiple trades at prices ranging from $104.69 to $105.57. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

13. This transaction was executed in multiple trades at prices ranging from $105.70 to $106.68. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

14. This transaction was executed in multiple trades at prices ranging from $106.72 to $107.69. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

15. This transaction was executed in multiple trades at prices ranging from $107.72 to $108.70. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

16. This transaction was executed in multiple trades at prices ranging from $108.76 to $108.90. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

17. The reporting person received the stock options on December 10, 2012 pursuant to an award under the Live Nation Entertainment, Inc. 2005 Stock Incentive Plan, as amended and restated as of March 19, 2015. The options vested in five equal installments on December 10, 2013, 2014, 2015, 2016 and 2017.

**Remarks:**

| Brian Capo, Attorney-in-Fact for Michael Rapino | 04/29/2022 |
|---|---|
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

Exhibit 3, page 348

SEC Form 4

**FORM 4**

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

| OMB APPROVAL | |
| --- | --- |
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934 or Section 30(h) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person[*] | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) | |
| --- | --- | --- | --- |
| Rapino Michael | Live Nation Entertainment, Inc. [ LYV ] | X  Director | 10% Owner |
| | | X  Officer (give title below) | Other (specify below) |
| (Last)      (First)      (Middle) | 3. Date of Earliest Transaction (Month/Day/Year) 05/04/2022 | President & CEO | |
| C/O LIVE NATION ENTERTAINMENT, INC. 9348 CIVIC CENTER DRIVE | | | |
| (Street) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) | |
| BEVERLY HILLS    CA    90210 | | X  Form filed by One Reporting Person | |
| | | Form filed by More than One Reporting Person | |
| (City)    (State)    (Zip) | | | |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 05/04/2022 | | M[(1)] | | 100,000 | A | $8.77 | 3,370,520 | D | |
| Common Stock | 05/04/2022 | | S[(1)] | | 7,470 | D | $93.28[(2)] | 3,363,050 | D | |
| Common Stock | 05/04/2022 | | S[(1)] | | 7,133 | D | $94.48[(3)] | 3,355,917 | D | |
| Common Stock | 05/04/2022 | | S[(1)] | | 17,921 | D | $95.42[(4)] | 3,337,996 | D | |
| Common Stock | 05/04/2022 | | S[(1)] | | 13,204 | D | $96.45[(5)] | 3,324,792 | D | |
| Common Stock | 05/04/2022 | | S[(1)] | | 6,821 | D | $97.37[(6)] | 3,317,971 | D | |
| Common Stock | 05/04/2022 | | S[(1)] | | 8,868 | D | $98.52[(7)] | 3,309,103 | D | |
| Common Stock | 05/04/2022 | | S[(1)] | | 16,583 | D | $99.22[(8)] | 3,292,520 | D | |
| Common Stock | 05/05/2022 | | M[(1)] | | 100,000 | A | $8.77 | 3,392,520 | D | |
| Common Stock | 05/05/2022 | | S[(1)] | | 36,232 | D | $94.36[(9)] | 3,356,288 | D | |
| Common Stock | 05/05/2022 | | S[(1)] | | 26,168 | D | $95.19[(10)] | 3,330,120 | D | |
| Common Stock | 05/05/2022 | | S[(1)] | | 6,116 | D | $96.11[(11)] | 3,324,004 | D | |
| Common Stock | 05/05/2022 | | S[(1)] | | 5,344 | D | $97.35[(12)] | 3,318,660 | D | |
| Common Stock | 05/05/2022 | | S[(1)] | | 3,211 | D | $98.25[(13)] | 3,315,449 | D | |
| Common Stock | 05/05/2022 | | S[(1)] | | 929 | D | $99.34[(14)] | 3,314,520 | D | |
| Common Stock | 05/06/2022 | | M[(1)] | | 100,000 | A | $8.77 | 3,414,520 | D | |
| Common Stock | 05/06/2022 | | S[(1)] | | 2,225 | D | $86.64[(15)] | 3,412,295 | D | |
| Common Stock | 05/06/2022 | | S[(1)] | | 1,058 | D | $87.79[(16)] | 3,411,237 | D | |
| Common Stock | 05/06/2022 | | S[(1)] | | 1,633 | D | $88.56[(17)] | 3,409,604 | D | |
| Common Stock | 05/06/2022 | | S[(1)] | | 3,594 | D | $89.71[(18)] | 3,406,010 | D | |
| Common Stock | 05/06/2022 | | S[(1)] | | 2,373 | D | $90.75[(19)] | 3,403,637 | D | |
| Common Stock | 05/06/2022 | | S[(1)] | | 7,499 | D | $91.86[(20)] | 3,396,138 | D | |
| Common Stock | 05/06/2022 | | S[(1)] | | 26,355 | D | $92.76[(21)] | 3,369,783 | D | |
| Common Stock | 05/06/2022 | | S[(1)] | | 8,368 | D | $93.7[(22)] | 3,361,415 | D | |
| Common Stock | 05/06/2022 | | S[(1)] | | 9,980 | D | $94.83[(23)] | 3,351,435 | D | |
| Common Stock | 05/06/2022 | | S[(1)] | | 13,079 | D | $95.69[(24)] | 3,338,356 | D | |

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 05/06/2022 | | S[(1)] | | 1,836 | D | $96.41[(25)] | 3,336,520 | D | |

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Stock Option (buy) | $8.77 | 05/04/2022 | | M | | | 100,000 | (26) | 12/10/2022 | Common Stock | 100,000 | $0 | 2,000,000 | D | |
| Stock Option (buy) | $8.77 | 05/05/2022 | | M | | | 100,000 | (26) | 12/10/2022 | Common Stock | 100,000 | $0 | 1,900,000 | D | |
| Stock Option (buy) | $8.77 | 05/06/2022 | | M | | | 100,000 | (26) | 12/10/2022 | Common Stock | 100,000 | $0 | 1,800,000 | D | |

**Explanation of Responses:**

1. The transactions reported in this Form 4 were effected pursuant to a Rule 10b5-1 trading plan (the "trading plan"). Mr. Rapino has entered into this trading plan to exercise options which were granted in 2012 and would otherwise expire in 2022. Mr. Rapino's compensation continues to be heavily tied to the company's long-term performance. The payment of the options' exercise price and associated taxes will account for the majority of the proceeds from these options, with Mr. Rapino then receiving 66,000 shares of stock under the trading plan and the remainder being settled in cash. Following all transactions under the trading plan, which will exercise all expiring options, Mr. Rapino expects to then hold approximately 3.8 million shares of common stock, inclusive of all other common stock and restricted stock holdings, plus options to acquire an additional 627,602 shares of common stock.

2. This transaction was executed in multiple trades at prices ranging from $92.88 to $93.87. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

3. This transaction was executed in multiple trades at prices ranging from $93.91 to $94.90. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

4. This transaction was executed in multiple trades at prices ranging from $94.91 to $95.90. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

5. This transaction was executed in multiple trades at prices ranging from $95.92 to $96.90. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

6. This transaction was executed in multiple trades at prices ranging from $96.92 to $97.91. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

7. This transaction was executed in multiple trades at prices ranging from $97.92 to $98.91. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

8. This transaction was executed in multiple trades at prices ranging from $98.92 to $99.59. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

9. This transaction was executed in multiple trades at prices ranging from $93.75 to $94.74. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

10. This transaction was executed in multiple trades at prices ranging from $94.75 to $95.74. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

11. This transaction was executed in multiple trades at prices ranging from $95.76 to $96.74. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

12. This transaction was executed in multiple trades at prices ranging from $96.80 to $97.79. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

13. This transaction was executed in multiple trades at prices ranging from $97.80 to $98.76. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

14. This transaction was executed in multiple trades at prices ranging from $98.91 to $99.37. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

15. This transaction was executed in multiple trades at prices ranging from $86.10 to $87.09. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

16. This transaction was executed in multiple trades at prices ranging from $87.11 to $88.06. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

17. This transaction was executed in multiple trades at prices ranging from $88.16 to $89.07. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

18. This transaction was executed in multiple trades at prices ranging from $89.21 to $90.11. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

19. This transaction was executed in multiple trades at prices ranging from $90.21 to $91.14. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

20. This transaction was executed in multiple trades at prices ranging from $91.21 to $92.20. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

21. This transaction was executed in multiple trades at prices ranging from $92.23 to $93.19. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

22. This transaction was executed in multiple trades at prices ranging from $93.24 to $94.16. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

23. This transaction was executed in multiple trades at prices ranging from $94.27 to $95.25. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

24. This transaction was executed in multiple trades at prices ranging from $95.29 to $96.28. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

25. This transaction was executed in multiple trades at prices ranging from $96.29 to $96.80. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

Exhibit 3, page 350

26. The reporting person received the stock options on December 10, 2012 pursuant to an award under the Live Nation Entertainment, Inc. 2005 Stock Incentive Plan, as amended and restated as of March 19, 2015. The options vested in five equal installments on December 10, 2013, 2014, 2015, 2016 and 2017.

**Remarks:**

<u>Brian Capo, Attorney-in-Fact for Michael Rapino</u>     <u>05/06/2022</u>

** Signature of Reporting Person        Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

Exhibit 3, page 351

SEC Form 4

**FORM 4**

UNITED STATES SECURITIES AND EXCHANGE COMMISSION

Washington, D.C. 20549

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person[*] <br><br> Rapino Michael | 2. Issuer Name **and** Ticker or Trading Symbol <br><br> Live Nation Entertainment, Inc. [ LYV ] | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) <br><br> X Director ⬜ 10% Owner <br> X Officer (give title below) ⬜ Other (specify below) <br><br> President & CEO |
|---|---|---|
| (Last) (First) (Middle) <br> C/O LIVE NATION ENTERTAINMENT, INC. <br> 9348 CIVIC CENTER DRIVE | 3. Date of Earliest Transaction (Month/Day/Year) <br> 05/10/2022 | |
| (Street) <br> BEVERLY HILLS   CA   90210 | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) <br><br> X Form filed by One Reporting Person <br> ⬜ Form filed by More than One Reporting Person |
| (City) (State) (Zip) | | |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 05/10/2022 | | F | | 24,363[(1)] | D | $88.14 | 3,312,157 | D | |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

1. Represents shares withheld for tax purposes upon vesting of restricted stock grants.

**Remarks:**

Brian Capo, Attorney-in-Fact for Michael Rapino   05/12/2022

** Signature of Reporting Person   Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

Exhibit 3, page 352

SEC Form 4

**FORM 4**

| | |
|---|---|
| | OMB APPROVAL |
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person[*] | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| Rapino Michael | Live Nation Entertainment, Inc. [ LYV ] | X Director       10% Owner |
| (Last)       (First)       (Middle) | | X Officer (give title below)       Other (specify below) |
| C/O LIVE NATION ENTERTAINMENT, INC. 9348 CIVIC CENTER DRIVE | 3. Date of Earliest Transaction (Month/Day/Year) 05/24/2022 | President & CEO |
| (Street) BEVERLY HILLS       CA       90210 | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) X Form filed by One Reporting Person       Form filed by More than One Reporting Person |
| (City)       (State)       (Zip) | | |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 05/24/2022 | | F | | 5,529[(1)] | D | $84.45 | 3,306,628 | D | |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

1. Represents shares withheld for tax purposes upon vesting of restricted stock grants.

**Remarks:**

| | |
|---|---|
| Brian Capo, Attorney-in-Fact for Michael Rapino | 05/26/2022 |
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

Exhibit 3, page 353

SEC Form 4

**FORM 4**

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden hours per response: | 0.5 |

| 1. Name and Address of Reporting Person[*] <br> **Rapino Michael** <br><br> (Last)    (First)    (Middle) <br> C/O LIVE NATION ENTERTAINMENT, INC. <br> 9348 CIVIC CENTER DRIVE <br><br> (Street) <br> BEVERLY HILLS    CA    90210 <br><br> (City)    (State)    (Zip) | 2. Issuer Name **and** Ticker or Trading Symbol <br> **Live Nation Entertainment, Inc.** [ LYV ] <br><br> 3. Date of Earliest Transaction (Month/Day/Year) <br> 05/30/2022 <br><br> 4. If Amendment, Date of Original Filed (Month/Day/Year) | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) <br> X  Director          10% Owner <br> X  Officer (give title below)    Other (specify below) <br> **President & CEO** <br><br> 6. Individual or Joint/Group Filing (Check Applicable Line) <br> X  Form filed by One Reporting Person <br>   Form filed by More than One Reporting Person |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 05/30/2022 | | F | | 6,634[(1)] | D | $95.49 | 3,299,994 | D | |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

1. Represents shares withheld for tax purposes upon vesting of restricted stock grants.

**Remarks:**

| Brian Capo, Attorney-in-Fact for Michael Rapino | 06/01/2022 |
|---|---|
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

Exhibit 3, page 354

SEC Form 4

**FORM 4**

| UNITED STATES SECURITIES AND EXCHANGE COMMISSION |
|---|
| Washington, D.C. 20549 |

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

| OMB APPROVAL |
|---|
| OMB Number: 3235-0287 |
| Estimated average burden hours per response: 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934 or Section 30(h) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person[*]<br><br>Rapino Michael<br><br>(Last)    (First)    (Middle)<br><br>C/O LIVE NATION ENTERTAINMENT, INC.<br><br>9348 CIVIC CENTER DRIVE<br><br>(Street)<br><br>BEVERLY HILLS    CA    90210<br><br>(City)    (State)    (Zip) | 2. Issuer Name **and** Ticker or Trading Symbol<br><br>Live Nation Entertainment, Inc. [ LYV ]<br><br>3. Date of Earliest Transaction (Month/Day/Year)<br>07/01/2022<br><br>4. If Amendment, Date of Original Filed (Month/Day/Year) | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable)<br><br>X Director          10% Owner<br><br>X Officer (give title below)      Other (specify below)<br><br>President & CEO<br><br>6. Individual or Joint/Group Filing (Check Applicable Line)<br><br>X Form filed by One Reporting Person<br><br>Form filed by More than One Reporting Person |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 07/01/2022 | | A | | 333,751 | A | $0[(1)(2)] | 3,633,745 | D | |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Performance Share Award | [(3)] | 07/01/2022 | | A | | 1,117,037 | | [(4)(5)] | [(4)(5)] | Common Stock | 1,117,037 | [(1)] | 1,117,037 | D | |

**Explanation of Responses:**

1. Reporting person received the award under the Live Nation Entertainment, Inc. 2005 Stock Incentive Plan, as amended and restated as of March 19, 2015.

2. Represents a restricted stock award. 95,357 shares will vest on January 1, 2024 and the remaining shares will vest in four equal installments on January 1, 2025, January 1, 2026, January 1, 2027 and December 31, 2027.

3. Each performance share award represents a contingent right to receive one restricted share of Issuer's common stock, as further set forth in footnotes 4 and 5 below.

4. Each performance share award represents the right to receive, at settlement, a restricted share of Issuer's common stock based on attainment by Issuer, from time to time, of stock price targets (based on the closing price of Issuer's common stock on the NYSE on a particular day) over sixty days (which days to not have to be consecutive; the "Performance Targets") during a performance period beginning on July 1, 2022 and ending on December 31, 2027. The number of awards shown is at the target level; actual restricted shares of common stock issued may range from 0% to 100% of the target level (0 to 1,117,037 restricted shares) based on which Performance Targets are attained. Settlement will occur, and restricted shares of common stock will be issued, from time to time during the performance period if and when a particular Performance Target is met. (Continued in footnote 5 below.)

5. (Continued from footnote 4 above) The restricted shares of common stock issued in respect of performance share awards upon attainment of a particular Performance Target will vest, and the restrictions thereon will lapse, as follows: (i) 50% will vest on the date of attainment of the corresponding Performance Target, (ii) 20% will vest on the second anniversary of such attainment date, (iii) 20% will vest on the third anniversary of such attainment date, and (iv) the remaining 10% will vest on the third anniversary of such attainment date (to the extent such anniversary occurs before December 31, 2027). To the extent any earned Performance Target share awards remain unvested as of December 31, 2027, such shares will vest on December 31, 2027. Vesting of performance share awards and restricted shares of common stock issued in respect thereof is subject to and conditioned in each case upon the reporting person's continued employment with Issuer through the applicable vesting date.

**Remarks:**

| Brian Capo, Attorney-in-Fact for Michael Rapino | 07/06/2022 |
|---|---|
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC Form 4

**FORM 4**

| | UNITED STATES SECURITIES AND EXCHANGE COMMISSION | OMB APPROVAL |
|---|---|---|

Washington, D.C. 20549

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person[*] | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| Rapino Michael | Live Nation Entertainment, Inc. [ LYV ] | X Director — 10% Owner |
| (Last) (First) (Middle) | | X Officer (give title below) — Other (specify below) |
| C/O LIVE NATION ENTERTAINMENT, INC. | 3. Date of Earliest Transaction (Month/Day/Year) | President & CEO |
| 9348 CIVIC CENTER DRIVE | 07/26/2022 | |
| (Street) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| BEVERLY HILLS   CA   90210 | | X Form filed by One Reporting Person |
| (City) (State) (Zip) | | ☐ Form filed by More than One Reporting Person |

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 07/26/2022 | | F | | 6,266[(1)] | D | $89.78 | 3,627,479 | D | |

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

1. Represents shares withheld for tax purposes upon vesting of restricted stock grants.

**Remarks:**

Brian Capo, Attorney-in-Fact for Michael Rapino    07/28/2022

\*\* Signature of Reporting Person    Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

\* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

\*\* Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC Form 4

**FORM 4**

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934 or Section 30(h) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person[*] | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| **Rapino Michael** | **Live Nation Entertainment, Inc.** [ LYV ] | X    Director                10% Owner |
| (Last)       (First)       (Middle) | | X    Officer (give title below)    Other (specify below) |
| C/O LIVE NATION ENTERTAINMENT, INC. | 3. Date of Earliest Transaction (Month/Day/Year) | **President & CEO** |
| 9348 CIVIC CENTER DRIVE | 08/16/2022 | |
| (Street) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| BEVERLY HILLS    CA       90210 | | X    Form filed by One Reporting Person |
| (City)       (State)       (Zip) | | Form filed by More than One Reporting Person |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 08/16/2022 | | F | | 26,206[(1)] | D | $99.04 | 3,601,273 | D | |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

1. Represents shares withheld for tax purposes upon vesting of restricted stock grants.

**Remarks:**

Brian Capo, Attorney-in-Fact for Michael Rapino    08/18/2022

\*\* Signature of Reporting Person    Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

\* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

\*\* Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

Exhibit 3, page 357

SEC Form 4

**FORM 4**

Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden hours per response: | 0.5 |

| 1. Name and Address of Reporting Person[*] | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) | |
|---|---|---|---|
| Rapino Michael | Live Nation Entertainment, Inc. [ LYV ] | X Director | 10% Owner |
| (Last)   (First)   (Middle) | | X Officer (give title below) | Other (specify below) |
| C/O LIVE NATION ENTERTAINMENT, INC. 9348 CIVIC CENTER DRIVE | 3. Date of Earliest Transaction (Month/Day/Year) 09/07/2022 | President & CEO | |
| (Street) BEVERLY HILLS   CA   90210 | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) | |
| (City)   (State)   (Zip) | | X Form filed by One Reporting Person | |
| | | Form filed by More than One Reporting Person | |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 09/07/2022 | | M[(1)] | | 100,000 | A | $8.77 | 3,701,273 | D | |
| Common Stock | 09/07/2022 | | S[(1)] | | 32,980 | D | $89.53[(2)] | 3,668,293 | D | |
| Common Stock | 09/07/2022 | | S[(1)] | | 20,104 | D | $90.34[(3)] | 3,648,189 | D | |
| Common Stock | 09/07/2022 | | S[(1)] | | 24,916 | D | $91.16[(4)] | 3,623,273 | D | |
| Common Stock | 09/08/2022 | | M[(1)] | | 100,000 | A | $8.77 | 3,723,273 | D | |
| Common Stock | 09/08/2022 | | S[(1)] | | 13,823 | D | $90.32[(5)] | 3,709,450 | D | |
| Common Stock | 09/08/2022 | | S[(1)] | | 64,177 | D | $91[(6)] | 3,645,273 | D | |
| Common Stock | 09/09/2022 | | M[(1)] | | 100,000 | A | $8.77 | 3,745,273 | D | |
| Common Stock | 09/09/2022 | | S[(1)] | | 43,698 | D | $92.64[(7)] | 3,701,575 | D | |
| Common Stock | 09/09/2022 | | S[(1)] | | 34,302 | D | $93.17[(8)] | 3,667,273 | D | |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Stock Option (buy) | $8.77 | 09/07/2022 | | M | | | 100,000 | (9) | 12/10/2022 | Common Stock | 100,000 | $0 | 1,700,000 | D | |
| Stock Option (buy) | $8.77 | 09/08/2022 | | M | | | 100,000 | (9) | 12/10/2022 | Common Stock | 100,000 | $0 | 1,600,000 | D | |
| Stock Option (buy) | $8.77 | 09/09/2022 | | M | | | 100,000 | (9) | 12/10/2022 | Common Stock | 100,000 | $0 | 1,500,000 | D | |

**Explanation of Responses:**

1. The transactions reported in this Form 4 were effected pursuant to a Rule 10b5-1 trading plan (the "trading plan"). Mr. Rapino has entered into this trading plan to exercise options which were granted in 2012 and would otherwise expire in 2022. Mr. Rapino's compensation continues to be heavily tied to the company's long-term performance. The payment of the options' exercise price and associated taxes will account for the majority of the proceeds from these options, with Mr. Rapino then receiving 66,000 shares of stock under the trading plan and the remainder being settled in cash. Following all transactions under the trading plan, which will exercise all expiring options, Mr. Rapino expects to then hold approximately 5.7 million shares of common stock and equity awards, inclusive of all other common stock, restricted stock holdings, a performance share award (of 1,117,037 shares) and options to acquire additional shares of common stock (627,602).

2. This transaction was executed in multiple trades at prices ranging from $88.92 to $89.91. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

Exhibit 3, page 358

3. This transaction was executed in multiple trades at prices ranging from $89.92 to $90.91. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

4. This transaction was executed in multiple trades at prices ranging from $90.92 to $91.54. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

5. This transaction was executed in multiple trades at prices ranging from $89.64 to $90.63. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

6. This transaction was executed in multiple trades at prices ranging from $90.64 to $91.57. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

7. This transaction was executed in multiple trades at prices ranging from $92.05 to $93.04. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

8. This transaction was executed in multiple trades at prices ranging from $93.05 to $93.34. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

9. The reporting person received the stock options on December 10, 2012 pursuant to an award under the Live Nation Entertainment, Inc. 2005 Stock Incentive Plan, as amended and restated as of March 19, 2015. The options vested in five equal installments on December 10, 2013, 2014, 2015, 2016 and 2017.

**Remarks:**

| | |
|---|---|
| Brian Capo, Attorney-in-Fact for Michael Rapino | 09/09/2022 |
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

Exhibit 3, page 359

SEC Form 4

**FORM 4**

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934 or Section 30(h) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person* | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| Rapino Michael | Live Nation Entertainment, Inc. [ LYV ] | X Director    10% Owner |
| (Last)    (First)    (Middle) | | X Officer (give title below)    Other (specify below) |
| C/O LIVE NATION ENTERTAINMENT, INC. | 3. Date of Earliest Transaction (Month/Day/Year) | President & CEO |
| 9348 CIVIC CENTER DRIVE | 09/14/2022 | |
| (Street) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| BEVERLY HILLS    CA    90210 | | X Form filed by One Reporting Person |
| (City)    (State)    (Zip) | | Form filed by More than One Reporting Person |

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 09/14/2022 | | M[1] | | 100,000 | A | $8.77 | 3,767,273 | D | |
| Common Stock | 09/14/2022 | | S[1] | | 15,100 | D | $89.08[2] | 3,752,173 | D | |
| Common Stock | 09/14/2022 | | S[1] | | 7,690 | D | $90.04[3] | 3,744,483 | D | |
| Common Stock | 09/14/2022 | | S[1] | | 39,890 | D | $91.1[4] | 3,704,593 | D | |
| Common Stock | 09/14/2022 | | S[1] | | 15,320 | D | $92.14[5] | 3,689,273 | D | |
| Common Stock | 09/15/2022 | | M[1] | | 100,000 | A | $8.77 | 3,789,273 | D | |
| Common Stock | 09/15/2022 | | S[1] | | 41,872 | D | $92.15[6] | 3,747,401 | D | |
| Common Stock | 09/15/2022 | | S[1] | | 26,831 | D | $92.97[7] | 3,720,570 | D | |
| Common Stock | 09/15/2022 | | S[1] | | 9,297 | D | $94.05[8] | 3,711,273 | D | |
| Common Stock | 09/16/2022 | | M[1] | | 100,000 | A | $8.77 | 3,811,273 | D | |
| Common Stock | 09/16/2022 | | S[1] | | 46,938 | D | $87.47[9] | 3,764,335 | D | |
| Common Stock | 09/16/2022 | | S[1] | | 15,822 | D | $88.53[10] | 3,748,513 | D | |
| Common Stock | 09/16/2022 | | S[1] | | 15,240 | D | $89.28[11] | 3,733,273 | D | |

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Stock Option (buy) | $8.77 | 09/14/2022 | | M | | | 100,000 | [12] | 12/10/2022 | Common Stock | 100,000 | $0 | 1,400,000 | D | |
| Stock Option (buy) | $8.77 | 09/15/2022 | | M | | | 100,000 | [12] | 12/10/2022 | Common Stock | 100,000 | $0 | 1,300,000 | D | |
| Stock Option (buy) | $8.77 | 09/16/2022 | | M | | | 100,000 | [12] | 12/10/2022 | Common Stock | 100,000 | $0 | 1,200,000 | D | |

**Explanation of Responses:**

Exhibit 3, page 360

1. The transactions reported in this Form 4 were effected pursuant to a Rule 10b5-1 trading plan (the "Trading Plan"). Mr. Rapino has entered into this trading plan to exercise options which were granted in 2012 and would otherwise expire in 2022. Mr. Rapino's compensation continues to be heavily tied to the company's long-term performance. The payment of the options' exercise price and associated taxes will account for the majority of the proceeds from these options, with Mr. Rapino then receiving 66,000 shares of stock under the trading plan and the remainder being settled in cash. Following all transactions under the trading plan, which will exercise all expiring options, Mr. Rapino expects to then hold approximately 5.7 million shares of common stock and equity awards, inclusive of all other common stock, restricted stock holdings, a performance share award (of 1,117,037 shares) and options to acquire additional shares of common stock (627,602).

2. This transaction was executed in multiple trades at prices ranging from $88.55 to $89.52. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

3. This transaction was executed in multiple trades at prices ranging from $89.56 to $90.55. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

4. This transaction was executed in multiple trades at prices ranging from $90.57 to $91.56. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

5. This transaction was executed in multiple trades at prices ranging from $91.57 to $92.38. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

6. This transaction was executed in multiple trades at prices ranging from $91.60 to $92.59. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

7. This transaction was executed in multiple trades at prices ranging from $92.60 to $93.59. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

8. This transaction was executed in multiple trades at prices ranging from $93.60 to $94.56. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

9. This transaction was executed in multiple trades at prices ranging from $87.06 to $88.04. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

10. This transaction was executed in multiple trades at prices ranging from $88.06 to $89.05. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

11. This transaction was executed in multiple trades at prices ranging from $89.06 to $90.00. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

12. The reporting person received the stock options on December 10, 2012 pursuant to an award under the Live Nation Entertainment, Inc. 2005 Stock Incentive Plan, as amended and restated as of March 19, 2015. The options vested in five equal installments on December 10, 2013, 2014, 2015, 2016 and 2017.

**Remarks:**

| Brian Capo, Attorney-in-Fact for Michael Rapino | 09/16/2022 |
|---|---|
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

Exhibit 3, page 361

SEC Form 4

**FORM 4**

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

| 1. Name and Address of Reporting Person* | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) | |
|---|---|---|---|
| Rapino Michael | Live Nation Entertainment, Inc. [ LYV ] | X Director | 10% Owner |
| (Last)     (First)     (Middle) | | X Officer (give title below) | Other (specify below) |
| C/O LIVE NATION ENTERTAINMENT, INC. | 3. Date of Earliest Transaction (Month/Day/Year) 09/21/2022 | President & CEO | |
| 9348 CIVIC CENTER DRIVE | | | |
| (Street) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) | |
| BEVERLY HILLS     CA     90210 | | X Form filed by One Reporting Person | |
| (City)     (State)     (Zip) | | Form filed by More than One Reporting Person | |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 09/21/2022 | | M[1] | | 100,000 | A | $8.77 | 3,833,273 | D | |
| Common Stock | 09/21/2022 | | S[1] | | 16,242 | D | $81.91[2] | 3,817,031 | D | |
| Common Stock | 09/21/2022 | | S[1] | | 13,132 | D | $83.14[3] | 3,803,899 | D | |
| Common Stock | 09/21/2022 | | S[1] | | 41,026 | D | $84.17[4] | 3,762,873 | D | |
| Common Stock | 09/21/2022 | | S[1] | | 7,500 | D | $84.9[5] | 3,755,373 | D | |
| Common Stock | 09/21/2022 | | S[1] | | 100 | D | $85.73[6] | 3,755,273 | D | |
| Common Stock | 09/22/2022 | | M[1] | | 100,000 | A | $8.77 | 3,855,273 | D | |
| Common Stock | 09/22/2022 | | S[1] | | 58,917 | D | $77.71[7] | 3,796,356 | D | |
| Common Stock | 09/22/2022 | | S[1] | | 14,813 | D | $78.4[8] | 3,781,543 | D | |
| Common Stock | 09/22/2022 | | S[1] | | 2,670 | D | $79.57[9] | 3,778,873 | D | |
| Common Stock | 09/22/2022 | | S[1] | | 1,600 | D | $80.68[10] | 3,777,273 | D | |
| Common Stock | 09/23/2022 | | M[1] | | 100,000 | A | $8.77 | 3,877,273 | D | |
| Common Stock | 09/23/2022 | | S[1] | | 44,855 | D | $73.96[11] | 3,832,418 | D | |
| Common Stock | 09/23/2022 | | S[1] | | 30,343 | D | $74.94[12] | 3,802,075 | D | |
| Common Stock | 09/23/2022 | | S[1] | | 2,802 | D | $75.89[13] | 3,799,273 | D | |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Stock Option (buy) | $8.77 | 09/21/2022 | | M | | | 100,000 | (14) | 12/10/2022 | Common Stock | 100,000 | $0 | 1,100,000 | D | |
| Stock Option (buy) | $8.77 | 09/22/2022 | | M | | | 100,000 | (14) | 12/10/2022 | Common Stock | 100,000 | $0 | 1,000,000 | D | |

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Stock Option (buy) | $8.77 | 09/23/2022 | | M | | 100,000 | | (14) | 12/10/2022 | Common Stock | 100,000 | $0 | 900,000 | D | |

**Explanation of Responses:**

1. The transactions reported in this Form 4 were effected pursuant to a Rule 10b5-1 trading plan (the "trading plan"). Mr. Rapino has entered into this trading plan to exercise options which were granted in 2012 and would otherwise expire in 2022. Mr. Rapino's compensation continues to be heavily tied to the company's long-term performance. The payment of the options' exercise price and associated taxes will account for the majority of the proceeds from these options, with Mr. Rapino then receiving 66,000 shares of stock under the trading plan and the remainder being settled in cash. Following all transactions under the trading plan, which will exercise all expiring options, Mr. Rapino expects to then hold approximately 5.7 million shares of common stock and equity awards, inclusive of all other common stock, restricted stock holdings, a performance share award (of 1,117,037 shares) and options to acquire additional shares of common stock (627,602).

2. This transaction was executed in multiple trades at prices ranging from $81.54 to $82.51. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

3. This transaction was executed in multiple trades at prices ranging from $82.55 to $83.54. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

4. This transaction was executed in multiple trades at prices ranging from $83.55 to $84.54. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

5. This transaction was executed in multiple trades at prices ranging from $84.55 to $85.52. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

6. This transaction was executed in multiple trades at prices ranging from $85.72 to $85.75. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

7. This transaction was executed in multiple trades at prices ranging from $77.11 to $78.10. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

8. This transaction was executed in multiple trades at prices ranging from $78.11 to $79.10. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

9. This transaction was executed in multiple trades at prices ranging from $79.15 to $80.07. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

10. This transaction was executed in multiple trades at prices ranging from $80.40 to $81.03. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

11. This transaction was executed in multiple trades at prices ranging from $73.36 to $74.35. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

12. This transaction was executed in multiple trades at prices ranging from $74.36 to $75.35. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

13. This transaction was executed in multiple trades at prices ranging from $75.37 to $76.20. The price reported reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

14. The reporting person received the stock options on December 10, 2012 pursuant to an award under the Live Nation Entertainment, Inc. 2005 Stock Incentive Plan, as amended and restated as of March 19, 2015. The options vested in five equal installments on December 10, 2013, 2014, 2015, 2016 and 2017.

**Remarks:**

| | |
|---|---|
| Brian Capo, Attorney-in-Fact for Michael Rapino | 09/23/2022 |
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

Exhibit 3, page 363

SEC Form 4

**FORM 4**

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden hours per response: | 0.5 |

| 1. Name and Address of Reporting Person[*] | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| Rapino Michael | Live Nation Entertainment, Inc. [ LYV ] | X Director ☐ 10% Owner<br>X Officer (give title below) ☐ Other (specify below)<br>President & CEO |
| (Last)  (First)  (Middle)<br>C/O LIVE NATION ENTERTAINMENT, INC.<br>9348 CIVIC CENTER DRIVE | 3. Date of Earliest Transaction (Month/Day/Year)<br>12/09/2022 | |
| (Street)<br>BEVERLY HILLS  CA  90210 | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line)<br>X Form filed by One Reporting Person<br>☐ Form filed by More than One Reporting Person |
| (City)  (State)  (Zip) | | |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 12/09/2022 | | M | | 900,000[(1)] | A | $8.77 | 4,699,273 | D | |
| Common Stock | 12/09/2022 | | F | | 525,924[(1)] | D | $71.77 | 4,173,349 | D | |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Stock Option (buy) | $8.77 | 12/09/2022 | | M | | | 900,000 | (1) | 12/10/2022 | Common Stock | 900,000 | $0 | 0 | D | |

**Explanation of Responses:**

1. The reporting person received the stock options on December 10, 2012 pursuant to an award under the Live Nation Entertainment, Inc. 2005 Stock Incentive Plan, as amended and restated as of March 19, 2015. The options vested in five equal installments on December 10, 2013, 2014, 2015, 2016 and 2017, and would have expired on December 10, 2022 if not exercised on the date hereof. THE REPORTING PERSON EXERCISED THE OPTIONS IN A MANNER INTENDED TO MAXIMIZE THE NUMBER OF SHARES ACQUIRED AND RETAINED, AFTER PAYMENT OF WITHHOLDING TAXES AND EXERCISE PRICE USING SHARES RECEIVABLE.

**Remarks:**

| Brian Capo, Attorney-in-Fact for Michael Rapino | 12/09/2022 |
|---|---|
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

Exhibit 3, page 364

SEC Form 4

**FORM 4**

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

| 1. Name and Address of Reporting Person[*] <br> **Rapino Michael** <br><br> (Last)          (First)          (Middle) <br> C/O LIVE NATION ENTERTAINMENT, INC. <br> 9348 CIVIC CENTER DRIVE <br><br> (Street) <br> BEVERLY HILLS          CA          90210 <br><br> (City)          (State)          (Zip) | 2. Issuer Name **and** Ticker or Trading Symbol <br> **Live Nation Entertainment, Inc.** [ LYV ] <br><br> 3. Date of Earliest Transaction (Month/Day/Year) <br> 12/13/2022 <br><br> 4. If Amendment, Date of Original Filed (Month/Day/Year) | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) <br> X   Director          10% Owner <br> X   Officer (give title below)          Other (specify below) <br> **President & CEO** <br><br> 6. Individual or Joint/Group Filing (Check Applicable Line) <br> X   Form filed by One Reporting Person <br>      Form filed by More than One Reporting Person |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 12/13/2022 | | G[(1)] | V | 33,966 | D | $0 | 4,139,383 | D | |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

1. This transaction consisted of a gift of shares to a 501(c)(3) charitable foundation.

**Remarks:**

Brian Capo, Attorney-in-Fact for Michael Rapino          12/23/2022

\*\* Signature of Reporting Person          Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

\* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

\*\* Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

Exhibit 3, page 365

SEC Form 4

**FORM 4**

| | |
|---|---|
| **UNITED STATES SECURITIES AND EXCHANGE COMMISSION**<br>Washington, D.C. 20549 | **OMB APPROVAL**<br>OMB Number: 3235-0287<br>Estimated average burden<br>hours per response: 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person[*]<br>Rapino Michael | 2. Issuer Name **and** Ticker or Trading Symbol<br>Live Nation Entertainment, Inc. [ LYV ] | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable)<br>X Director  10% Owner<br>X Officer (give title below)  Other (specify below)<br>President & CEO |
|---|---|---|
| (Last) (First) (Middle)<br>C/O LIVE NATION ENTERTAINMENT, INC.<br>9348 CIVIC CENTER DRIVE | 3. Date of Earliest Transaction (Month/Day/Year)<br>12/31/2022 | |
| (Street)<br>BEVERLY HILLS  CA  90210 | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line)<br>X Form filed by One Reporting Person<br>Form filed by More than One Reporting Person |
| (City) (State) (Zip) | | |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 12/31/2022 | | F | | 652,737[(1)] | D | $69.74 | 3,486,646 | D | |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

1. On December 31, 2022, 1,267,000 shares vested that were granted as part of a 2017 employment agreement grant. The shares were performance shares that were earned over 5 years as the stock price hit various thresholds, and only vested at the end of the contract to ensure Mr. Rapino remained employed through then. Of these shares that vested, 652,737 shares were withheld for taxes. As a result, Mr. Rapino has 3,486,646 shares following this vesting, 627,602 vested stock options, and up to 1,117,037 of unvested performance award shares.

**Remarks:**

| | |
|---|---|
| | Brian Capo, Attorney-in-Fact for Michael Rapino  01/04/2023 |
| | ** Signature of Reporting Person  Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

Exhibit 3, page 366

SEC Form 4

**FORM 4**

| | | |
|---|---|---|
| | **UNITED STATES SECURITIES AND EXCHANGE COMMISSION**<br>Washington, D.C. 20549 | **OMB APPROVAL**<br>OMB Number: 3235-0287<br>Estimated average burden<br>hours per response: 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person* <br> **Rapino Michael** <br><br> (Last)  (First)  (Middle) <br> C/O LIVE NATION ENTERTAINMENT, INC. <br> 9348 CIVIC CENTER DRIVE <br> (Street) <br> BEVERLY HILLS   CA   90210 <br> (City)  (State)  (Zip) | 2. Issuer Name **and** Ticker or Trading Symbol <br> **Live Nation Entertainment, Inc.** [ LYV ] | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) <br> X  Director    10% Owner <br> X  Officer (give title below)    Other (specify below) <br> **President & CEO** |
|---|---|---|
| | 3. Date of Earliest Transaction (Month/Day/Year) <br> 03/31/2023 | |
| | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) <br> X  Form filed by One Reporting Person <br>    Form filed by More than One Reporting Person |
| | Rule 10b5-1(c) Transaction Indication <br><br> ☐ Check this box to indicate that a transaction was made pursuant to a contract, instruction or written plan that is intended to satisfy the affirmative defense conditions of Rule 10b5-1(c). See Instruction 10. | |

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 03/31/2023 | | F | | 22,204[1][2] | D | $70 | 3,464,442 | D | |

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

1. Represents shares withheld for tax purposes upon vesting of restricted stock grants. Mr. Rapino additionally used $1,000,000 of his own cash funds to pay the remaining amount of tax withholdings due, thereby retaining ownership of 14,285 shares of common stock of the Company that would have otherwise been surrendered to the Company to pay taxes. Mr. Rapino chose to use his own funds to pay this portion of the tax withholdings rather than surrendering the 14,285 shares to the Company, as is the default under the Company's equity incentive plan, in order to maintain his strong level of stock ownership in the Company. A portion of the vesting shares were shares of restricted common stock originally issued to Mr. Rapino under the Company's equity incentive plan and had performance conditions to their vesting, which performance conditions were previously satisfied. (Continued in footnote 2 below)

2. (Continued from footnote 1 above) Mr. Rapino's current equity interests in the Company totals 5,209,081 shares, consisting of 3,464,442 shares of common stock (inclusive of vested and unvested shares), 627,602 options to purchase common stock, and a performance share award targeted at 1,117,037 shares of common stock.

**Remarks:**

| | |
|---|---|
| Brian Capo, Attorney-in-Fact for Michael Rapino | 04/04/2023 |
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**