# Exhibit 5



NOVEMBER 19, 2022

# A STATEMENT FROM LIVE NATION ENTERTAINMENT



As we have stated many times in the past, Live Nation takes its responsibilities under the antitrust laws seriously and does not engage

Exhibit 5, page 372

in behaviors that could justify antitrust litigation, let alone orders that would require it to alter fundamental business practices.

The concert promotion business is highly competitive, with artist management in control of selecting their promoting team. The demand for live entertainment continues to grow, and there are more promoters than ever working with artists to help them connect with fans through live shows. The Department of Justice itself recognized the competitive nature of the concert promotion business at the time of the Live Nation-Ticketmaster merger.  That dynamic has not changed.

Ticketmaster has a significant share of the primary ticketing services market because of

the large gap that exists between the quality of the Ticketmaster system and the next best primary ticketing system. The market is increasingly competitive nonetheless, with rivals making aggressive offers to venues. That Ticketmaster continues to be the leader in such an environment is a testament to the platform and those who operate it, not to any anticompetitive business practices. 5 years ago tickets were paper, now you scan in with your phone, and can transfer tickets to your friend with one tap. We innovate and invest in our technology more than any other ticketing company, and we will continue to do so.

Secondary ticketing is extremely competitive, with Ticketmaster competing with StubHub, SeatGeek, Vivid and many others.  No serious argument can be made that Ticketmaster has

Exhibit 5, page 374

the kind of market position in secondary ticketing that supports antitrust claims.

For the past 12 years Live Nation has operated under a Consent Decree that among other things seeks to prevent anticompetitive leveraging of Live Nation promoted content to advantage Ticketmaster.  Pursuant to the Amended Decree voluntarily entered in 2020, Live Nation's compliance is monitored by a former federal judge.  There never has been and is not now any evidence of systemic violations of the Consent Decree.  It remains against Live Nation policy to threaten venues that they won't get Live Nation shows if they do not use Ticketmaster, and Live Nation does not re-route content as retaliation for a lost ticketing deal.

Ticketmaster is also the most transparent and fan-friendly ticketing system in the United States.  Ticketmaster does not set or control ticket prices, strongly advocates for all-in pricing so that fans are not surprised by what tickets really cost, and is the undisputed market leader in ticket security and fighting bots.  Ticketmaster also does not embrace deceptive and questionable secondary ticketing practices prevalent on rival sites such as speculative ticketing.

We are proud of the work we do across both concerts and ticketing, and will continue working to improve and support the live events industry.

## READ MORE ABOUT

**CORPORATE**

**About**

Biz at LN

Empowered by LN

Leadership

**Careers**

Life at Live Nation

Work at Live Nation

**Resources**

News

Investors

Leadership

Contact

**Apps**

 

Exhibit 5, page 377

TERMS OF USE / PRIVACY POLICY / GLOBAL SITES

© 2023 LIVE NATION WORLDWIDE, INC. ALL RIGHTS RESERVED. BY CONTINUING PAST THIS
PAGE, YOU AGREE TO OUR TERMS OF USE.

Exhibit 5, page 378