# Exhibit 10





FEBRUARY 23, 2023

Exhibit 10, page 553

# STATEMENT FROM LIVE NATION ENTERTAINMENT



---



If there's any chance of improving ticketing for fans and artists, we all need to focus on the facts. In the last few weeks alone, we've submitted more than 35 pages of information to provide greater context and transparency to policymakers on the realities of the industry. These include the fact that this industry is more competitive than ever: Ticketmaster has actually lost market share since the 2010 merger, not gained it; that venues set and keep most of the fees associated with tickets and are increasingly taking an ever-larger share; and Ticketmaster has for years been advocating for a federal all-in pricing requirement. We believe that policymakers would benefit from asking more questions about the chaos caused by scalpers and the resale-first side of the industry. We remain committed to working

with lawmakers on developing reforms that will benefit fans and artists including those outlined in a FAIR Ticketing Act.

Letter from J. Berchtold to Sen. Klobuchar 11.27.2022        Download

Response to Senate Judiciary Written Questions 2.14.23        Download

# READ MORE ABOUT

CORPORATE

**About**

Biz at LN

Empowered by LN

Leadership

**Careers**

Life at Live Nation

Work at Live Nation

**Resources**

News

Investors

Leadership

Contact

**Apps**

  

TERMS OF USE / PRIVACY POLICY / GLOBAL SITES

© 2023 LIVE NATION WORLDWIDE, INC. ALL RIGHTS RESERVED. BY CONTINUING PAST THIS PAGE, YOU AGREE TO OUR TERMS OF USE.

Exhibit 10, page 557