# Exhibit 13





NOVEMBER 21, 2023

Exhibit 13, page 568

# RESPONSE FROM LIVE NATION ENTERTAINMENT





November 21, 2023

Exhibit 13, page 569

By: Dan Wall

Live Nation has been cooperating with the Senate Subcommittee's investigation for months and has in no way been "stonewalling."  We have produced documents on every subject that the Subcommittee raised, not only in its initial letter but in subsequent conversations. We have in fact produced nearly 10,000 pages of documents, including more than 2000 emails, dozens of commercial agreements, and voluminous other materials.  We have met with the Subcommittee staff on multiple occasions and answered numerous questions.

We have now run into an obstacle of the Subcommittee's making—and which it could

remove at any time.

Some of the information requested from Live Nation is highly sensitive client information about artists, venues and others with whom we deal.  It addresses plainly confidential subjects such as how much money artists make from their tours which in any other government investigation would be produced subject to binding confidentiality protections to prevent its misuse.  In fact, in other investigations Live Nation has without objection produced the same or similar information subject to confidentiality protections.

We have told the Subcommittee repeatedly that we would produce such information with normal confidentiality protections—nothing

greater than other branches of the federal government routinely provide—but not without them.  The Subcommittee has refused to provide any confidentiality protections at all. That has led to an impasse that left us with no procedural option other than to decline to produce the third-party confidential information at issue.

The Subcommittee responded by issuing a subpoena, which was expected. It is only in a subpoena enforcement action that Live Nation can assert its rights to protect the confidentiality of this information. While the subpoena is an unnecessary drain on taxpayer resources, we have been and remain prepared to work with the Subcommittee to address any legitimate investigative needs in the way that

government agencies do every day with countless other subpoena recipients: using standard procedures to prevent the misuse of confidential information.

Our limit in this process—that the Subcommittee Chair has chosen to call stonewalling—is simply that we value our artist relationships and the interests of other stakeholders we work with too much to betray their trust by turning over their information without adequate protections.

## READ MORE ABOUT

CORPORATE

About

Biz at LN

Exhibit 13, page 573

Empowered by LN

Leadership

**Careers**

Life at Live Nation

Work at Live Nation

**Resources**

News

Investors

Leadership

Contact

**Apps**

 

TERMS OF USE

© 2023 LIVE NATION WORLDWIDE, IN

PAGE, YOU A

Exhibit 13, page 574