

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| BRIAN DONLEY, Individually and on Behalf of All Others Similarly Situated,<br><br>                                Plaintiffs,<br><br>              v.<br><br>LIVE NATION ENTERTAINMENT, INC., MICHAEL RAPINO, and JOE BERCHTOLD,<br><br>                                Defendants. | Case No. 2:23-cv-06343-KK (ASx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS MOTION TO DISMISS AMENDED CLASS ACTION COMPLAINT** |

**[PROPOSED] ORDER**

WHEREAS this matter having come before the Court by way of Defendants Live Nation Entertainment, Inc., Michael Rapino, and Joe Berchtold's Motion to Dismiss Plaintiffs' Amended Class Action Complaint (the "Motion");

WHEREAS the Court, having considered the briefs and arguments of counsel and all other matters presented, and finding good cause therefor,

THE COURT HEREBY GRANTS the Motion and ORDERS as follows:

Plaintiffs' Amended Class Action Complaint is DISMISSED with prejudice in its entirety.

IT IS SO ORDERED.


Dated: _____          By: _____
                              HON. KENLY KIYA KATO
                              UNITED STATES DISTRICT JUDGE