**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| BRIAN DONLEY, Individually and on Behalf of All Others Similarly Situated,<br><br><br>Plaintiffs,<br><br>v<br><br>LIVE NATION ENTERTAINMENT, INC., MICHAEL RAPINO, and JOE BERCHTOLD,<br><br><br>Defendants. | Case No. 2:23-cv-06343-KK (ASx)<br><br>**[PROPOSED] ORDER GRANTING REQUEST FOR JUDICIAL NOTICE AND INCORPORATION BY REFERENCE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS AMENDED CLASS ACTION COMPLAINT** |

## [PROPOSED] ORDER

WEHREAS this matter having come before the Court by way of Defendants Live Nation Entertainment, Inc. ("Live Nation"), Michael Rapino, and Joe Berchtold (collectively "Defendants") request that the Court consider the following exhibits under the doctrine of incorporation by reference and/or judicial notice pursuant to Federal Rule of Evidence 201:

**Exhibit 2**:  Live Nation's Form 10-K for the period ended December 31, 2021, which was filed with the Securities and Exchange Commission ("SEC") on February 23, 2022 and is publicly available at https://www.sec.gov.

**Exhibit 3**:  A compilation of Michael Rapino's Form 4s filed during the putative class period with the SEC, which are publicly available at https://www.sec.gov.

**Exhibit 4**: *New York Times* article entitled, "Justice Dept. is Said to Investigate Ticketmaster's Parent Company," originally published on November 18, 2022 and updated January 24, 2023, which is publicly available at https://www.nytimes.com/2022/11/18/technology/live-nation-ticketmaster-investigation-taylor-swift.html.

**Exhibit 5**:  Live Nation's statement entitled, "A Statement From Live Nation Entertainment," dated November 19, 2022, which is publicly available at https://www.livenationentertainment.com/2022/11/a-statement-from-live-nation-entertainment-2/.

**Exhibit 6**:  Opening statement by Joe Berchtold Testimony before the United States Senate Judiciary Committee on January 24, 2023, which is publicly available at https://www.judiciary.senate.gov

**Exhibit 7**: Live Nation's Form 8-K, filed with the SEC on February 23, 2023, which attached as Ex. 99-1 a press release entitled, "Live Nation Entertainment Reports Fourth Quarter & Full Year 2022 Results," and is publicly available at https://www.sec.gov.

**Exhibit 8**: Live Nation's Form 10-K for the period ended December 31, 2022, which was filed with the SEC on February 23, 2023 and is publicly available at https://www.sec.gov.

**Exhibit 9**: *NPR* article entitled, "Senators are calling on the Justice Department to look into Ticketmaster's practices," dated February 23, 2023, which is publicly available at https://www.npr.org/2023/02/23/1158998797/ticketmaster-letter-senators-justice-department.

**Exhibit 10**: Live Nation's statement entitled, "Statement from Live Nation Entertainment," dated February 23, 2023, which is publicly available at https://www.livenationentertainment.com/2023/02/statement-from-live-nation-entertainment/.

**Exhibit 11**: *Politico* article entitled, "Ticketmaster could face new threat this fall, sources say," dated July 28 2023, which is publicly available at https://www.politico.com/news/2023/07/28/feds-home-in-on-ticketmaster-antitrust-case-00108771.

**Exhibit 12**: *CNBC* article entitled, "Senate subpoenas Live Nation, Ticketmaster amid investigation," dated November 20, 2023, which is publicly available at https://www.cnbc.com/2023/11/20/senate-subpoenas-live-nation-ticketmaster-amid-investigation.html.

**Exhibit 13**: Live Nation's statement entitled, "Response from Live Nation Entertainment," dated November 21, 2023, which is publicly available at https://www.livenationentertainment.com/2023/11/response-from-live-nation-entertainment/.

WHEREAS the Court, having considered the briefs and arguments of counsel and all other matters presented, and finding good cause therefor:

THE COURT HEREBY GRANTS Defendants' request, and ORDERS as follows:

Exhibits 2-13 are properly subject to consideration in connection with Defendants' Motion to Dismiss Plaintiffs' Amended Class Action Complaint because each is incorporated by reference into the Complaint and/or is subject to judicial notice.

IT IS SO ORDERED.


Dated: _____          By: _____
                                   HON. KENLY KIYA KATO
                                   UNITED STATES DISTRICT JUDGE