LATHAM & WATKINS LLP
Melanie M. Blunschi (CA Bar No. 234264)
 melanie.blunschi@lw.com
Nicholas R. Rosellini (CA Bar. No. 316080)
 nick.rosellini@lw.com
Elizabeth J. Cheng (CA Bar No. 342131)
 liz.cheng@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

*Attorneys for Defendants Live Nation Entertainment, Inc., Michael Rapino and Joe Berchtold*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| BRIAN DONLEY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC., MICHAEL RAPINO, and JOE BERCHTOLD,<br><br>Defendants. | Case No. 2:23-cv-06343-KK (ASx)<br><br>**FIRST STIPULATION CONTINUING TIME FOR DEFENDANTS TO ANSWER AMENDED COMPLAINT**<br><br>Hon. Kenly Kiya Kato |

1   Plaintiffs Brian Donley and Gene Gress ("Plaintiffs") and Defendants Live Nation Entertainment, Inc., Michael Rapino, and Joe Berchtold ("Defendants"), by and through their undersigned counsel, hereby stipulate and agree as follows, and jointly request that the Court enter an Order approving this Stipulation:

**WHEREAS**, on February 23, 2024, the Court denied Defendants' Motion to Dismiss the Amended Class Action Complaint ("Amended Complaint"), Dkt. 52;

**WHEREAS**, the Parties received notice of the Court's action on February, 26, 2024, *id.*;

**WHEREAS**, pursuant to Fed. R. Civ. P. 12(a)(4)(A), Defendants' Answer to the Amended Complaint is currently due on March 11, 2024;

**WHEREAS**, in light of the complexity of the Amended Complaint, as well as pre-existing deadlines in other matters and travel obligations for Defendants' counsel, the Parties met and conferred and agreed that good cause exists for a modest extension to Defendants' time to answer the Amended Complaint;

**WHEREAS**, this Stipulation is without prejudice to, or waiver of, any rights, arguments, or defenses otherwise available to the Parties;

**WHEREAS**, this is the first request for an extension of time to answer the Amended Complaint;

IT IS HEREBY STIPULATED AND AGREED THAT: Defendants' Answer to the Amended Complaint will be due by March 27, 2024.

Respectfully Submitted,

Dated: February 28, 2024        LATHAM & WATKINS LLP

By */s/ Melanie M. Blunschi*
Melanie M. Blunschi (Bar No. 234264)
melanie.blunschi@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

*Attorneys for Defendants Live Nation*

*Entertainment, Inc., Michael Rapino and Joe Berchtold*

Dated: February 28, 2024

GLANCY PRONGAY & MURRAY LLP

By */s/ Ex Kano S. Sams II*

    Robert V. Prongay (SBN 270796)
    rprongay@glancylaw.com
    Ex Kano S. Sams II (SBN 192936)
    esams@glancylaw.com
    Charles Linehan (SBN 307439)
    clinehan@glancylaw.com
    Pavithra Rajesh (SBN 323055)
    prajesh@glancylaw.com
    1925 Century Park East, Suite 2100
    Los Angeles, California 90067
    Telephone: (310) 201-9150
    Facsimile: (310) 201-9160

THE ROSEN LAW FIRM, P.A.

    Laurence M. Rosen (SBN 219683)
    355 South Grand Avenue, Suite 2450
    Los Angeles, CA 90071
    Telephone: (213) 785-2610
    Facsimile: (213) 226-4684
    Email: lrosen@rosenlegal.com
    Phillip Kim (*pro hac vice* forthcoming)
    Joshua Baker (*pro hac vice*)
    101 Greenwood Avenue, Suite 440
    Jenkintown, PA 19046
    Telephone: (215) 600-2817
    Facsimile: (212) 202-3827
    Email: pkim@rosenlegal.com
    Email: jbaker@rosenlegal.com

*Attorneys for Lead Plaintiffs Brian Donley and Gene Gress and the Proposed Class*

**ATTESTATION**

I hereby attest pursuant to L.R. 5-4.3.4(a)(2)(i) that all other signatories listed above, and on whose behalf the filing is submitted, concur in the content of this filing and have authorized this filing.

Dated: February 28, 2024

/s/ *Melanie M. Blunschi*
Melanie M. Blunschi