# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| BRIAN DONLEY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC., MICHAEL RAPINO, and JOE BERCHTOLD,<br><br>Defendants. | Case No. 2:23-cv-06343-KK (ASx)<br><br>**ORDER GRANTING FIRST STIPULATION CONTINUING TIME FOR DEFENDANTS TO RESPOND TO AMENDED COMPLAINT**<br><br>Hon. Kenly Kiya Kato |

## **ORDER**

THIS MATTER having come before the Court by way of the Parties' First Stipulation Continuing Time for Defendants to Answer Amended Complaint, and good cause appearing therefore, the Court hereby ORDERS that:

1.    Defendants Answer to the Amended Complaint will be due by March 27, 2024.

IT IS SO ORDERED.

Dated: February 29, 2024                    By: _____

HONORABLE KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE