# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| BRIAN DONLEY, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> LIVE NATION ENTERTAINMENT, INC., MICHAEL RAPINO, and JOE BERCHTOLD, <br><br> Defendants. | Case No. 2:23-cv-06343-KK (ASx) <br><br> **ORDER GRANTING   JOINT STIPULATION FOR FIRST REQUEST FOR EXTENSION OF CASE SCHEDULE** <br><br> **NOTE CHANGES BY COURT** <br><br> Hon. Kenly Kiya Kato |

## <u>ORDER</u>

THIS MATTER having come before the Court by way of the Parties' Joint Stipulation for First Request for Extension of Case Schedule, and good cause appearing therefore, the Court hereby ORDERS that:

1. The case schedule is extended as outline below:

| Event Description | New Deadline |
|---|---|
| **Last Day to Complete Substantial Production of Documents** | October 31, 2024 |
| **Last Day to Complete Document Production** | December 20, 2024 |
| **Last Day to Stipulate or File Motion to Amend Pleadings or Add New Parties** | December 20, 2024 |
| **Last Day to File Motions Directed at the Pleadings** | December 20, 2024 |
| **Last Day to File Motion for Class Certification (including any supporting expert reports)** | January 21, 2025 |
| **Last Day to File Opposition to Motion for Class Certification (including any supporting expert** | March 20, 2025 |

| Event Description | New Deadline |
|---|---|
| reports) | |
| **Last Day to File Reply in Support of Motion for Class Certification (including any supporting expert reports)** | May 5, 2025 |
| **Fact Discovery Cut-Off (including hearing of discovery motions)** | June 9, 2025 |
| **Last Day to Serve Initial Expert Reports** | July 7, 2025 |
| **Last Day to Serve Rebuttal Expert Reports** | August 7, 2025 |
| **Expert Discovery Cut-Off (including hearing of discovery motions)** | September 18, 2025 |
| **Last Day to File Dispositive and *Daubert* Motions** | October 14, 2025 |
| **Last Day to File Oppositions to Dispositive and *Daubert* Motions** | December 12, 2025 |
| **Last Day to File Replies in Support of Dispositive and *Daubert* Motions** | February 9, 2026 |
| **Last Day to Conduct Mandatory ADR** | February 27, 2026 |

ORDER GRANTING EXTESNION OF CASE SCHEDULE .
CASE NO. 2:23-cv-06343-KK (ASx)

| Event Description | New Deadline |
|---|---|
| **Proceeding** | |
| **Final Pretrial Conference** | April 9, 2026 <br> at 10:30 a.m. |
| **Jury Trial** | May 11, 2026 <br> at 8:30 a.m. |

IT IS SO ORDERED.

Dated: September 19, 2024      By: _____

HONORABLE KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE

ORDER GRANTING EXTESNION OF CASE SCHEDULE .
CASE NO. 2:23-cv-06343-KK (ASx)