Robert V. Prongay (Bar No. 270796)
Garth Spencer (Bar No. 335424)
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
rprongay@glancylaw.com
gspencer@glancylaw.com
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

Laurence M. Rosen (Bar No. 219683)
THE ROSEN LAW FIRM, P.A.
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
lrosen@rosenlegal.com
Telephone: (215) 600-2817
Facsimile: (212) 202-3827

*Attorneys for Lead Plaintiffs Brian Donley and Gene Gress and the Proposed Class*

Melanie M. Blunschi (Bar No. 234264)
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: +1.415.391.060
Facsimile: +1.415.395.8095
melanie.blunschi@lw.com

*Attorneys for Defendants Live Nation Entertainment, Inc., Michael Rapino and Joe Berchtold*

Sean Gates (Bar No. 186247)
ILLOVSKY GATES & CALIA LLP
155 N. Lake Avenue. Suite 800
Pasadena, California 91101
sean@illovskygates.com
Telephone: +1.626.508.1715
Facsimile: +1.626.508.1730

*Attorneys for Non-Party SeatGeek, Inc.*

Justin W. Bernick
HOGAN LOVELLS US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, D.C. 20004
justin.bernick@hoganlovells.com
Telephone: +1.202.637.5600
Facsimile: +1.202.637.5910

*Attorneys for Non-Party Anschutz Entertainment Group, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| BRIAN DONLEY, Individually and on Behalf of All Others Similarly Situated<br><br>Plaintiffs,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC., MICHAEL RAPINO, and JOE BERCHTOLD,<br><br>Defendants. | Case No. 2:23-cv-06343-KK (ASx)<br><br>**JOINT MOTION FOR STIPULATED ADDENDUM TO PROTECTIVE ORDER FOR HIGHLY COMPETITIVELY SENSITIVE INFORMATION**<br><br>Hon. Judge Kenly Kiya Kato<br><br>Hon. Alka Sagar<br><br>DISCOVERY MATTER |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT MOT. FOR STIPULATED ADD. TO
PROTECTIVE ORDER
CASE NO. 2:23-cv-06343-KK (ASx)

This Addendum modifies the Protective Order ("Protective Order") entered in this action on May 1, 2024 (ECF No. 64) with respect to certain confidential material or information produced or disclosed by non-parties SeatGeek, Inc. ("SeatGeek") and Anschutz Entertainment Group, Inc. ("AEG") in this action, whether directly or by another party or non-party to which SeatGeek or AEG originally provided such material. It is stipulated by the parties, SeatGeek, and AEG as follows:

**Good Cause Statement.** Discovery has been sought in this action of confidential, competitively sensitive information of SeatGeek and AEG, which are direct competitors of Ticketmaster Entertainment LLC ("Ticketmaster"), a wholly owned subsidiary of Defendant Live Nation Entertainment, Inc. ("Live Nation"), whose competitive practices are at issue in this Action. The SeatGeek and AEG material or information to be produced or disclosed is likely to include confidential terms of SeatGeek's and AEG's contracts, the contents of discussions between SeatGeek, AEG, and their respective clients and prospective clients, and information about SeatGeek's and AEG's respective competitive strategies. To adequately protect against the inadvertent disclosure of such material to Live Nation or Ticketmaster personnel whose duties may include participation in competitive decisions, including in connection with direct competition over clients, venues, and events with SeatGeek and AEG, additional protections for such information are justified.

**Modification of Protective Order.** Notwithstanding Paragraph 7.3 of the Protective Order (ECF No. 64) or any other provision of the Protective Order inconsistent with this Addendum, any documents or other material or information produced or disclosed by SeatGeek or AEG in this action, whether directly by SeatGeek or AEG or indirectly by any other party or non-party to which SeatGeek or AEG previously produced or disclosed such material or information, and designated by or on behalf of SeatGeek or AEG as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY," may be disclosed only to the individuals described in Paragraph 7.3(b) of the Protective Order, and shall not be disclosed to any

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

JOINT MOT. FOR STIPULATED ADD. TO
PROTECTIVE ORDER
CASE NO. 2:23-cv-06343-KK (ASx)

employees, including in-house counsel, of Defendants.  SeatGeek, AEG, and/or any non-party producing materials received from SeatGeek or AEG, may denote such materials by stamping them "Direct Competitor Material – Outside Counsel Only" or with language to that effect.  To the extent that such material is produced by a party other than SeatGeek or AEG, SeatGeek and/or AEG may designate its material "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" by email notification to counsel for the Parties.

The provisions of Paragraph 5.1 of the Protective Order remain in effect for any discovery material designated under this paragraph.  Any discovery material designated under this paragraph must be identified on a document-by-document basis according to the Bates number on the first page of each applicable document. In addition, any designation of previously produced discovery material under this paragraph shall take effect from that point forward, and no party or non-party shall be deemed to be in violation of this Addendum for any materials that were provided to their employees (including in-house counsel) prior to designation as "outside counsel only" pursuant to this paragraph.

**<u>Incorporation Into Protective Order.</u>**  This Addendum is incorporated into and shall be deemed part of the Protective Order.  Within seven days of entry of this order, each party shall send a copy of the Addendum to each Expert, Professional Vendor, insurer, or other individual or entity from whom it has received or requested an executed "Acknowledgment and Agreement to Be Bound" (Exhibit A to the original Protective Order).

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated:  October 31, 2024                LATHAM & WATKINS LLP

By:   */s/ Melanie M. Blunschi*
       Melanie M. Blunschi (Bar No. 234264)
       melanie.blunschi@lw.com
       505 Montgomery Street, Suite 2000

LATHAM&WATKINSᴸᴸᴾ
ATTORNEYS AT LAW
SAN FRANCISCO

3

JOINT MOT. FOR STIPULATED ADD. TO
PROTECTIVE ORDER
CASE NO. 2:23-cv-06343-KK (ASx)

San Francisco, California  94111
Telephone:  +1.415.391.0600
Facsimile:  +1.415.395.8095

*Attorneys for Defendants Live Nation Entertainment, Inc., Michael Rapino and Joe Berchtold*

Dated:  October 31, 2024

GLANCY PRONGAY & MURRAY LLP

By:   */s/ Garth Spencer*
      Robert V. Prongay (SBN 270796)
      rprongay@glancylaw.com
      Ex Kano S. Sams II (SBN 192936)
      esams@glancylaw.com
      Charles Linehan (SBN 307439)
      clinehan@glancylaw.com
      Pavithra Rajesh (SBN 323055)
      prajesh@glancylaw.com
      Garth Spencer (Bar No. 335424)
      gspencer@glancylaw.com
      1925 Century Park East, Suite 2100
      Los Angeles, California  90067
      Telephone: (310) 201-9150
      Facsimile: (310) 201-9160

      THE ROSEN LAW FIRM, P.A.
      Laurence M. Rosen (SBN 219683)
      355 South Grand Avenue, Suite 2450
      Los Angeles, CA  90071
      Telephone: (213) 785-2610
      Facsimile: (213) 226-4684
      Email: lrosen@rosenlegal.com

      Phillip Kim (*pro hac vice*)
      Joshua Baker (*pro hac vice*)
      101 Greenwood Avenue, Suite 440
      Jenkintown, PA  19046
      Telephone: (215) 600-2817
      Facsimile: (212) 202-3827
      Email: pkim@rosenlegal.com
      Email: jbaker@rosenlegal.com

*Attorneys for Lead Plaintiffs Brian Donley*

*and Gene Gress and the Proposed Class*

Dated:  October 31, 2024

ILLOVSKY GATES & CALIA LLP

By:  */s/ Sean Gates*
Sean Gates (Bar No. 186247)
155 N. Lake Avenue
Suite 800
Pasadena, California 91101
Telephone: +1.626.508.1715
Facsimile: +1.626.508.1730
sean@illovskygates.com

*Attorneys for Non-Party SeatGeek, Inc.*

Dated:  October 31, 2024

HOGAN LOVELLS US LLP

By:  */s/ Justin W. Bernick*
Justin W. Bernick
Columbia Square
555 Thirteenth Street, NW
Washington, D.C. 20004
justin.bernick@hoganlovells.com
Telephone: +1.202.637.5600
Facsimile:  +1.202.637.5910

*Attorneys for Non-Party Anschutz Entertainment Group, Inc*

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

DATED:  October 31, 2024

/ s / Sagar
Honorable Alka Sagar
United States Magistrate Judge

LATHAM&WATKINSᴸᴸᴾ
ATTORNEYS AT LAW
SAN FRANCISCO

5

JOINT MOT. FOR STIPULATED ADD. TO
PROTECTIVE ORDER
CASE NO. 2:23-cv-06343-KK (ASx)

## **ATTESTATION**

I am the ECF user whose identification and password are being used to file the foregoing Joint Motion for Stipulated Addendum to Protective Order for Highly Competitive Sensitive Information.  Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I, Melanie M. Blunschi, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized such filing.


Dated:  October 31, 2024                     */s/ Melanie M. Blunschi*

                                                          Melanie M. Blunschi

LATHAM&WATKINSLLP
ATTORNEYS AT LAW
SAN FRANCISCO

6

JOINT MOT. FOR STIPULATED ADD. TO
PROTECTIVE ORDER
CASE NO. 2:23-cv-06343-KK (ASx)