Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Co-Lead Counsel for Plaintiffs*

[Additional counsel on signature page]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN DONLEY, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC., MICHAEL RAPINO, and JOE BERCHTOLD,<br><br>Defendants. | No. 2:23-cv-06343-KK (ASx)<br><br><u>CLASS ACTION</u><br><br>**JOINT STIPULATION FOR STAY PENDING SETTLEMENT** |

Pursuant to Local Civil Rule 16-15.7, Court-appointed lead plaintiffs Brian Donley and Gene Gress (collectively, "Plaintiffs") and Defendants Live Nation Entertainment, Inc., Michael Rapino, and Joe Berchtold (collectively, "Defendants"; and together with Plaintiffs, the "Parties"), through their undersigned counsel, hereby notify the Court of their agreement in principle to settle the above-captioned action ("Action"). Accordingly, the Parties hereby stipulate and agree as follows:

WHEREAS, the Parties participated in a private mediation with the Hon. Layn Phillips (ret.) on November 13, 2024;

WHEREAS, the Parties were unable to reach an agreement during the mediation, but continued their negotiations through Judge Phillips thereafter and have now reached an agreement in principle to fully resolve all claims in this Action;

WHEREAS, the Parties require time to negotiate and memorialize the attendant details of the settlement;

WHEREAS, Plaintiffs intend to move for preliminary approval of the proposed settlement as soon as practicable after the final settlement agreement is executed;

WHEREAS, the Parties wish for their litigation positions to remain undisturbed while they negotiate and finalize their settlement agreement, and to preserve the Court's and the Parties' resources;

NOW, THEREFORE, the Parties, through their undersigned counsel, hereby agree, stipulate, and respectfully request that the Court enter the accompanying [Proposed] Order, which provides that: "all outstanding deadlines in this Action are hereby stayed pending the Parties' formal agreement to, and the Court's approval of, the proposed settlement."

1
JOINT STIPULATION FOR STAY PENDING SETTLEMENT; Case No. 2:23-cv-06343-KK (ASx)

|   |   |   |
|---|---|---|
| 1 |  | Respectfully submitted, |
| 2 | Dated: December 13, 2024 | **THE ROSEN LAW FIRM, P.A.** |

By: */s/Joshua Baker*
Laurence M. Rosen (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Phillip Kim (*pro hac vice*)
Joshua Baker (*pro hac vice*)
101 Greenwood Avenue, Suite 440
Jenkintown, PA 19046
Telephone: (215) 600-2817
Facsimile: (212) 202-3827
Email: pkim@rosenlegal.com
Email: jbaker@rosenlegal.com

**GLANCY PRONGAY & MURRAY LLP**
Robert V. Prongay
Ex Kano S. Sams II
Charles H. Linehan
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: rprongay@glancylaw.com
Email: esams@glancylaw.com
Email: clinehan@glancylaw.com

*Co-Lead Counsel for Plaintiffs*

**THE LAW OFFICES OF FRANK R. CRUZ**
Frank R. Cruz
1999 Avenue of the Stars, Suite 1100

|  |  |
|---|---|
|  | Los Angeles, CA 90067<br>Telephone: (310) 914-5007<br>Email: fcruz@frankcruzlaw.com |
|  | *Additional Counsel for Brian Donley* |
| Dated: December 13, 2024 | **LATHAM & WATKINS LLP**<br><br>By: <u>/s/Melanie M. Blunschi</u><br>Melanie M. Blunschi (Bar No. 234264)<br>Nicholas R. Rosellini (Bar. No. 316080)<br>Elizabeth J. Cheng (Bar No. 342131)<br>505 Montgomery Street, Suite 2000<br>San Francisco, California 94111-6538<br>Telephone: (415) 391-0600<br>Facsimile: (415 )395-8095<br>Email: melanie.blunschi@lw.com<br>Email: nick.rosellini@lw.com<br>Email: liz.cheng@lw.com<br><br>*Attorneys for Defendants* |