UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN DONLEY, Individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>      v.<br><br>LIVE NATION ENTERTAINMENT, INC., MICHAEL RAPINO, and JOE BERCHTOLD,<br><br>      Defendants. | No. 2:23-cv-06343-KK (ASx)<br><br><u>CLASS ACTION</u><br><br>**ORDER GRANTING JOINT STIPULATION FOR STAY PENDING SETTLEMENT**<br><br><span style="color:red">**NOTE CHANGES BY COURT**</span> |

THIS MATTER having come before the Court by way of the Parties' Joint Stipulation for Stay Pending Settlement, and good cause appearing therefore, the Court hereby ORDERS that all outstanding deadlines in this Action are hereby stayed pending the Parties' formal agreement to, and the Court's approval of, the proposed settlement.  If a settlement has not been finalized, the parties shall file a joint status report within 60 days of the date of this Order advising the Court of the status of the matter.  Failure to comply may result in sanctions.

IT IS SO ORDERED.

Dated: _____December 16, 2024_____     By: _____

HONORABLE KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE

1

ORDER GRANTING JOINT STIPULATION FOR STAY PENDING SETTLEMENT;
Case No. 2:23-cv-06343-KK (ASx)