# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION

| | |
|---|---|
| BRIAN DONLEY, Individually and on Behalf of All Others Similarly Situated<br><br>Plaintiff,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC., MICHAEL RAPINO, and JOE BERCHTOLD,<br><br>Defendants. | Case No. 2:23-cv-06343-KK (ASx)<br><br>**ORDER GRANTING JOINT STIPULATION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**<br><br>**NOTE CHANGES BY COURT**<br><br>Honorable Kenly Kiya Kato |

THIS MATTER having come before the Court by way of the Parties' Joint Stipulation for Leave to File Second Amended Complaint, and good cause appearing therefore, the Court hereby ORDERS that:

1.    Plaintiff is granted leave to file the proposed Second Amended Class Action Complaint.

2.    Plaintiff shall file a Preliminary Approval Motion or status report regarding settlement no later than March 27, 2025.

IT IS SO ORDERED.

Dated: _____ March 14 ___, 2025    By: _____

HONORABLE KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE