1 | Laurence M. Rosen, Esq. (SBN 219683)
2 | **THE ROSEN LAW FIRM, P.A.**
  | 355 South Grand Avenue, Suite 2450
3 | Los Angeles, CA 90071
4 | Telephone: (213) 785-2610
  | Facsimile: (213) 226-4684
5 | Email: lrosen@rosenlegal.com
6 |
7 | *Co-Lead Counsel for Plaintiffs*
8 | [*Additional Counsel of Signature Page*]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN DONLEY, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>Plaintiff,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC., MICHAEL RAPINO, and JOE BERCHTOLD,<br><br>Defendants. | No. 2:23-cv-06343-KK (ASx)<br><br>**LEAD PLAINTIFFS' NOTICE OF UNOPPOSED MOTION AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br><u>CLASS ACTION</u><br><br>Date: April 24, 2025<br>Time: 9:30 a.m.<br>Courtroom: 3<br>Judge: Hon. Kenly Kiya Kato |

1

NOTICE OF UNOPPOSED MOTION AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF
CLASS ACTION SETTLEMENT; Case No. 2:23-cv-06343-KK (ASx)

Lead Plaintiffs Brian Donley and Gene Gress (collectively, "Plaintiffs"), individually and on behalf of the proposed Settlement Class, hereby submit this Unopposed Motion for Preliminary Approval of Class Action Settlement.[1]

PLEASE TAKE NOTICE that on April 24, 2025, or such date as determined by the Court, in Courtroom 3 of the United States District Court for the Central District of California, George E. Brown, Jr. United States Courthouse, 3470 12th Street, 3rd Floor, Riverside, California 92501, Plaintiffs will and hereby do move the Court for an order: (i) certifying the Settlement Class for settlement purposes, appointing Plaintiffs as class representatives, and appointing Lead Counsel, The Rosen Law Firm, P.A. and Glancy Prongay & Murray LLP, as class counsel; (ii) preliminarily approving the proposed Settlement; (iii) approving the Parties' proposed form and method of notifying the Settlement Class of the Action and the proposed Settlement and directing that such notice be disseminated to the Settlement Class; (iv) setting deadlines for Settlement Class members to exercise their rights in connection with the proposed Settlement; and (v) setting a date for a hearing to determine (a) whether the proposed Settlement provided for in the Stipulation is fair, reasonable, and adequate to the Settlement Class and should be finally approved by the Court; (b) finally certifying the Settlement Class; (c) Lead Counsel's application for an award of attorneys' fees and Litigation Expenses; and (d) Plaintiffs' application for an award of reimbursement for costs and expenses in litigating this Action. This motion is based upon the Memorandum of Points and Authorities in Support of Plaintiffs' Unopposed Motion for Preliminary Approval,

---

[1] Unless otherwise defined, all capitalized terms herein have the same meanings as set forth in the Stipulation and Agreement of Settlement dated March 21, 2025 ("Stipulation"), which is attached as Exhibit 1 to the concurrently filed Declaration of Joshua Baker in Support of Lead Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement ("Baker Declaration").

1  the Baker Declaration and exhibits thereto, all records and papers on file in this
2  action, and any argument offered at a hearing on this motion.
3       Plaintiffs make this motion following the conference of counsel pursuant to
4  Local Rule 7-3, conducted on March 14, 2025, during which Defendants' counsel
5  advised that Defendants do not oppose this motion.

                                  Respectfully submitted,

Dated: March 21, 2025           **THE ROSEN LAW FIRM, P.A.**

By: */s/Joshua Baker*
Laurence M. Rosen (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Phillip Kim (*pro hac vice*)
Joshua Baker (*pro hac vice*)
101 Greenwood Avenue, Suite 440
Jenkintown, PA 19046
Telephone: (215) 600-2817
Facsimile: (212) 202-3827
Email: pkim@rosenlegal.com
Email: jbaker@rosenlegal.com

**GLANCY PRONGAY & MURRAY LLP**
Robert V. Prongay
Ex Kano S. Sams II
Garth Spencer
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: rprongay@glancylaw.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Email: esams@glancylaw.com
Email: gspencer@glancylaw.com

*Co-Lead Counsel for Plaintiffs*

**THE LAW OFFICES OF FRANK R. CRUZ**
Frank R. Cruz
1999 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067
Telephone: (310) 914-5007

*Additional Counsel for Brian Donley*

NOTICE OF UNOPPOSED MOTION AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT; Case No. 2:23-cv-06343-KK (ASx)