Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Co-Lead Counsel for Plaintiffs*

[*Additional Counsel of Signature Page*]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN DONLEY, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>Plaintiff,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC., MICHAEL RAPINO, and JOE BERCHTOLD,<br><br>Defendants. | No. 2:23-cv-06343-KK (ASx)<br><br>**DECLARATION OF JOSHUA BAKER IN SUPPORT OF LEAD PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br><u>CLASS ACTION</u><br><br>Date: April 24, 2025<br>Time: 9:30 a.m.<br>Courtroom: 3<br>Judge: Hon. Kenly Kiya Kato |

1

DECLARATION OF JOSHUA BAKER IN SUPPORT OF LEAD PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT; Case No. 2:23-cv-06343-KK (ASx)

I, Joshua Baker, declare as follows:

1.      I am an attorney with The Rosen Law Firm, P.A. ("Rosen Law"), Court-appointed Co-Lead Counsel in the above-captioned action (the "Action"). I am admitted *pro hac vice* in this Action. I have personal knowledge of the matters set forth herein and, if called upon, I could and would completely testify thereto.

2.      I submit this declaration in support of the unopposed motion by Lead Plaintiffs Brian Donley and Gene Gress for preliminary approval of the proposed class action settlement, filed concurrently herewith.

3.      Attached hereto as **Exhibit 1** is a true and correct copy of the Stipulation and Agreement of Settlement dated March 21, 2025, executed by the parties in this Action, including the exhibits thereto.

4.      Attached hereto as **Exhibit 2** is a true and correct copy of excerpts from Edward Flores and Svetlana Starykh, *Recent Trends in Securities Class Action Litigation: 2024 Full-Year Review* (NERA Jan. 22, 2025).

I declare under penalty of perjury that the foregoing is true and correct.


Executed on March 21, 2025.


                                        /s/*Joshua Baker*

2