Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Co-Lead Counsel for Plaintiffs*

[*Additional Counsel of Signature Page*]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN DONLEY, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br> Plaintiff, <br><br> v. <br><br> LIVE NATION ENTERTAINMENT, INC., MICHAEL RAPINO, and JOE BERCHTOLD, <br><br> Defendants. | No. 2:23-cv-06343-KK (ASx) <br><br> **NOTICE OF NON-OPPOSITION TO MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND WAIVER OF ORAL ARGUMENT** <br><br> CLASS ACTION <br><br> Date: April 24, 2025 <br> Time: 9:30 a.m. <br> Courtroom: 3 <br> Judge: Hon. Kenly Kiya Kato |

1

Lead Plaintiffs Brian Donley and Gene Gress (collectively, "Lead Plaintiffs"), submit this notice of non-opposition to Plaintiffs' Motion for Preliminary Approval of Class Action Settlement ("Motion") (Dkt. No. 88). Lead Plaintiffs filed the Motion on March 21, 2025, with a motion date of April 24, 2025. Pursuant to Local Civil Rule 7-9, the deadline to oppose the Motion was April 3, 2025. No opposition has been filed. Accordingly, subject to the consent of the Court, Lead Plaintiffs hereby waive oral argument on their unopposed Motion pursuant to Local Civil Rule 7-15.

The Court should grant the unopposed Motion to allow Plaintiffs to promptly issue notice of the proposed Settlement to potential Settlement Class Members, so that the Settlement can proceed to the final approval stage. At the final approval stage, the Court will schedule and hold a hearing to determine, upon further submissions by Lead Plaintiffs, Co-Lead Counsel, and any potential objectors, whether the Settlement is fair, reasonable, and adequate. Courts in this District routinely grant similar unopposed motions for preliminary approval expeditiously and without a hearing. *See, e.g.*, *Oh v. Hamni Fin. Corp.*, No. 2:20-cv-2844-FLA (C.D. Cal.) (Dkt. No. 88) ("the court found this matter appropriate for resolution without oral argument and vacated the hearing," citing L.R. 7-15 and Fed. R. Civ. P. 78(b)); *Wang v. Dada Nexus Ltd.*, No. 2:24-cv-239-SVW (C.D. Cal.) (Dkt. No. 68); *In re FAT Brands Inc. Sec. Litig.*, No. 2:22-cv-1820-MCS (C.D. Cal.) (Dkt. No. 61) ("The Court deems the motion appropriate for decision without oral argument. Fed. R. Civ. P. 78(b); C.D. Cal. L.R. 7-15."); *In re GTT Commc'ns, Inc. Sec. Litig.*, No. 2:21-cv-270-DOC (C.D. Cal.) (Dkt. No. 54); *Farrar v. Workhorse Grp., Inc.*, No. 2:21-cv-2072-CJC (C.D. Cal.) (Dkt. No. 106 at 2 n.1) ("Having read and considered the papers presented by the parties, the Court finds this matter appropriate for disposition without a hearing. *See* Fed. R. Civ. P. 78; Local Rule 7-15."); *In re Stable Road Acquisition Corp. Sec. Litig.*, No. 2:21-cv-5744-JFW (C.D.

2

Cal.) (Dkt. No. 179) ("Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that this matter is appropriate for decision without oral argument."); *Likas v. ChinaCache Int'l Holdings Ltd.*, No. 2:19-cv-6942-JWH (C.D. Cal.) (Dkt. No. 84) ("The Court finds this matter appropriate for resolution without a hearing. *See* Fed. R. Civ. P. 78; L.R. 7-15.").

Accordingly, Lead Plaintiffs respectfully request that the Court sign and enter the [Proposed] Order Preliminarily Approving Class Action Settlement and Providing for Notice (Dkt. No. 88-2).

Respectfully submitted,

Dated: April 4, 2025

**THE ROSEN LAW FIRM, P.A.**

By: */s/Joshua Baker*
Laurence M. Rosen (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Phillip Kim (*pro hac vice*)
Joshua Baker (*pro hac vice*)
101 Greenwood Avenue, Suite 440
Jenkintown, PA 19046
Telephone: (215) 600-2817
Facsimile: (212) 202-3827
Email: pkim@rosenlegal.com
Email: jbaker@rosenlegal.com

**GLANCY PRONGAY & MURRAY LLP**
Robert V. Prongay
Ex Kano S. Sams II
Garth Spencer

3

1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: rprongay@glancylaw.com
Email: esams@glancylaw.com
Email: gspencer@glancylaw.com

*Co-Lead Counsel for Plaintiffs*

**THE LAW OFFICES OF FRANK R. CRUZ**
Frank R. Cruz
1999 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067
Telephone: (310) 914-5007

*Additional Counsel for Brian Donley*

NOTICE OF NON-OPPOSITION TO MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION
SETTLEMENT AND WAIVER OF ORAL ARGUMENT; Case No. 2:23-cv-06343-KK (ASx)