Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Co-Lead Counsel for Plaintiffs*

[*Additional Counsel on Signature Page*]

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN DONLEY, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC., MICHAEL RAPINO, and JOE BERCHTOLD,<br><br>Defendants. | Case No. 2:23-cv-06343-KK-AS<br><br>**LEAD COUNSEL'S NOTICE OF MOTION AND MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES**<br><br>CLASS ACTION<br><br>Hearing Date: August 28, 2025<br>Hearing Time: 10:00 a.m.<br>Location: Courtroom 3<br>Judge: Kenly Kiya Kato |

NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES AND LITIGATION EXPENSES

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to ECF No. 92, on August 28, 2025, at 10:00 a.m., or as soon thereafter as the Parties[1] may be heard by the Honorable Kenly Kiya Kato, in Courtroom 3 of the George E. Brown, Jr. United States Courthouse, 3470 12th Street, 3rd Floor, Riverside, CA 92501, Court-appointed co-lead counsel, The Rosen Law Firm, P.A. and Glancy Prongay & Murray LLP (collectively, "Lead Counsel") will, and hereby do, move the Court for entry of an Order awarding attorneys' fees and reimbursement of Litigation Expenses.

This motion is based upon the accompanying Memorandum of Law, the Joint Declaration of Joshua Baker and Ex Kano S. Sams II in Support of: (I) Lead Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation; and (II) Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses, all the documents and exhibits in support thereof, as well as all the pleadings and papers on file in this matter and any further evidence and argument as may be presented at the hearing.[2]

Pursuant to Local Civil Rule 7-3, Lead Counsel have conferred with Defendants' counsel, who advised that Defendants take no position with respect to this motion.

Respectfully submitted,

Dated: July 24, 2025             **THE ROSEN LAW FIRM, P.A.**

By: */s/Joshua Baker*
Laurence M. Rosen (SBN 219683)

---

[1] All capitalized terms, unless otherwise defined herein, have the same meaning as set forth in the Stipulation and Agreement of Settlement dated March 21, 2025 (the "Stipulation"; ECF No. 89-1).

[2] A proposed order will be submitted with Lead Counsel's reply papers, after the deadline for objections has passed.

1
NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES AND LITIGATION EXPENSES

355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Phillip Kim (*pro hac vice*)
Joshua Baker (*pro hac vice*)
101 Greenwood Avenue, Suite 440
Jenkintown, PA 19046
Telephone: (215) 600-2817
Facsimile: (212) 202-3827
Email: pkim@rosenlegal.com
Email: jbaker@rosenlegal.com

**GLANCY  PRONGAY  &  MURRAY LLP**
Robert V. Prongay
Ex Kano S. Sams II
Garth Spencer
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: rprongay@glancylaw.com
Email: esams@glancylaw.com
Email: gspencer@glancylaw.com

*Co-Lead Counsel for Plaintiffs*

**THE LAW OFFICES OF FRANK R. CRUZ**
Frank R. Cruz
1999 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067
Telephone: (310) 914-5007

*Additional Counsel for Brian Donley*

NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES AND LITIGATION EXPENSES