# EXHIBIT 3

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| BRIAN DONLEY, Individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>LIVE NATION ENTERTAINMENT, INC., MICHAEL RAPINO, and JOE BERCHTOLD,<br><br>  Defendants. | No. 2:23-cv-06343-KK (ASx)<br><br>CLASS ACTION<br><br>Hon. Kenly Kiya Kato |

**DECLARATION OF ADAM D. WALTER REGARDING: (A) MAILING AND EMAILING OF NOTICE; (B) PUBLICATION OF SUMMARY NOTICE; AND (C) REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS RECEIVED TO DATE**

DECLARATION OF ADAM D. WALTER
No. 2:23-cv-06343-KK (ASx)

I, Adam D. Walter, declare as follows:

1. I am a Director of A.B. Data, Ltd.'s Class Action Administration Company ("A.B. Data"), whose Corporate Office is located in Milwaukee, Wisconsin.[1] Pursuant to the Order Preliminarily Approving Settlement and Providing for Notice dated April 25, 2025 (ECF No. 92, the "Preliminary Approval Order"), A.B. Data was appointed to act as the Claims Administrator in connection with the Settlement of the above-captioned action (the "Action"). I submit this Declaration to provide the Court and the Parties to the Action information regarding, among other things, the mailing of the Postcard Notice, and publication of the Summary Notice of: (I) Pendency of Class Action, Certification of Settlement Class, and Proposed Settlement; (II) Settlement Fairness Hearing; and (III) Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses (the "Summary Notice"), as well as updates concerning other aspects of the settlement administration process. The following statements are based on my personal knowledge, and, if called as a witness, I could and would testify competently thereto.

## MAILING AND EMAILING OF NOTICE

2. Pursuant to the Preliminary Approval Order, A.B. Data mailed the Postcard Notice to potential Settlement Class Members. A true and correct copy of the Postcard Notice is attached hereto as Exhibit A.

3. On May 1, 2025, A.B. Data received from Defendants' Counsel a list containing the names and addresses of record holders ("Record Holder List") for the purchasers of Live Nation Entertainment, Inc. common stock during the Settlement Class Period.

4. Additionally, as in most securities class actions of this nature, the large majority of potential Settlement Class Members are expected to be beneficial purchasers whose securities are held in "street name" – i.e., the securities are purchased by brokerage firms, banks, institutions, and other third-party nominees in the name of the respective nominees, on behalf of the beneficial purchasers. A.B. Data maintains a proprietary database with the names and addresses of the largest

[1] Unless otherwise defined herein, all capitalized terms have the meanings set forth in the Stipulation and Agreement of Settlement dated March 21, 2025 (ECF No. 89-1, the "Stipulation").

and most common banks, brokers, and other nominees (the "Broker Mailing Database").  At the time of the initial mailing, the Broker Mailing Database contained 4,899 mailing records.

5.      On May 23, 2025, A.B. Data caused the Postcard Notice to be sent by First-Class Mail to the combined 7,899 mailing records contained in the Record Holder List and the Broker Mailing Database.

6.      Contemporaneously with the mailing of the Postcard Notice, A.B. Data posted downloadable copies of: (a) the Notice of: (I) Pendency of Class Action, Certification of Settlement Class, and Proposed Settlement; (II) Settlement Fairness Hearing; and (III) Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses (the "Notice"); (b) the Proof of Claim and Release Form (the "Claim Form"); (c) the Summary Notice; (d) the Second Amended Class Action Complaint for Violations of the Federal Securities Laws (ECF No. 86, the "SAC"); (e) the Stipulation; and (f) the Preliminary Approval Order; online at www.LiveNationSecuritiesSettlement.com (the "Settlement Website"). [2]  Upon request, A.B. Data mailed copies of the Notice and/or Claim Form to potential Settlement Class Members and will continue to do so until the deadline to submit a Claim Form has passed.

7.      A.B. Data also sent an email to each of the nominees on the Broker Mailing Database, which included a copy of the Notice, eFiling Guidelines, and an eFiling Template.  A true and correct copy of the email is attached hereto as Exhibit D.

8.      The Notice directed those who purchased the publicly traded common stock of Live Nation Entertainment, Inc. during the period from February 23, 2022, and May 22, 2024, both dates inclusive, for the beneficial interest of persons other than themselves to, within seven (7) calendar days of receipt of the Claims Administrator's notice of the Settlement, either: (a) request from the Claims Administrator sufficient copies of the Postcard Notice to forward to all such beneficial owners and within seven (7) calendar days of receipt of those Postcard Notices forward them to all such beneficial owners; (b) request a link to the Notice and Claim Form and, within

---

[2] True and correct copies of the Notice and Claim Form are attached hereto as Exhibits B and C, respectively.

DECLARATION OF ADAM D. WALTER
No. 2:23-cv-06343-KK (ASx)

2

seven (7) calendar days of receipt of the link, email the link to all such beneficial owners for whom valid email addresses are available; or (c) provide a list of the names, mailing addresses, and email addresses (to the extent available) of all such beneficial owners to the Claims Administrator at *Live Nation Securities Settlement,* c/o A.B. Data, Ltd., P.O. Box 173080, Milwaukee, WI 53217.

9.    As of July 22, 2025, A.B. Data received an additional 40,406 names and addresses of potential Settlement Class Members from individuals or brokerage firms, banks, institutions, and other nominees. A.B. Data also received requests from brokers and other nominee holders for 57,965 Postcard Notices to be forwarded by the nominees to their customers. Additionally, A.B. Data received a request from Broadridge Financial Solutions ("Broadridge") to provide an email link to the Notice and Claim Form to send to its list of potential Settlement Class Members. Broadridge has confirmed that it disseminated the link to the copies of the Notice and Claim Form to 101,316 individuals who were potential Settlement Class Members. All such requests have been, and will continue to be, honored in a timely manner.

10.    In sum, as of July 22, 2025, notice of the Settlement has been disseminated to 207,586 potential Settlement Class Members and nominees, which includes 106,270 mailed Postcard Notices, and 101,316 emailed links to copies of the Notice and Claim Form.

### PUBLICATION OF THE SUMMARY NOTICE

11.    In accordance with paragraph 8(f) of the Preliminary Approval Order, on June 6, 2025, A.B. Data caused the Summary Notice to be published in *Investor's Business Daily* and released via *PR Newswire.* True and correct copies of proof of publication of the Summary Notice in *Investor's Business Daily* and over *PR Newswire* are attached hereto as Exhibits E and F, respectively.

### TELEPHONE HELPLINE

12.    On May 23, 2025, A.B. Data established a case-specific, toll-free telephone helpline, 877-411-5027, with an interactive voice response system and live operators, to: (a) assist potential Settlement Class Members with questions about the Action and the Settlement; and/or (b) allow potential Settlement Class Members to request a Notice and Claim Form. The automated

attendant answers the calls and presents callers with a series of choices to respond to basic questions. Callers requiring further help have the option of being transferred to a live operator during business hours. As of July 22, 2025, A.B. Data has received a total of 237 calls to the toll-free number dedicated to the Settlement, all of which were responded to promptly. A.B. Data continues to maintain the telephone helpline and will update the interactive voice response system as necessary throughout the administration of the Settlement.

## SETTLEMENT WEBSITE

13. In accordance with paragraph 8(c) of the Preliminary Approval Order, A.B. Data designed, implemented, and currently maintains the Settlement Website, a case-specific website dedicated to the Settlement. The Settlement Website became operational beginning on May 23, 2025, and is accessible 24 hours a day, 7 days a week. Among other things, the Settlement Website provides general information regarding the Settlement, including the exclusion, objection, and claim-filing deadlines, as well as the date and time of the Court's Settlement Hearing. In addition, A.B. Data has posted to the Settlement Website downloadable copies of the Stipulation, Preliminary Approval Order, Notice, Summary Notice, Claim Form, and SAC, which are also available for download.

14. Moreover, the Settlement Website allows potential Settlement Class Members to file claims online and provides instructions and a claims-filing template for institutional investors.

15. As of July 22, 2025, there have been 4,546 unique visitors to the Settlement Website and 11,442 pageviews.

16. The Settlement Website will continue to be updated with relevant case information and Court Documents.

## REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS

17. The Notice informed potential Settlement Class Members that requests for exclusion are to be sent to the Claims Administrator, such that they are received no later than August 7, 2025. The Notice also sets forth the information that must be included in each request for exclusion. As of the date of this Declaration, A.B. Data has received one (1) request for

exclusion submitted by email. The request for exclusion lacks much of the information required to be a valid exclusion, including the number of shares of Live Nation common stock purchased during the Settlement Class Period. Accordingly, A.B. Data contacted the individual and explained that, in order to be excluded from the Settlement Class, they were required to provide all of the information outlined in the Notice. A copy of the Notice was included in our response. True and correct copies of the request for exclusion and A.B. Data's response (not including the Notice, which is attached hereto as Exhibit B) are collectively attached hereto as Exhibit G. To date, A.B. Data has not received a response. A.B. Data will submit a supplemental declaration after the August 7, 2025, deadline addressing any requests for exclusion received.

18.    According to the Notice, Settlement Class Members wishing to object to the proposed Settlement, the proposed Plan of Allocation, or the request for attorneys' fees and reimbursement of Litigation Expenses are required to submit their objection in writing to the Court and mail copies to Lead Counsel and Defendants' Counsel such that the papers are received on or before August 7, 2025. Despite these instructions, Settlement Class Members sometimes send objections to the Claims Administrator. As of the date of this Declaration, A.B. Data has not received any objections, and is not aware of any objections being filed with the Court.

## CLAIMS RECEIVED TO DATE

19.    As of the date of this Declaration, A.B. Data has received 2,333 claims. The claim filing deadline is September 20, 2025, and we anticipate receiving additional claims. In A.B. Data's experience, the vast majority of claimants submit their claims on or shortly before the deadline. In particular, the majority of institutional investors, brokers, and nominees typically file Proof of Claim forms electronically on or near the claim filing deadline.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 22, 2025.

_____
Adam D. Walter

DECLARATION OF ADAM D. WALTER
No. 2:23-cv-06343-KK (ASx)

5

# EXHIBIT A

*THIS CARD PROVIDES ONLY LIMITED INFORMATION ABOUT THE SETTLEMENT.*
*PLEASE VISIT www.LiveNationSecuritiesSetlement.com FOR MORE INFORMATION.*

Case 2:23-cv-06343-KK-AS   Document 95-3   Filed 07/24/25   Page 9 of 46   Page ID
#:1897

There has been a proposed Settlement of claims against Live Nation Entertainment, Inc. ("Live Nation") and its executives Michael Rapino and Joe Berchtold (collectively, the "Defendants"). The Settlement would resolve a lawsuit in which Lead Plaintiffs allege that Defendants disseminated materially false and misleading information to the investing public about Live Nation's allegedly anticompetitive conduct, cooperation with regulators, and financial results, in violation of the federal securities laws. Defendants deny any wrongdoing. You received this Postcard Notice because you or someone in your family may have purchased the publicly traded common stock of Live Nation between February 23, 2022 and May 22, 2024, both dates inclusive.

Defendants have agreed to pay a Settlement Amount of $20,000,000. The Settlement provides that the Settlement Fund, after deduction of any Court-approved attorneys' fees and expenses, notice and administration costs, and taxes, is to be divided among all Settlement Class Members who submit a valid Claim Form, in exchange for the settlement of this case and the Releases by Settlement Class Members of claims related to this case. **For all Settlement details, read the Stipulation and full Notice, available at the Settlement website.**

Your share of the Settlement proceeds will depend on the number of valid Claims submitted, and the number, size, and timing of your transactions in Live Nation common stock. If every eligible Settlement Class Member submits a valid Claim Form, the average recovery will be $0.64 per affected share before expenses and other Court-ordered deductions. Your award will be determined *pro rata* based on the number of claims submitted.  This is further explained in the detailed Notice found on the Settlement website, www.LiveNationSecuritiesSettlement.com.

**To qualify for payment, you must submit a Claim Form**. The Claim Form can be found on the website www.LiveNationSecuritiesSettlement.com or will be mailed to you upon request to the Claims Administrator (877-411-5027). **Claim Forms must be received or postmarked by September 20, 2025**. If you do not want to be legally bound by the Settlement, you must exclude yourself by August 7, 2025, or you will not be able to sue the Defendants about the legal claims in this case. If you exclude yourself, you cannot get money from this Settlement. If you want to object to the Settlement, you may submit an objection by August 7, 2025.  The detailed Notice explains how to submit a Claim Form, exclude yourself, or object.

The Court will hold a hearing in this case on August 28, 2025, to consider whether to approve the Settlement and a request by the lawyers representing the Settlement Class for up to 33⅓% of the Settlement Fund in attorneys' fees, plus expenses up to $185,000 for litigating the case and negotiating the Settlement, including reimbursement of Lead Plaintiffs' costs and expenses in an amount not to exceed $10,000. You may attend the hearing and ask to be heard by the Court, but you do not have to. For more information, call toll-free (877-411-5027) or visit the Settlement website and read the detailed Notice.

**_COURT-ORDERED LEGAL NOTICE_**

**Important Notice about a Securities Class Action Settlement.**

**You may be entitled to a CASH payment. This Notice may affect your legal rights. Please read it carefully.**

_Donley v. Live Nation Entertainment, Inc.,_ Case No. 2:23-cv-06343-KK (ASx) (C.D. Cal.)

Scan QR Code for detailed notice regarding this Class Action.



_Live Nation Securities Litigation_
c/o A.B. Data, Ltd.
P.O. Box 173080
Milwaukee, WI 53217

# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRIAN DONLEY, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br> v. <br> LIVE NATION ENTERTAINMENT, INC., MICHAEL RAPINO, and JOE BERCHTOLD, <br><br> Defendants. | No. 2:23-cv-06343-KK (ASx) <br><br> CLASS ACTION <br><br> Hon. Kenly Kiya Kato |

**NOTICE OF: (I) PENDENCY OF CLASS ACTION, CERTIFICATION OF SETTLEMENT CLASS, AND PROPOSED SETTLEMENT; (II) SETTLEMENT FAIRNESS HEARING; AND (III) MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES**

*A Federal Court authorized this Notice. This is not a solicitation from a lawyer.*

**NOTICE OF PENDENCY OF CLASS ACTION:** Please be advised that your rights may be affected by the above-captioned securities class action (the "Action") pending in the United States District Court for the Central District of California (the "Court") if you purchased the publicly traded common stock of Live Nation Entertainment, Inc. ("Live Nation" or the "Company") between February 23, 2022, and May 22, 2024, both dates inclusive (the "Settlement Class Period"). [1]

**NOTICE OF SETTLEMENT:** Please also be advised that the Court-appointed Lead Plaintiffs Brian Donley and Gene Gress ("Lead Plaintiffs"), on behalf of themselves and the Settlement Class (as defined in ¶ 26 below), have reached a proposed settlement of the Action for $20,000,000 in cash that, if approved, will resolve all claims in the Action (the "Settlement").

**PLEASE READ THIS NOTICE CAREFULLY. This Notice explains important rights you may have, including the possible receipt of cash from the Settlement. If you are a member of the Settlement Class, your legal rights will be affected whether or not you act.**

**If you have any questions about this Notice, the proposed Settlement, or your eligibility to participate in the Settlement, please DO NOT contact any Defendants in the Action, or their counsel. All questions should be directed to Lead Counsel or the Claims Administrator (*see* ¶ 92 below).**

1. **Description of the Action and the Settlement Class:** This Notice relates to a proposed Settlement of claims in a pending securities class action brought by investors alleging, among other things, that defendants Live Nation, Michael Rapino, and Joe Berchtold (collectively, "Individual Defendants"; and together with Live Nation, "Defendants") violated the federal securities laws by making false and misleading statements regarding Live Nation's compliance with antitrust laws, cooperation with regulators, and financial results. A more detailed description of the Action is set forth in paragraphs 11-25 below. The proposed Settlement, if approved by the Court, will settle claims of the Settlement Class, as defined in paragraph 26 below.

2. **Statement of the Settlement Class's Recovery:** Subject to Court approval, Lead Plaintiffs, on behalf of themselves and the Settlement Class, have agreed to settle the Action in exchange for a settlement payment of $20,000,000 in cash (the "Settlement Amount") to be deposited into an escrow account. The Net Settlement Fund (*i.e.*, the Settlement Amount plus any and all interest earned thereon (the "Settlement Fund") less (a) any Taxes, (b) any Notice and Administration Costs, (c) any Litigation Expenses awarded by the Court, and (d) any attorneys' fees awarded by the Court) will be distributed in accordance with a plan of allocation that is approved by the Court, which will determine how the Net Settlement Fund shall be allocated among members of the Settlement Class. The proposed plan of allocation (the "Plan of Allocation") is set forth on pages 8-11 below.

3. **Estimate of Average Amount of Recovery Per Share of Live Nation Common Stock:** Assuming that all Settlement Class Members elect to participate in the Settlement, the estimated average recovery (before the deduction of any Court-approved fees, expenses, and costs as described herein) per affected share of Live Nation common stock is $0.64. Settlement Class Members should note, however, that the foregoing average recovery per share of Live Nation common stock is only an estimate. Some Settlement Class Members may recover more or less than this estimated amount depending on, among other factors, which, when, and at what prices they purchased and/or sold their Live Nation common stock, and the total number of valid Claim Forms submitted. Distributions to Settlement Class Members will be made based on the Plan of Allocation set forth herein (*see* pages 8-11 below) or such other plan of allocation as may be ordered by the Court.

4. **Average Amount of Damages Per Share of Live Nation Common Stock:** Lead Plaintiffs and Defendants (the "Parties") do not agree on the average amount of damages per share of Live Nation common stock that would be recoverable if Lead Plaintiffs were to prevail in the Action. Among other things, Defendants deny that Lead Plaintiffs have asserted any valid claims and expressly deny all allegations of fault, liability, wrongdoing or damages whatsoever.

---

[1] All capitalized terms used in this Notice that are not otherwise defined herein have the meanings ascribed to them in the Stipulation and Agreement of Settlement dated March 21, 2025 (the "Stipulation"), which is available at www.LiveNationSecuritiesSettlement.com.

QUESTIONS? Call (877) 411-5027 or visit www.LiveNationSecuritiesSettlement.com.          Page 1 of 13

5. **Attorneys' Fees and Expenses Sought:** Court-appointed Lead Counsel, Glancy Prongay & Murray LLP and The Rosen Law Firm, P.A. (collectively, "Lead Counsel"), which have been prosecuting the Action on a wholly contingent basis since their appointment as Lead Counsel in 2023, have not received any payment of attorneys' fees for their representation of the Settlement Class and have advanced the funds to pay expenses necessarily incurred to prosecute this Action. Lead Counsel will apply to the Court for an award of attorneys' fees in an amount not to exceed 33⅓% of the Settlement Fund. In addition, Lead Counsel will apply for reimbursement of Litigation Expenses paid or incurred in connection with the institution, prosecution and resolution of the claims against the Defendants, in an amount not to exceed $185,000, which may include an application for reimbursement of the reasonable costs and expenses incurred by Lead Plaintiffs directly related to their representation of the Settlement Class in an amount not to exceed $10,000. Any fees and expenses awarded by the Court will be paid from the Settlement Fund. Settlement Class Members are not personally liable for any such fees or expenses. Estimates of the average cost per affected share of Live Nation common stock, if the Court approves Lead Counsel's fee and expense application, is $0.22 per affected share.

6. **Identification of Attorneys' Representatives:** Lead Plaintiffs and the Settlement Class are represented by Ex Kano S. Sams II, Esq. and Garth A. Spencer, Esq. of Glancy Prongay & Murray LLP, 1925 Century Park East, Suite 2100, Los Angeles, CA 90067, (310) 201-9150, settlements@glancylaw.com, and Phillip Kim, Esq. and Joshua Baker of The Rosen Law Firm, P.A., 101 Greenwood Avenue, Suite 440, Jenkintown, PA 19046, (215) 600-2817, pkim@rosenlegal.com and jbaker@rosenlegal.com.

7. **Reasons for the Settlement:** Lead Plaintiffs' principal reason for entering into the Settlement is the substantial immediate cash benefit for the Settlement Class without the risk or the delays inherent in further litigation. Moreover, the substantial cash benefit provided under the Settlement must be considered against the significant risk that a smaller recovery – or indeed no recovery at all – might be achieved after contested motions, a trial of the Action and the likely appeals that would follow a trial. This process could be expected to last several years. Defendants, who deny all allegations of wrongdoing or liability whatsoever, are entering into the Settlement solely to eliminate the uncertainty, burden and expense of further protracted litigation.

| YOUR LEGAL RIGHTS AND OPTIONS IN THE SETTLEMENT: | |
|---|---|
| **SUBMIT A CLAIM FORM ONLINE OR POSTMARKED NO LATER THAN SEPTEMBER 20, 2025 (SEE PARAGRAPH 43 BELOW FOR DETAILS ON HOW TO SUBMIT A CLAIM FORM).** | This is the only way to be eligible to receive a payment from the Settlement Fund. If you are a Settlement Class Member and you remain in the Settlement Class, you will be bound by the Settlement as approved by the Court and you will give up any Released Plaintiffs' Claims (defined in ¶ 37 below) that you have against Defendants and the other Released Defendants' Parties (defined in ¶ 38 below), so it is in your interest to submit a Claim Form. |
| **EXCLUDE YOURSELF FROM THE SETTLEMENT CLASS BY SUBMITTING A WRITTEN REQUEST FOR EXCLUSION POSTMARKED NO LATER THAN AUGUST 7, 2025.** | If you exclude yourself from the Settlement Class, you will not be eligible to receive any payment from the Settlement Fund. This is the only option that allows you ever to be part of any other lawsuit against any of the Defendants or the other Released Defendants' Parties concerning the Released Plaintiffs' Claims. |
| **OBJECT TO THE SETTLEMENT BY SUBMITTING A WRITTEN OBJECTION POSTMARKED NO LATER THAN AUGUST 7, 2025.** | If you do not like the proposed Settlement, the proposed Plan of Allocation, or the request for attorneys' fees and reimbursement of Litigation Expenses, you may write to the Court and explain why you do not like them. You cannot object to the Settlement, the Plan of Allocation, or the fee and expense request unless you are a Settlement Class Member and do not exclude yourself from the Settlement Class. |
| **GO TO A HEARING ON AUGUST 28, 2025, AT 10:00 A.M., AND FILE A NOTICE OF INTENTION TO APPEAR SO THAT IT IS *RECEIVED* NO LATER THAN AUGUST 7, 2025.** | Submitting a written objection and notice of intention to appear by August 7, 2025, allows you to speak in Court, at the discretion of the Court, about the fairness of the proposed Settlement, the Plan of Allocation, and/or the request for attorneys' fees and reimbursement of Litigation Expenses. If you submit a written objection, you may (but you do not have to) attend the hearing and, at the discretion of the Court, speak to the Court about your objection. |
| **DO NOTHING.** | If you are a member of the Settlement Class and you do not submit a valid Claim Form, you will not be eligible to receive any payment from the Settlement Fund. You will, however, remain a member of the Settlement Class, which means that you give up your right to sue about the claims that are resolved by the Settlement and you will be bound by any judgments or orders entered by the Court in the Action. |

| WHAT THIS NOTICE CONTAINS | |
|---|---|

Why Did I Get The Postcard Notice? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .     Page 3

What Is This Case About? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .     Page 3

How Do I Know If I Am Affected By The Settlement?  Who Is Included
In The Settlement Class? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    Page 4

What Are Lead Plaintiffs' Reasons For The Settlement? . . . . . . . . . . . . . . . . . . . . . . . .    Page 5

What Might Happen If There Were No Settlement? . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    Page 5

How Are Settlement Class Members Affected By The Action And
The Settlement? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    Page 6

How Do I Participate In The Settlement?  What Do I Need To Do? . . . . . . . . . . . . . . . . . .    Page 7

How Much Will My Payment Be? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    Page 7

What Payment Are The Attorneys For The Settlement Class Seeking?
How Will The Lawyers Be Paid? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    Page 11

What If I Do Not Want To Be A Member Of The Settlement Class?
How Do I Exclude Myself? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    Page 11

When And Where Will The Court Decide Whether To Approve The Settlement?
Do I Have To Come To The Hearing?  May I Speak At The Hearing If I
Don't Like The Settlement? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    Page 11

What If I Bought Shares On Someone Else's Behalf? . . . . . . . . . . . . . . . . . . . . . . . . . .    Page 12

Can I See The Court File?  Whom Should I Contact If I Have Questions? . . . . . . . . . . . .    Page 13

## WHY DID I GET THE POSTCARD NOTICE?

8.    The Court directed that the Postcard Notice be mailed to you because you or someone in your family or an investment account for which you serve as a custodian may have purchased publicly traded Live Nation common stock during the Settlement Class Period. The Court also directed that this Notice be posted online at www.LiveNationSecuritiesSettlement.com and mailed to you upon request to the Claims Administrator.  The Court has directed us to disseminate these notices because, as a potential Settlement Class Member, you have a right to know about your options before the Court rules on the proposed Settlement.  Additionally, you have the right to understand how this class action lawsuit may generally affect your legal rights.  If the Court approves the Settlement, and the Plan of Allocation (or some other plan of allocation), the Claims Administrator selected by Lead Plaintiffs and approved by the Court will make payments pursuant to the Settlement after any objections and appeals are resolved.

9.    The purpose of this Notice is to inform you of the existence of this case, that it is a class action, how you might be affected, and how to exclude yourself from the Settlement Class if you wish to do so.  It is also being sent to inform you of the terms of the proposed Settlement, and of a hearing to be held by the Court to consider the fairness, reasonableness, and adequacy of the Settlement, the proposed Plan of Allocation, and the motion by Lead Counsel for an award of attorneys' fees and reimbursement of Litigation Expenses (the "Settlement Hearing").  *See* paragraphs 80-81, and 87, below for details about the Settlement Hearing, including the date and location of the hearing.

10.    The issuance of this Notice is not an expression of any opinion by the Court concerning the merits of any claim in the Action, and the Court still has to decide whether to approve the Settlement.  If the Court approves the Settlement and a plan of allocation, then payments to Authorized Claimants will be made after any appeals are resolved and after the completion of all claims processing.  Please be patient, as this process can take some time to complete.

## WHAT IS THIS CASE ABOUT?

11.    This litigation is about allegedly false and misleading statements made by Defendants concerning Live Nation's compliance with antitrust laws, cooperation with regulators, and financial results.

12.    On August 4, 2023, a putative class action complaint was filed in the Court, styled *Donley v. Live Nation Entertainment, Inc.*, Case No. 2:23-cv-06343-KK (ASx).

13.    By order dated October 18, 2023, the Court appointed Brian Donley and Gene Gress to serve as Lead Plaintiffs for Action; and approved Lead Plaintiffs' selection of Glancy Prongay & Murray LLP and The Rosen Law Firm, P.A. to serve as Lead Counsel for the proposed class.

14.    On November 30, 2023, Lead Plaintiffs filed and served the Amended Class Action Complaint for Violations of the Federal Securities Laws (the "First Amended Complaint") asserting claims against: (a) defendants Live Nation, Michael Rapino, and Joe Berchtold under Section 10(b) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5 promulgated thereunder; and (b) defendants Rapino and Berchtold under Section 20(a) of the Exchange Act.  The First Amended Complaint alleged, among other things, that Defendants made statements that were materially false and misleading, and omitted material facts, about the Company's compliance with antitrust laws, its cooperation with governmental investigations, and the regulatory risks it faced.  More specifically, the First Amended Complaint alleged that Defendants failed to disclose that: (a) Live Nation engaged in anticompetitive conduct, including improperly tying its underpriced Live Nation concert promotion services to its Ticketmaster services and retaliating against venues that spurned Ticketmaster, and improperly restricting consumers' ability to resell tickets using competing secondary ticketing services; (b) Live Nation was not, in fact, cooperating with the ongoing Department of Justice ("DOJ") and Senate subcommittee investigations; and (c) as a result, Live Nation was reasonably likely to incur regulatory scrutiny and face fines, penalties, and

reputational harm. The First Amended Complaint further alleged that the price of Live Nation's publicly traded common stock was artificially inflated during the class period as a result of Defendants' allegedly false and misleading statements and declined when the truth was revealed.

15.    On December 22, 2023, Defendants filed a motion to dismiss the First Amended Complaint.  On January 11, 2024, Lead Plaintiffs filed their papers in opposition to the motion to dismiss.  On January 25, 2024, Defendants filed their reply in support of the motion to dismiss.

16.    By order dated February 23, 2024, the Court denied Defendants' motion to dismiss.

17.    On March 27, 2024, Defendants filed their answer to the First Amended Complaint.

18.    On May 23, 2024, the DOJ filed a 128-page complaint against Live Nation. The DOJ's complaint alleged violations of the Sherman Act and various state competition and consumer protection laws. Specifically, the DOJ alleged that Live Nation: (1) monopolized the markets for primary ticketing services, concert promotion services, and the use of large amphitheater venues; (2) engaged in unlawful exclusive dealing; and (3) engaged in unlawful tying arrangements concerning the use of large amphitheater venues and artist promotions markets.

19.    Following the denial of the Defendants' motion to dismiss the First Amended Complaint, the Parties proceeded to engage in discovery.  From March 2024 through November 2024, the Parties completed extensive fact discovery.  The Parties served and responded to interrogatories and requests for the production of documents, and Lead Plaintiffs served 12 subpoenas *duces tecum* on non-parties.  Defendants produced approximately 55,209 documents consisting of 140,352 pages, including certain of Defendants' emails and business records, and certain non-parties produced additional documents pursuant to the subpoenas issued by Lead Plaintiffs.  The Parties also engaged in substantial negotiations related to, among other things, the scope of discovery, scheduling, a protective order that was entered by the Court, and an Electronic Discovery Protocol that was entered by the Court.

20.    While the Parties were actively engaging in fact discovery, they agreed to participate in a private mediation.  The Parties selected former United States District Court Judge Layn R. Phillips to serve as mediator.  Lead Plaintiffs and Defendants exchanged extensive mediation statements and exhibits that addressed, among other things, issues related to liability and damages.  On November 13, 2024, the Parties participated in a full-day mediation session with Judge Phillips.  The session ended without an agreement being reached, however, Judge Phillips continued to work with the Parties.  Following subsequent negotiations, Judge Phillips made a mediator's recommendation to resolve the Action for $20,000,000 in cash for the benefit of the Settlement Class.

21.    Lead Plaintiffs and Defendants accepted the mediator's proposal and reached an agreement in principle to settle the Action that was memorialized in a term sheet (the "Term Sheet").  The Term Sheet sets forth, among other things, Lead Plaintiffs' agreement to settle and release all claims asserted against Defendants in the Action in return for a cash payment by or on behalf of Defendants of $20,000,000 for the benefit of the Settlement Class, subject to certain terms and conditions and the execution of a customary "long-form" stipulation and agreement of settlement and related papers.

22.    On March 13, 2025, the Parties filed a Joint Stipulation for Leave To File Second Amended Complaint, which was approved by the Court on March 14, 2025. On March 14, 2025, Lead Plaintiffs filed the Second Amended Class Action Complaint for Violations of the Federal Securities Laws (the "Complaint"). The Complaint includes the allegations from the First Amended Complaint as well as additional allegations relating to the DOJ's May 23, 2024, complaint.

23.    Based on the investigation and mediation of the case and Lead Plaintiffs' direct oversight of the prosecution of this matter, and with the advice of their counsel, Lead Plaintiffs have agreed to settle and release the claims raised in the Action pursuant to the terms and provisions of the Stipulation, after considering, among other things: (a) the substantial financial benefit that Lead Plaintiffs and the other members of the Settlement Class will receive under the proposed Settlement; and (b) the significant risks and costs of continued litigation and trial.

24.    Defendants are entering into the Stipulation solely to eliminate the uncertainty, burden and expense of further protracted litigation.  Each of the Defendants denies any wrongdoing, and the Stipulation shall in no event be construed or deemed to be evidence of an admission or concession on the part of any of the Defendants, or any other of the Released Defendants' Parties (defined in ¶ 38 below), with respect to any claim or allegation of any fault or liability or wrongdoing or damage whatsoever, or any infirmity in the defenses that the Defendants have, or could have, asserted.  Similarly, the Stipulation shall in no event be construed or deemed to be evidence of an admission or concession on the part of Lead Plaintiffs of any infirmity in any of the claims asserted in the Action, or an admission or concession that any of the Defendants' defenses to liability had any merit.

25.    On April 25, 2025, the Court preliminarily approved the Settlement, authorized the Postcard Notice to be mailed to potential Settlement Class Members and this Notice to be posted online and mailed to potential Settlement Class Members upon request, and scheduled the Settlement Hearing to consider whether to grant final approval to the Settlement.

## HOW DO I KNOW IF I AM AFFECTED BY THE SETTLEMENT?
## WHO IS INCLUDED IN THE SETTLEMENT CLASS?

26.    If you are a member of the Settlement Class, you are subject to the Settlement, unless you timely request to be excluded.  The Settlement Class consists of:

> all persons and entities that purchased the publicly traded common stock of Live Nation Entertainment, Inc. between February 23, 2022 and May 22, 2024, both dates inclusive.

Excluded from the Settlement Class are: (a) persons and entities that suffered no compensable losses; and (b)(i) Defendants; (ii) any person who served as a partner, control person, officer and/or director of Live Nation during the Settlement Class Period, and members

of their Immediate Families; (iii) present and former parents, subsidiaries, assigns, successors, affiliates, and predecessors of Live Nation; (iv) any entity in which any excluded person or entity has or had a controlling interest; (v) any trust of which an Individual Defendant is the settlor or which is for the benefit of an Individual Defendant and/or member(s) of their Immediate Families; and (vi) the legal representatives, heirs, successors, predecessors, and assigns of any person or entity excluded under provisions (i) through (v) hereof.  Also excluded from the Settlement Class are any persons and entities who or which submit a request for exclusion from the Settlement Class that is accepted by the Court (*see* "What If I Do Not Want To Be A Member Of The Settlement Class?  How Do I Exclude Myself," on page 11 below).  For the avoidance of doubt, "affiliates" are persons or entities that directly, or indirectly through one or more intermediaries, control, are controlled by or are under common control with one of the Defendants.

**PLEASE NOTE:  RECEIPT OF THE POSTCARD NOTICE DOES NOT MEAN THAT YOU ARE A SETTLEMENT CLASS MEMBER OR THAT YOU WILL BE ENTITLED TO RECEIVE PROCEEDS FROM THE SETTLEMENT.**

**If you are a Settlement Class Member and you wish to be eligible to participate in the distribution of proceeds from the Settlement, you are required to submit the Claim Form that is available online at www.LiveNationSecuritiesSettlement.com or which can be mailed to you upon request to the Claims Administrator, and the required supporting documentation as set forth therein, postmarked or received no later than September 20, 2025.**

| WHAT ARE LEAD PLAINTIFFS' REASONS FOR THE SETTLEMENT? |
|---|

27.    Lead Plaintiffs and Lead Counsel believe that the claims asserted against Defendants have merit.  They recognize, however, many offsetting factors such as the expense and length of the continued litigation necessary to pursue their claims against the Defendants through trial and appeals, as well as the very substantial risks they would face in establishing liability and damages.  For instance, as discussed above, Lead Plaintiffs allege that Defendants failed to disclose that: (a) Live Nation engaged in anticompetitive conduct, including improperly tying its underpriced Live Nation concert promotion services to its Ticketmaster services and retaliating against venues that spurned Ticketmaster, and improperly restricting consumers' ability to resell tickets using competing secondary ticketing services; (b) Live Nation was not, in fact, cooperating with the ongoing DOJ and Senate subcommittee investigations; and (c) as a result, Live Nation was reasonably likely to incur regulatory scrutiny and face fines, penalties, and reputational harm.  Defendants, however, argued, and would likely continue to argue, that their statements were not materially false and misleading, and were not made with the requisite state of mind to support the securities fraud claim alleged.  In support of these arguments, Defendants would contend that they repeatedly warned investors of the risk of governmental investigations, and would point to the fact that no Court has found that Live Nation violated: (a) the antitrust laws; or (b) the consent decree the company entered with the government as a condition of the merger of Live Nation and Ticketmaster.  Defendants would also assert that the Individual Defendants did not have a motive to commit fraud, as Defendant Berchtold did not sell any Live Nation stock during the class period, and Defendant Rapino ended the class period with a greater number of Live Nation shares than at the beginning.  Additionally, Defendants would vigorously contest the amount of damages that could be attributed to the allegedly false or misleading statements, and would similarly challenge the propriety of proceeding with the case as a class action.

28.    More broadly, for Lead Plaintiffs to prevail at trial, they would have to *prove* each of the following elements: (i) falsity (*i.e.*, that the Defendants made false statements); (ii) materiality (that the Defendants made false statements about a *material* fact); (iii) scienter (that there was a strong, or cogent inference that the Defendants made such materially false statements on purpose, or with deliberate recklessness); (iv) loss causation (that the Defendants' materially false statements proximately caused the decline in Live Nation's stock price); and (v) damages.  Defendants need only negate one element for Lead Plaintiffs and the class to lose.  Each element had its respective risks, including the risks of establishing falsity and scienter as discussed above.

29.    It is also important to recognize that if the litigation were to continue, Lead Plaintiffs would not only need to prevail on all the elements of their claims, but also at several stages of litigation—motions for class certification, summary judgment, and trial—to recover anything.  And if Lead Plaintiffs prevailed at all those stages, they would likely face appeals.  Thus, there were very significant risks attendant to the continued prosecution of the Action, and even if Lead Plaintiffs prevailed, it would be several years in the future before any judgment could be collected from Defendants.

30.    In light of these risks and other considerations, the amount of the Settlement and the immediacy of recovery to the Settlement Class, Lead Plaintiffs and Lead Counsel believe that the proposed Settlement is fair, reasonable and adequate, and in the best interests of the Settlement Class.  Lead Plaintiffs and Lead Counsel believe that the Settlement provides a substantial benefit to the Settlement Class, namely $20,000,000 in cash (less the various deductions described in this Notice), as compared to the risk that the claims in the Action would produce a smaller, or no recovery after summary judgment, trial and appeals, possibly years in the future.

31.    Defendants have denied the claims asserted against them in the Action and deny having engaged in any wrongdoing or violation of law of any kind whatsoever.  Defendants have agreed to the Settlement solely to eliminate the burden and expense of continued litigation.  Accordingly, the Settlement may not be construed as an admission of any wrongdoing by Defendants.

| WHAT MIGHT HAPPEN IF THERE WERE NO SETTLEMENT? |
|---|

32.    If there were no Settlement and Lead Plaintiffs failed to establish any essential legal or factual element of their claims against Defendants, neither Lead Plaintiffs nor the other members of the Settlement Class would recover anything from Defendants.  Also, if Defendants were successful in proving any of their defenses, either at summary judgment, at trial or on appeal, the Settlement Class could recover substantially less than the amount provided in the Settlement, or nothing at all.

| HOW ARE SETTLEMENT CLASS MEMBERS AFFECTED BY THE ACTION AND THE SETTLEMENT? |
|---|

33.    As a Settlement Class Member, you are represented by Lead Plaintiffs and Lead Counsel, unless you enter an appearance through counsel of your own choice at your own expense.  You are not required to retain your own counsel, but if you choose to do so, such counsel must file a notice of appearance on your behalf and must serve copies of his or her appearance on the attorneys listed in the section entitled, "When And Where Will The Court Decide Whether To Approve The Settlement?," on page 11 below.

34.    If you are a Settlement Class Member and do not wish to remain a Settlement Class Member, you may exclude yourself from the Settlement Class by following the instructions in the section entitled, "What If I Do Not Want To Be A Member Of The Settlement Class?  How Do I Exclude Myself?," on page 11 below.

35.    If you are a Settlement Class Member and you wish to object to the Settlement, the Plan of Allocation, or Lead Counsel's application for attorneys' fees and reimbursement of Litigation Expenses, and if you do not exclude yourself from the Settlement Class, you may present your objections by following the instructions in the section entitled, "When And Where Will The Court Decide Whether To Approve The Settlement?," below.

36.    If you are a Settlement Class Member and you do not exclude yourself from the Settlement Class, you will be bound by any orders issued by the Court.  If the Settlement is approved, the Court will enter a judgment (the "Judgment").  The Judgment will dismiss with prejudice the claims against Defendants and will provide that, upon the Effective Date of the Settlement, Lead Plaintiffs and the other members of the Settlement Class, on behalf of themselves, and on behalf of any other person or entity legally entitled to bring Released Plaintiffs' Claims (as defined in ¶ 37 below) on behalf of the respective Settlement Class Members in such capacity only, shall be deemed to have, and by operation of law and of the judgment shall have, fully, finally and forever released each and every Released Plaintiffs' Claim against the Defendants and the other Released Defendants' Parties (as defined in ¶ 38 below), and shall forever be barred and enjoined from prosecuting, directly or indirectly, representatively, or in any other capacity, any or all of the Released Plaintiffs' Claims against any of the Released Defendants' Parties.

37.    "Released Plaintiffs' Claims" means all claims and causes of action of every nature and description, whether known claims or Unknown Claims, whether arising under federal, state, common or foreign law, that Lead Plaintiffs or any other member of the Settlement Class: (i) asserted in the Second Amended Class Action Complaint for Violations of the Federal Securities Laws (the "Complaint"); or (ii) could have asserted in any forum that arise out of or are based upon the allegations, transactions, facts, matters or occurrences, representations or omissions involved, set forth, or referred to in the Complaint and that relate to the purchase of publicly traded Live Nation common stock during the Settlement Class Period.  Released Plaintiffs' Claims do not include: (i) any claims relating to the enforcement of the Settlement; (ii) any derivative claims, including the Derivative Actions and any derivative claims by shareholders who have made demands upon Live Nation and/or books and records requests; and (iii) any claims of any person or entity who or which submits a request for exclusion that is accepted by the Court. [2]

38.    "Released Defendants' Parties" means (i) Defendants; (ii) the Immediate Family members of the Individual Defendants; (iii) direct or indirect parent entities, subsidiaries, related entities, and affiliates of Live Nation; (iv) any trust of which any Individual Defendant is the settlor or which is for the benefit of any Individual Defendant and/or his or her Immediate Family members; (v) for any of the entities listed in parts (i) through (iv), their respective past and present general partners, limited partners, principals, shareholders, joint venturers, officers, directors, managers, managing directors, supervisors, employees, contractors, consultants, experts, auditors, accountants, financial advisors, insurers, trustees, trustors, agents, attorneys, predecessors, successors, assigns, heirs, executors, administrators, and any controlling person thereof; and (vi) any entity in which a Defendant has a controlling interest; all in their capacities as such.

39.    "Unknown Claims" means any Released Plaintiffs' Claims which Lead Plaintiffs, any other Settlement Class Member, or any other person or entity legally entitled to bring Released Plaintiffs' Claims on behalf of any Settlement Class Member in such capacity only, does not know or suspect to exist in his, her, or its favor at the time of the release of such claims, which, if known by him, her, or it, might have affected his, her, or its decision(s) with respect to this Settlement, and any Released Defendants' Claims which any Defendant, or any other person or entity legally entitled to bring Released Defendants' Claims on behalf of the Defendants in such capacity only, does not know or suspect to exist in his, her, or its favor at the time of the release of such claims, which, if known by him, her, or it, might have affected his, her, or its decision(s) with respect to this Settlement. With respect to any and all Released Claims, the Parties stipulate and agree that, upon the Effective Date of the Settlement, Lead Plaintiffs and Defendants shall expressly waive, and each of the other Settlement Class Members and each of the other releasing parties shall be deemed to have waived, and by operation of the Judgment or the Alternate Judgment, if applicable, shall have expressly waived, any and all provisions, rights, and benefits conferred by any law of any state or territory of the United States, or principle of common law or foreign law, which is similar, comparable, or equivalent to California Civil Code § 1542, which provides:

> A general release does not extend to claims that the creditor or releasing party does not know or suspect to exist in his or her favor at the time of executing the release and that, if known by him or her, would have materially affected his or her settlement with the debtor or released party.

Lead Plaintiffs and Defendants acknowledge, and each of the other releasing parties shall be deemed by operation of law to have acknowledged, that the foregoing waiver was separately bargained for and a key element of the Settlement.

---

[2] "Derivative Actions" means, collectively: (i) *Zwick v. Rapino*, Case No. 2:23-cv-09520-KK-AS (C.D. Cal.); (ii) *Williams v. Carter*, Case No. 2:24-cv-05225-KK-AS (C.D. Cal.); and (iii) *Schreiber v. Rapino*, C.A. No. 2024-0863-KSJM (Del. Ch.).

40.    The Judgment will also provide that, upon the Effective Date of the Settlement, Defendants, and any person or entity that can assert claims on their behalf, in such capacity only, shall be deemed to have, and by operation of law and of the judgment shall have, fully, finally, and forever compromised, settled, released, resolved, relinquished, waived, and discharged each and every Released Defendants' Claim (as defined in ¶ 41 below) against Lead Plaintiffs and the other Released Plaintiffs' Parties (as defined in ¶ 42 below), and shall forever be barred and enjoined from prosecuting any or all of the Released Defendants' Claims against any of the Released Plaintiffs' Parties.

41.    "Released Defendants' Claims" means all claims and causes of action of every nature and description, whether known claims or Unknown Claims, whether arising under federal, state, common, or foreign law, that arise out of or are based upon the institution, prosecution, or settlement of the claims asserted in the Action against Defendants.  Released Defendants' Claims do not include: (i) any claims relating to the enforcement of the Settlement; (ii) any claims against any person or entity who or which submits a request for exclusion from the Settlement Class that is accepted by the Court; or (iii) any claims by Defendants against their insurers.

42.    "Released Plaintiffs' Parties" means (i) Lead Plaintiffs, all Settlement Class Members, any other plaintiffs in the Action, Lead Plaintiffs' Counsel, any other counsel for plaintiffs in the Action, and (ii) each of their respective family members, and their respective partners, general partners, limited partners, principals, shareholders, joint venturers, members, officers, directors, managing directors, supervisors, employees, contractors, consultants, experts, auditors, accountants, financial advisors, insurers, trustees, trustors, agents, attorneys, predecessors, successors, assigns, heirs, executors, administrators, and any controlling person thereof; all in their capacities as such.

## HOW DO I PARTICIPATE IN THE SETTLEMENT?  WHAT DO I NEED TO DO?

43.    To be eligible for a payment from the proceeds of the Settlement, you must be a member of the Settlement Class and you must timely complete and return the Claim Form to the Claims Administrator by: (a) First-Class Mail to *Live Nation Securities Litigation*, c/o A.B. Data, Ltd., P.O. Box 173080, Milwaukee, WI 53217; or (b) online at www.LiveNationSecuritiesSettlement.com.   The completed Claim Form must include adequate supporting documentation and must be **postmarked or received no later than September 20, 2025**.   A Claim Form is available on the website maintained by the Claims Administrator for the Settlement, www.LiveNationSecuritiesSettlement.com, or you may request that a Claim Form be mailed to you by calling the Claims Administrator toll-free at 1-877-411-5027.   Please retain all records of your ownership of and transactions in Live Nation common stock, as they may be needed to document your Claim.   If you request exclusion from the Settlement Class or do not submit a timely and valid Claim Form, you will not be eligible to share in the Net Settlement Fund.

## HOW MUCH WILL MY PAYMENT BE?

44.    At this time, it is not possible to make any determination as to how much any individual Settlement Class Member may receive from the Settlement.

45.    Pursuant to the Settlement, Defendants have agreed to pay or cause to be paid twenty million dollars ($20,000,000) in cash. The Settlement Amount will be deposited into an escrow account.   The Settlement Amount plus any interest earned thereon is referred to as the "Settlement Fund."  If the Settlement is approved by the Court and the Effective Date occurs, the "Net Settlement Fund" (that is, the Settlement Fund less (a) all federal, state, and/or local taxes on any income earned by the Settlement Fund and the reasonable costs incurred in connection with determining the amount of and paying taxes owed by the Settlement Fund (including reasonable expenses of tax attorneys and accountants); (b) the costs and expenses incurred in connection with providing notice to Settlement Class Members and administering the Settlement on behalf of Settlement Class Members; and (c) any attorneys' fees and Litigation Expenses awarded by the Court) will be distributed to Settlement Class Members who submit valid Claim Forms, in accordance with the proposed Plan of Allocation or such other plan of allocation as the Court may approve.

46.    The Net Settlement Fund will not be distributed unless and until the Court has approved the Settlement and a plan of allocation, and the time for any petition for rehearing, appeal, or review, whether by certiorari or otherwise, has expired.

47.    Neither Defendants nor any other person or entity that paid any portion of the Settlement Amount on their behalf are entitled to get back any portion of the Settlement Fund once the Court's order or judgment approving the Settlement becomes Final.  Defendants shall not have any liability, obligation, or responsibility for the administration of the Settlement, the disbursement of the Net Settlement Fund, or the plan of allocation.

48.    Approval of the Settlement is independent from approval of a plan of allocation.  Any determination with respect to a plan of allocation will not affect the Settlement, if approved.

49.    Unless the Court otherwise orders, any Settlement Class Member who fails to submit a Claim Form postmarked or received on or before September 20, 2025, shall be fully and forever barred from receiving payments pursuant to the Settlement but will in all other respects remain a Settlement Class Member and be subject to the provisions of the Stipulation, including the terms of any Judgment entered and the releases given.  This means that each Settlement Class Member releases the Released Plaintiffs' Claims (as defined in ¶ 37 above) against the Released Defendants' Parties (as defined in ¶ 38 above) and will be enjoined and prohibited from filing, prosecuting, or pursuing any of the Released Plaintiffs' Claims against any of the Released Defendants' Parties whether or not such Settlement Class Member submits a Claim Form.

50.    Participants in and beneficiaries of a plan covered by ERISA ("ERISA Plan") should NOT include any information relating to their transactions in Live Nation common stock held through the ERISA Plan in any Claim Form that they may submit in this Action. They should include ONLY those shares of Live Nation common stock that they purchased or acquired outside of the ERISA Plan. Claims based on any ERISA Plan's purchases of Live Nation common stock during the Settlement Class Period may be made by the

plan's trustees.  To the extent any of the Defendants or any of the other persons or entities excluded from the Settlement Class are participants in the ERISA Plan, such persons or entities shall not receive, either directly or indirectly, any portion of the recovery that may be obtained from the Settlement by the ERISA Plan.

51.    The Court has reserved jurisdiction to allow, disallow, or adjust on equitable grounds the Claim of any Settlement Class Member.

52.    Each Claimant shall be deemed to have submitted to the jurisdiction of the Court with respect to his, her, or its Claim Form.

53.    Only Settlement Class Members, *i.e.*, persons and entities who purchased publicly traded Live Nation common stock during the Settlement Class Period and were damaged as a result of the alleged fraud, will be eligible to share in the distribution of the Net Settlement Fund.  Persons and entities that are excluded from the Settlement Class by definition or that exclude themselves from the Settlement Class pursuant to request will not be eligible to receive a distribution from the Net Settlement Fund and should not submit Claim Forms.  The only security that is included in the Settlement is publicly traded Live Nation common stock.

## PROPOSED PLAN OF ALLOCATION

54.    The objective of the Plan of Allocation is to equitably distribute the Settlement proceeds to those Settlement Class Members who suffered economic losses as a proximate result of the alleged wrongdoing.  The calculations made pursuant to the Plan of Allocation are not intended to be estimates of, nor indicative of, the amounts that Settlement Class Members might have been able to recover after a trial.  Nor are the calculations pursuant to the Plan of Allocation intended to be estimates of the amounts that will be paid to Authorized Claimants pursuant to the Settlement.  The computations under the Plan of Allocation are only a method to weigh the claims of Authorized Claimants against one another for the purpose of making *pro rata* allocations of the Net Settlement Fund.

55.    The Plan of Allocation generally measures the amount of loss that a Settlement Class Member can claim for purposes of making *pro rata* allocations of the cash in the Net Settlement Fund to Authorized Claimants.  The Plan of Allocation is not a formal damage analysis.  Recognized Loss Amounts are based primarily on the price declines observed over the period that Lead Plaintiffs allege corrective information was entering the market place.  In this case, Lead Plaintiffs allege that Defendants made false statements and omitted material facts during the Settlement Class Period (*i.e.*, February 23, 2022, through May 22, 2024, inclusive), which had the effect of artificially inflating the price of Live Nation common stock.[3]  The estimated alleged artificial inflation in the price of Live Nation common stock during the Settlement Class Period is reflected in Table 1 below.  The computation of the estimated alleged artificial inflation in the price of Live Nation common stock during the Settlement Class Period is based on certain misrepresentations alleged by Lead Plaintiffs and the price change in the stock, net of market- and industry-wide factors, in reaction to the public announcements that allegedly corrected the misrepresentations alleged by Lead Plaintiffs.

56.    To have recoverable damages, disclosures correcting the alleged misrepresentations must be the cause of the decline in the price of Live Nation common stock.  In this matter, Lead Plaintiffs allege that corrective disclosures removed the artificial inflation from the price of Live Nation common stock on the following dates: November 18, 2022; February 24, 2023; July 28, 2023; November 21, 2023; and May 23, 2024  (the "Corrective Disclosure Dates").  Accordingly, to have a Recognized Loss Amount, Live Nation common stock must have been purchased during the Settlement Class Period and held through at least one of these Corrective Disclosure Dates.

57.    To the extent a Claimant does not satisfy the conditions set forth in the preceding paragraph, his, her, or its Recognized Loss Amount for those transactions will be zero.

| Table 1 Artificial Inflation in Live Nation Common Stock | | |
|---|---|---|
| **From** | **To** | **Per-Share Price Inflation** |
| February 23, 2022 | November 17, 2022 | $30.99 |
| November 18, 2022 | February 23, 2023 | $25.29 |
| February 24, 2023 | July 27, 2023 | $18.69 |
| July 28, 2023 | November 20, 2023 | $9.46 |
| November 21, 2023 | May 22, 2024 | $6.87 |
| May 23, 2024 | Thereafter | $0.00 |

58.    The "90-day look back" provision of the Private Securities Litigation Reform Act of 1995 ("PSLRA") is incorporated into the calculation of the Recognized Loss Amount for Live Nation common stock.  The limitations on the calculation of the Recognized Loss Amount imposed by the PSLRA are applied such that losses on Live Nation common stock purchased during the Settlement Class Period and held as of the close of the 90-day period subsequent to the Settlement Class Period (the "90-Day Lookback Period") cannot exceed the difference between the purchase price paid for such stock and its average price during the 90-Day Lookback Period.  The Recognized Loss Amount on Live Nation common stock purchased during the Settlement Class Period and sold during the 90-Day Lookback Period cannot exceed the difference between the purchase price paid for such stock and its rolling average price during the portion of the 90-Day Lookback Period elapsed as of the date of sale.

59.    In the calculations below, all purchase and sale prices shall exclude any fees, taxes, and commissions.  If a Recognized Loss Amount is calculated to be a negative number, that Recognized Loss Amount shall be set to zero.  Any transactions in Live Nation

---

[3] During the Settlement Class Period, Live Nation common stock was listed on the New York Stock Exchange ("NYSE") under the symbol "LYV."

common stock executed outside of regular trading hours for the U.S. financial markets shall be deemed to have occurred during the next regular trading session.

## CALCULATION OF PER-SHARE RECOGNIZED LOSS AMOUNTS

60.    Based on the formula set forth below, a "Recognized Loss Amount" shall be calculated for each purchase of Live Nation common stock during the Settlement Class Period (*i.e.*, February 23, 2022 through May 22, 2024, inclusive) that is listed in the Claim Form and for which adequate documentation is provided.

For each share of Live Nation common stock that was purchased during the period from February 23, 2022 through May 22, 2024, inclusive:

    a.    that was sold prior to November 18, 2022, the Recognized Loss Amount is $0.00.

    b.    that was subsequently sold during the period November 18, 2022 through May 22, 2024, inclusive, the Recognized Loss Amount is *the lesser of*:

        i.    the amount of per-share price inflation on the date of purchase as appears in Table 1 above *minus* the amount of per-share price inflation on the date of sale as appears in Table 1 above; or

        ii.    the purchase price *minus* the sale price.

    c.    that was subsequently sold during the period May 23, 2024 through August 20, 2024, inclusive (*i.e.*, sold during the 90-Day Lookback Period), the Recognized Loss Amount is *the least of*:

        i.    the amount of per-share price inflation on the date of purchase as appears in Table 1; or

        ii.    the purchase price *minus* the sale price; or

        iii.    the purchase price *minus* the "90-Day Lookback Value" on the date of sale as appears in Table 2 below.

    d.    that was still held as of the close of trading on August 20, 2024, the Recognized Loss Amount is *the lesser of*:

        i.    the amount of per-share price inflation on the date of purchase as appears in Table 1; or

        ii.    the purchase price *minus* the average closing price for Live Nation common stock during the 90-Day Lookback Period, which is $93.31.

| Table 2 | | | | | |
|---|---|---|---|---|---|
| Sale/ Disposition Date | 90-Day Lookback Value | Sale/ Disposition Date | 90-Day Lookback Value | Sale/ Disposition Date | 90-Day Lookback Value |
| 5/23/2024 | $93.48 | 6/25/2024 | $91.99 | 7/25/2024 | $93.39 |
| 5/24/2024 | $94.74 | 6/26/2024 | $91.91 | 7/26/2024 | $93.39 |
| 5/28/2024 | $94.79 | 6/27/2024 | $91.87 | 7/29/2024 | $93.44 |
| 5/29/2024 | $94.59 | 6/28/2024 | $91.94 | 7/30/2024 | $93.47 |
| 5/30/2024 | $94.34 | 7/1/2024 | $92.05 | 7/31/2024 | $93.52 |
| 5/31/2024 | $94.24 | 7/2/2024 | $92.22 | 8/1/2024 | $93.51 |
| 6/3/2024 | $94.25 | 7/3/2024 | $92.32 | 8/2/2024 | $93.47 |
| 6/4/2024 | $94.16 | 7/5/2024 | $92.42 | 8/5/2024 | $93.36 |
| 6/5/2024 | $94.10 | 7/8/2024 | $92.49 | 8/6/2024 | $93.29 |
| 6/6/2024 | $93.91 | 7/9/2024 | $92.57 | 8/7/2024 | $93.23 |
| 6/7/2024 | $93.61 | 7/10/2024 | $92.63 | 8/8/2024 | $93.20 |
| 6/10/2024 | $93.29 | 7/11/2024 | $92.73 | 8/9/2024 | $93.18 |
| 6/11/2024 | $93.02 | 7/12/2024 | $92.88 | 8/12/2024 | $93.15 |
| 6/12/2024 | $92.79 | 7/15/2024 | $93.04 | 8/13/2024 | $93.13 |
| 6/13/2024 | $92.54 | 7/16/2024 | $93.16 | 8/14/2024 | $93.14 |
| 6/14/2024 | $92.31 | 7/17/2024 | $93.25 | 8/15/2024 | $93.16 |
| 6/17/2024 | $92.20 | 7/18/2024 | $93.29 | 8/16/2024 | $93.19 |
| 6/18/2024 | $92.18 | 7/19/2024 | $93.34 | 8/19/2024 | $93.25 |
| 6/20/2024 | $92.19 | 7/22/2024 | $93.38 | 8/20/2024 | $93.31 |
| 6/21/2024 | $92.23 | 7/23/2024 | $93.43 | NA | NA |
| 6/24/2024 | $92.09 | 7/24/2024 | $93.42 | NA | NA |

## ADDITIONAL PROVISIONS

61.    The Net Settlement Fund will be allocated among all Authorized Claimants whose Distribution Amount (defined in paragraph 64 below) is $10.00 or greater.

62.    **FIFO Matching:** If a Settlement Class Member has more than one purchase/acquisition or sale of Live Nation common stock, all purchases/acquisitions and sales shall be matched on a First In, First Out ("FIFO") basis. Settlement Class Period sales will be matched first against any holdings at the beginning of the Settlement Class Period, and then against purchases/acquisitions in chronological order, beginning with the earliest purchase/acquisition made during the Settlement Class Period.

63.     **Calculation of Claimant's "Recognized Claim":** A Claimant's "Recognized Claim" under the Plan of Allocation shall be the sum of his, her or its Recognized Loss Amounts for all shares of Live Nation common stock.

64.     **Determination of Distribution Amount:** The Net Settlement Fund will be distributed to Authorized Claimants on a *pro rata* basis based on the relative size of their Recognized Claims.  Specifically, a "Distribution Amount" will be calculated for each Authorized Claimant, which shall be the Authorized Claimant's Recognized Claim divided by the total Recognized Claims of all Authorized Claimants, multiplied by the total amount in the Net Settlement Fund.  If any Authorized Claimant's Distribution Amount calculates to less than $10.00, it will not be included in the calculation and no distribution will be made to such Authorized Claimant.

65.     **"Purchase/Sale" Dates:** Purchases or acquisitions and sales of Live Nation common stock shall be deemed to have occurred on the "contract" or "trade" date as opposed to the "settlement" or "payment" date.  The receipt or grant by gift, inheritance, or operation of law of Live Nation common stock during the Settlement Class Period shall not be deemed a purchase or sale of Live Nation common stock for the calculation of an Authorized Claimant's Recognized Loss Amount, nor shall the receipt or grant be deemed an assignment of any claim relating to the purchase of any Live Nation common stock unless: (i) the donor or decedent purchased such Live Nation common stock during the Settlement Class Period; (ii) no Claim Form was submitted by or on behalf of the donor, on behalf of the decedent, or by anyone else with respect to such Live Nation common stock; and (iii) it is specifically so provided in the instrument of gift or assignment.

66.     **Live Nation Common Stock Acquired Through the Exercise, Conversion, or Exchange of Non-Publicly Traded Securities:** Notwithstanding any of the above, shares of Live Nation common stock acquired through the exercise, conversion, or exchange of non-publicly traded securities of Live Nation are not eligible to participate in the Settlement.

67.     Live Nation common stock acquired in exchange for securities of any corporation or entity other than Live Nation Entertainment, Inc. are not eligible to participate in the settlement.

68.     **Short Sales:** The date of covering a "short sale" is deemed to be the date of purchase or acquisition of Live Nation common stock.  The date of a "short sale" is deemed to be the date of sale of Live Nation common stock.  Under the Plan of Allocation, however, the Recognized Loss Amount on "short sales" is zero.  In the event that a Claimant has a short position in Live Nation common stock, the earliest Settlement Class Period purchases or acquisitions shall be matched against such short position, and not be entitled to a recovery, until that short position is fully covered.

69.     **Live Nation Common Stock Purchased/Sold Through the Exercise of Publicly Traded Options:** Option contracts are not securities eligible to participate in the Settlement.  With respect to Live Nation common stock purchased or sold through the exercise of a publicly traded option, the purchase/sale date of stock is the exercise date of the option and the purchase/sale price of stock is the exercise price of the option.  Any Recognized Loss Amount arising from Live Nation common stock purchased during the Settlement Class Period through the exercise of a publicly traded option shall be computed as provided for other purchases of Live Nation common stock in the Plan of Allocation.

70.     **Market Gains and Losses:** To the extent a Claimant had a market gain with respect to his, her, or its overall transactions in Live Nation common stock during the Settlement Class Period, the value of the Claimant's Recognized Claim shall be zero.  To the extent that a Claimant suffered an overall market loss with respect to his, her, or its overall transactions in Live Nation common stock during the Settlement Class Period, but that market loss was less than the total Recognized Claim calculated above, then the Claimant's Recognized Claim shall be limited to the amount of the actual market loss.

71.     For purposes of determining whether a Claimant had a market gain with respect to his, her, or its overall transactions in Live Nation common stock during the Settlement Class Period or suffered a market loss, the Claims Administrator shall determine the difference between: (i) the Total Purchase Amount[4]; and (ii) the sum of the Total Sales Proceeds[5] and the Holding Value.[6]  If the Claimant's Total Purchase Amount *minus* the sum of the Total Sales Proceeds and the Holding Value is a positive number, that number will be the Claimant's market loss on such securities; if the number is a negative number or zero, that number will be the Claimant's market gain on such securities.

72.     After the initial distribution of the Net Settlement Fund, the Claims Administrator shall make reasonable and diligent efforts to have Authorized Claimants cash their distribution checks.  To the extent any monies remain in the fund six (6) months after the initial distribution, if Lead Counsel, in consultation with the Claims Administrator, determines that it is cost-effective to do so, the Claims Administrator shall conduct a re-distribution of the funds remaining after payment of any unpaid fees and expenses incurred in administering the Settlement, including for such re-distribution, to Authorized Claimants who have cashed their initial distributions and who would receive at least $10.00 from such re-distribution.  Additional re-distributions to Authorized Claimants who have cashed their

---

[4] The "Total Purchase Amount" is the total amount the Claimant paid (excluding commissions and other charges) for all Live Nation common stock purchased during the Settlement Class Period.

[5] The Claims Administrator shall match any sales of Live Nation common stock during the Settlement Class Period, first against the Claimant's opening position in Live Nation common stock (the proceeds of those sales will not be considered for purposes of calculating market gains or losses).  The total amount received (excluding commissions and other charges) for the remaining sales of Live Nation common stock sold during the Settlement Class Period shall be the "Total Sales Proceeds."

[6] The Claims Administrator shall ascribe a "Holding Value" to shares of Live Nation common stock purchased during the Settlement Class Period and still held as of the close of trading on May 22, 2024, which shall be $93.48 (*i.e.*, the closing price of the stock on the last Corrective Disclosure Date, May 23, 2024).  The total calculated holding values for all Live Nation common stock shall be the Claimant's "Total Holding Value."

prior checks and who would receive at least $10.00 on such additional re-distributions may occur thereafter if Lead Counsel, in consultation with the Claims Administrator, determines that additional re-distributions, after the deduction of any additional fees and expenses incurred in administering the Settlement, including for such re-distributions, would be cost-effective. At such time as it is determined that the re-distribution of funds remaining in the Net Settlement Fund is not cost-effective, the remaining balance shall be contributed to non-sectarian, not-for-profit organization(s), to be recommended by Lead Counsel and approved by the Court.

73.    Payment pursuant to the Plan of Allocation, or such other plan of allocation as may be approved by the Court, shall be conclusive against all Authorized Claimants. No person shall have any claim against Lead Plaintiffs, Plaintiffs' Counsel, Lead Plaintiffs' damages expert, Defendants, Defendants' Counsel, or any of the other Releasees, or the Claims Administrator or other agent designated by Lead Counsel arising from distributions made substantially in accordance with the Stipulation, the plan of allocation approved by the Court, or further Orders of the Court. Lead Plaintiffs, Defendants and their respective counsel, and all other Defendants' Releasees, shall have no responsibility or liability whatsoever for the investment or distribution of the Settlement Fund, the Net Settlement Fund, the plan of allocation, or the determination, administration, calculation, or payment of any Claim Form or nonperformance of the Claims Administrator, the payment or withholding of taxes owed by the Settlement Fund, or any losses incurred in connection therewith.

74.    The Plan of Allocation set forth herein is the plan that is being proposed to the Court for its approval by Lead Plaintiffs after consultation with their damages expert. The Court may approve this plan as proposed or it may modify the Plan of Allocation without further notice to the Settlement Class. Any Orders regarding any modification of the Plan of Allocation will be posted on the settlement website, www.LiveNationSecuritiesSettlement.com.

### WHAT PAYMENT ARE THE ATTORNEYS FOR THE SETTLEMENT CLASS SEEKING? HOW WILL THE LAWYERS BE PAID?

75.    Lead Counsel have not received any payment for their services in pursuing claims against the Defendants on behalf of the Settlement Class, nor have Lead Counsel been reimbursed for their out-of-pocket expenses. Before final approval of the Settlement, Lead Counsel will apply to the Court for an award of attorneys' fees in an amount not to exceed 33⅓% of the Settlement Fund. At the same time, Lead Counsel also intends to apply for reimbursement of Litigation Expenses in an amount not to exceed $185,000, which may include an application for reimbursement of the reasonable costs and expenses incurred by Lead Plaintiffs directly related to their representation of the Settlement Class in an amount not to exceed $10,000. The Court will determine the amount of any award of attorneys' fees or reimbursement of Litigation Expenses. Such sums as may be approved by the Court will be paid from the Settlement Fund. Settlement Class Members are not personally liable for any such fees or expenses.

### WHAT IF I DO NOT WANT TO BE A MEMBER OF THE SETTLEMENT CLASS? HOW DO I EXCLUDE MYSELF?

76.    Each Settlement Class Member will be bound by all determinations and judgments in this lawsuit, whether favorable or unfavorable, unless such person or entity mails or delivers a written Request for Exclusion from the Settlement Class, addressed to the Claims Administrator at *Live Nation Securities Litigation*, EXCLUSIONS, c/o A.B. Data, Ltd., P.O. Box 173001, Milwaukee, WI 53217. The exclusion request must be received by, or postmarked no later than August 7, 2025. You will not be able to exclude yourself from the Settlement Class after that date. Each Request for Exclusion must: (a) state the name, address, and telephone number of the person or entity requesting exclusion, and in the case of entities, the name and telephone number of the appropriate contact person; (b) state that such person or entity "requests exclusion from the Settlement Class in *Donley v. Live Nation Entertainment, Inc.*, Case No. 2:23-cv-06343-KK (ASx);" (c) state the number of shares of publicly traded Live Nation common stock that the person or entity requesting exclusion purchased and sold during the Settlement Class Period, as well as the dates and prices of each such purchase and sale; and (d) be signed by the person or entity requesting exclusion or an authorized representative. A Request for Exclusion shall not be valid and effective unless it provides all the information called for in this paragraph and is submitted within the time stated above, or is otherwise accepted by the Court.

77.    If you do not want to be part of the Settlement Class, you must follow these instructions for exclusion even if you have pending, or later file, another lawsuit, arbitration, or other proceeding relating to any Released Plaintiffs' Claim against any of the Released Defendants' Parties.

78.    If you ask to be excluded from the Settlement Class, you will not be eligible to receive any payment out of the Net Settlement Fund.

79.    Defendants have the right to terminate the Settlement if valid requests for exclusion are received from persons and entities entitled to be members of the Settlement Class in an amount that exceeds an amount agreed to by Lead Plaintiffs and Defendants.

### WHEN AND WHERE WILL THE COURT DECIDE WHETHER TO APPROVE THE SETTLEMENT? DO I HAVE TO COME TO THE HEARING? MAY I SPEAK AT THE HEARING IF I DON'T LIKE THE SETTLEMENT?

80.    **Settlement Class Members do not need to attend the Settlement Hearing. The Court will consider any submission made in accordance with the provisions below even if a Settlement Class Member does not attend the hearing. You can participate in the Settlement without attending the Settlement Hearing**.

81.    The Settlement Hearing will be held on August 28, 2025 at 10:00 a.m., before the Honorable Kenly Kiya Kato in Courtroom 3 of the George E. Brown, Jr. United States Courthouse, 3470 12th Street, 3rd Floor, Riverside, CA 92501. The Court reserves the right to approve the Settlement, the Plan of Allocation, Lead Counsel's motion for an award of attorneys' fees and reimbursement of Litigation Expenses, and/or any other matter related to the Settlement at or after the Settlement Hearing without further notice to the members of

the Settlement Class. The Court reserves the right to hold the Settlement Hearing telephonically or by other virtual means, in which event the Claims Administrator will update the settlement website regarding the Settlement Hearing's telephonic or virtual format.

82. Any Settlement Class Member who or which does not request exclusion may object to the Settlement, the proposed Plan of Allocation, or Lead Counsel's motion for an award of attorneys' fees and reimbursement of Litigation Expenses. Objections must be in writing. You must file any written objection, together with copies of all other papers and briefs supporting the objection, with the Clerk's Office at the address set forth below on or before August 7, 2025. You must also serve the papers on Lead Counsel and on Defendants' Counsel at the addresses set forth below so that the papers are **received by, or postmarked no later than August 7, 2025**.

| **Clerk's Office** | **Lead Counsel** | **Defendants' Counsel** |
|---|---|---|
| Office of the Clerk | Glancy Prongay & Murray LLP | Latham & Watkins LLP |
| United States District Court for the | Ex Kano S. Sams II, Esq. | Melanie M. Blunschi, Esq. |
| Central District of California | Garth A. Spencer, Esq. | 500 Montgomery Street |
| George E. Brown, Jr. Federal Building | 1925 Century Park East | Suite 2000 |
| and United States Courthouse | Suite 2100 | San Francisco, CA 94111-6538 |
| 3470 12th Street | Los Angeles, CA 90067 | |
| Riverside, CA 92501 | -and- | |
| | The Rosen Law Firm, P.A. | |
| | Phillip Kim, Esq. | |
| | Joshua Baker, Esq. | |
| | 101 Greenwood Avenue | |
| | Suite 440 | |
| | Jenkintown, PA 19046 | |

83. Any objection: (a) must state the name, address, and telephone number of the person or entity objecting and must be signed by the objector; (b) must contain a statement of the Settlement Class Member's objection or objections, and the specific reasons for each objection, including any legal and evidentiary support the Settlement Class Member wishes to bring to the Court's attention; and (c) must include documents sufficient to prove membership in the Settlement Class, including the number of shares of Live Nation common stock that the person or entity objecting purchased and sold during the Settlement Class Period, as well as the dates and prices of each such purchase and sale. You may not object to the Settlement, the Plan of Allocation or Lead Counsel's motion for attorneys' fees and reimbursement of Litigation Expenses if you exclude yourself from the Settlement Class or if you are not a member of the Settlement Class.

84. You may submit a written objection without having to appear at the Settlement Hearing. You may not, however, appear at the Settlement Hearing to present your objection unless you first submit and serve a written objection in accordance with the procedures described above, unless the Court orders otherwise.

85. If you wish to be heard orally at the hearing in opposition to the approval of the Settlement, the Plan of Allocation or Lead Counsel's motion for an award of attorneys' fees and reimbursement of Litigation Expenses, and if you timely submit a written objection as described above, you must also file a notice of appearance with the Clerk's Office and serve it on Lead Counsel and Defendants' Counsel at the addresses set forth above so that it is *received* **on or before August 7, 2025**. Persons who intend to object and desire to present evidence at the Settlement Hearing must include in their written objection or notice of appearance the identity of any witnesses they may call to testify and exhibits they intend to introduce into evidence at the hearing. Such persons may be heard orally at the discretion of the Court.

86. You are not required to hire an attorney to represent you in making written objections or in appearing at the Settlement Hearing. However, if you decide to hire an attorney, it will be at your own expense, and that attorney must file a notice of appearance with the Court and serve it on Lead Counsel and Defendants' Counsel at the addresses set forth in ¶ 82 above so that the notice is *received* **on or before August 7, 2025**.

87. The Settlement Hearing may be adjourned by the Court without further written notice to the Settlement Class. If you intend to attend the Settlement Hearing, you should confirm the date and time with Lead Counsel.

88. **Unless the Court orders otherwise, any Settlement Class Member who does not object in the manner described above will be deemed to have waived any objection and shall be forever foreclosed from making any objection to the proposed Settlement, the proposed Plan of Allocation, or Lead Counsel's motion for an award of attorneys' fees and reimbursement of Litigation Expenses. Settlement Class Members do not need to appear at the Settlement Hearing or take any other action to indicate their approval.**

## WHAT IF I BOUGHT SHARES ON SOMEONE ELSE'S BEHALF?

89. If you purchased the publicly traded common stock of Live Nation during the period from February 23, 2022 and May 22, 2024, both dates inclusive, for the beneficial interest of persons or organizations other than yourself, within seven (7) calendar days of receipt of the Claims Administrator's notice of the Settlement you must either: (a) request from the Claims Administrator sufficient copies of the Postcard Notice to forward to all such beneficial owners and within seven (7) calendar days of receipt of those Postcard Notices forward them to all such beneficial owners; (b) request from the Claims Administrator a link to the Notice and Claim Form and, within seven (7) calendar days of receipt of the link, email the link to all such beneficial owners for whom valid email addresses are available; or (c) provide a list of the names, mailing addresses and email addresses (to the extent available) of all such beneficial owners to the Claims Administrator at *Live Nation Securities Litigation*, c/o A.B. Data, Ltd., P.O. Box 173080, Milwaukee, WI 53217, in which

event the Claims Administrator shall promptly mail the Postcard Notice, or email a link to the Notice and Claim Form, to such beneficial owners. Nominees that choose to follow procedures (a) or (b) shall also send a statement to the Claims Administrator confirming that the mailing or emailing was made as directed.

90.    Upon full and timely compliance with these directions, nominees may seek reimbursement of their reasonable expenses actually incurred, not to exceed: (a) $0.02 per name, mailing address, and email address (to the extent available) provided to the Claims Administrator; (b) $0.02 per email for emailing notice; or (c) $0.02 per postcard, plus postage at the pre-sort rate used by the Claims Administrator, for mailing the Postcard Notice, by providing the Claims Administrator with proper documentation supporting the expenses for which reimbursement is sought. Any dispute concerning the reasonableness of reimbursement costs shall be resolved by the Court. **YOU ARE NOT AUTHORIZED TO PRINT THE POSTCARD NOTICE YOURSELF. POSTCARD NOTICES MAY ONLY BE PRINTED BY THE COURT-APPOINTED CLAIMS ADMINISTRATOR**.

| CAN I SEE THE COURT FILE? WHOM SHOULD I CONTACT IF I HAVE QUESTIONS? |
|---|

91.    This Notice contains only a summary of the terms of the proposed Settlement. For more detailed information about the matters involved in this Action, you are referred to the papers on file in the Action, including the Stipulation, which may be inspected during regular office hours at the Office of the Clerk, United States District Court for the Central District of California, George E. Brown, Jr. Federal Building and United States Courthouse, 3470 12th Street, Riverside, CA 92501. Additionally, copies of the Stipulation and any related orders entered by the Court will be posted on the website maintained by the Claims Administrator, www.LiveNationSecuritiesSettlement.com.

92.    All inquiries concerning this Notice and the Claim Form should be directed to the Claims Administrator or Lead Counsel at:

*Live Nation Securities Litigation*
c/o A.B. Data, Ltd.
P.O. Box 173080
Milwaukee, WI 53217
Telephone: 877-411-5027
www.LiveNationSecuritiesSettlement.com

and/or

Ex Kano S. Sams II, Esq.
Garth A. Spencer, Esq.
Glancy Prongay & Murray LLP
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Email: settlements@glancylaw.com
and/or
Phillip Kim, Esq.
Joshua Baker, Esq.
The Rosen Law Firm, P.A.
101 Greenwood Avenue, Suite 440
Jenkintown, PA 19046
Telephone: (215) 600-2817
Email: pkim@rosenlegal.com
Email: jbaker@rosenlegal.com

**DO NOT CALL OR WRITE THE COURT, THE OFFICE OF THE CLERK OF THE COURT, DEFENDANTS, OR THEIR COUNSEL REGARDING THIS NOTICE.**

Dated: May 23, 2025

By Order of the Court
United States District Court
Central District of California

# EXHIBIT C

*Live Nation Securities Litigation*
**c/o A.B. Data, Ltd.
P.O. Box 173080
Milwaukee, WI 53217
Toll Free Number:  (877) 411-5027
Settlement Website:  www.LiveNationSecuritiesSettlement.com
Email: info@LiveNationSecuritiesSettlement.com**

## PROOF OF CLAIM AND RELEASE FORM

To be eligible to receive a share of the Net Settlement Fund in connection with the Settlement of this Action, you must be a Settlement Class Member and complete and sign this Proof of Claim and Release Form ("Claim Form") and mail it by First-Class Mail to the above address, or submit it through the settlement website listed above, **so that it is postmarked or submitted no later than September 20, 2025.**

Failure to submit your Claim Form by the date specified will subject your claim to rejection and may preclude you from being eligible to recover any money in connection with the Settlement.

**Do not mail or deliver your Claim Form to the Court, the settling parties, or their counsel.  Submit your Claim Form only to the Claims Administrator at the address set forth above.**

| **TABLE OF CONTENTS** | **PAGE #** |
|---|---|
| **PART I – CLAIMANT INFORMATION** | **2** |
| **PART II – GENERAL INSTRUCTIONS** | **3** |
| **PART III – SCHEDULE OF TRANSACTIONS IN LIVE NATION COMMON STOCK** | **5** |
| **PART IV – RELEASE OF CLAIMS AND SIGNATURE** | **5** |

## PART I – CLAIMANT INFORMATION

(Please read General Instructions below before completing this page.)

The Claims Administrator will use this information for all communications regarding this Claim Form.  If this information changes, you MUST notify the Claims Administrator in writing at the address above.

Beneficial Owner's Name

Co-Beneficial Owner's Name

Entity Name (if Beneficial Owner is not an individual)

Representative or Custodian Name (if different from Beneficial Owner(s) listed above)

Address1 (street name and number)

Address2 (apartment, unit, or box number)

City                                      State              Zip Code

Foreign Country (only if not USA)

Last four digits of Social Security Number or Taxpayer Identification Number

Telephone Number (home)                                  Telephone Number (work)

Email address (Email address is not required, but if you provide it, you authorize the Claims Administrator to use it in providing you with information relevant to this claim.):

Account Number (account(s) through which the securities were traded)[1]:

Claimant Account Type (check appropriate box):

☐ Individual (includes joint owner accounts)     ☐ Pension Plan     ☐ Trust

☐ Corporation                                    ☐ Estate

☐ IRA/401K                                       ☐ Other _____ (please specify)

---

[1] If the account number is unknown, you may leave blank.  If the same legal entity traded through more than one account, you may write "multiple."  Please see paragraph 11 of the General Instructions for more information on when to file separate Claim Forms for multiple accounts, *i.e.*, when you are filing on behalf of distinct legal entities.

QUESTIONS? Call (877) 411-5027 or visit www.LiveNationSecuritiesSettlement.com.                    Page 2 of 7

## PART II – GENERAL INSTRUCTIONS

1.      It is important that you completely read and understand the Notice of: (I) Pendency of Class Action, Certification of Settlement Class, and Proposed Settlement; (II) Settlement Fairness Hearing; and (III) Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses (the "Settlement Notice") that accompanies this Claim Form, including the Plan of Allocation of the Net Settlement Fund set forth in the Settlement Notice.  The Settlement Notice describes the proposed Settlement, how Settlement Class Members are affected by the Settlement, and the manner in which the Net Settlement Fund will be distributed if the Settlement and Plan of Allocation are approved by the Court.  The Settlement Notice also contains the definitions of many of the defined terms (which are indicated by initial capital letters) used in this Claim Form.  By signing and submitting this Claim Form, you will be certifying that you have read and that you understand the Settlement Notice, including the terms of the releases described therein and provided for herein.

2.      This Claim Form is directed to the "Settlement Class," which consists of all persons and entities that, between February 23, 2022 and May 22, 2024, both dates inclusive (the "Settlement Class Period"), purchased the publicly traded common stock of Live Nation Entertainment, Inc. ("Live Nation").  All persons and entities that are members of the Settlement Class are referred to as "Settlement Class Members."

3.      Excluded from the Settlement Class are: (a) persons and entities that suffered no compensable losses; and (b) (i) Defendants; (ii) any person who served as a partner, control person, officer, and/or director of Live Nation during the Settlement Class Period, and members of their Immediate Families; (iii) present and former parents, subsidiaries, assigns, successors, affiliates, and predecessors of Live Nation; (iv) any entity in which any excluded person or entity has or had a controlling interest; (v) any trust of which an Individual Defendant is the settlor or which is for the benefit of an Individual Defendant and/or member(s) of their Immediate Families; and (vi) the legal representatives, heirs, successors, predecessors, and assigns of any person or entity excluded under provisions (i) through (v) hereof. Also excluded from the Settlement Class are any persons and entities who or which submit a request for exclusion from the Settlement Class that is accepted by the Court.  For the avoidance of doubt, "affiliates" are persons or entities that directly or indirectly through one or more intermediaries, control, are controlled by, or are under common control with one of the Defendants.

4.      If you are not a Settlement Class Member do not submit a Claim Form.  YOU MAY NOT, DIRECTLY OR INDIRECTLY, PARTICIPATE IN THE SETTLEMENT IF YOU ARE NOT A SETTLEMENT CLASS MEMBER.  THUS, IF YOU ARE EXCLUDED FROM THE SETTLEMENT CLASS (AS SET FORTH IN PARAGRAPH 3 ABOVE), ANY CLAIM FORM THAT YOU SUBMIT, OR THAT MAY BE SUBMITTED ON YOUR BEHALF, WILL NOT BE ACCEPTED.

5.      If you are a Settlement Class Member, you will be bound by the terms of any judgments or orders entered in the Action WHETHER OR NOT YOU SUBMIT A CLAIM FORM, unless you submit a request for exclusion from the Settlement Class.  Thus, if you are a Settlement Class Member, the Judgment will release, and enjoin the filing or continued prosecution of, the Released Plaintiffs' Claims against the Released Defendants' Parties.

6.      You are eligible to participate in the distribution of the Net Settlement Fund only if you are a member of the Settlement Class and if you complete and return this form as specified below.  If you fail to submit a timely, properly addressed, and completed Claim Form with the required documentation, your claim may be rejected, and you may be precluded from receiving any distribution from the Net Settlement Fund.

7.      Submission of this Claim Form does not guarantee that you will share in the proceeds of the Settlement.  The distribution of the Net Settlement Fund will be governed by the Plan of Allocation set forth in the Settlement Notice, if it is approved by the Court, or by such other plan of allocation approved by the Court.

8.      Use the Schedule of Transactions in Part III of this Claim Form to supply all required details of your transaction(s) (including free transfers) in and holdings of the applicable publicly traded Live Nation common stock.  On the Schedules of Transactions, please provide all of the requested information with respect to your holdings, purchases, acquisitions, and sales of the applicable publicly traded Live Nation common stock, whether such transactions resulted in a profit or a loss.  Failure to report all transaction and holding information during the requested time periods may result in the rejection of your claim.

9.      Please note: Only publicly traded Live Nation common stock purchased during the Settlement Class Period (*i.e.*, from February 23, 2022 through May 22, 2024, both dates inclusive) is eligible under the Settlement.  However, under the PSLRA "90-Day Lookback Period" (described in the Plan of Allocation set forth in the Settlement Notice), your sales of Live Nation common stock during the period from May 23, 2024 through August 20, 2024, will be used for purposes of calculating your Recognized Loss under the Plan of Allocation.  Therefore, for the Claims Administrator to be able to process your claim, the requested purchase/acquisition and sale information during the 90-Day Lookback Period must also be provided.

10.     You are required to submit genuine and sufficient documentation for all of your transactions and holdings of the applicable Live Nation Securities set forth in the Schedule of Transactions in Part III of this Claim Form.  Documentation may consist of copies of brokerage confirmation slips or monthly brokerage account statements, or an authorized statement from your broker containing the transactional and holding information found in a broker confirmation slip or account statement.  The Parties and the Claims Administrator do not independently have information about your investments in Live Nation Securities.  IF SUCH DOCUMENTS ARE NOT IN YOUR POSSESSION, PLEASE OBTAIN COPIES OR EQUIVALENT CONTEMPORANEOUS DOCUMENTS FROM YOUR BROKER. FAILURE TO SUPPLY THIS DOCUMENTATION MAY RESULT IN THE REJECTION OF YOUR CLAIM. DO NOT SEND ORIGINAL DOCUMENTS.  **Please keep a copy of all documents that you send to the Claims Administrator.  Also, please do not highlight any portion of the Claim Form or any supporting documents.**

11. Separate Claim Forms should be submitted for each separate legal entity (*e.g.*, a claim from joint owners should not include separate transactions through an account that is in the name of just one of the joint owners, and an individual should not combine his or her IRA transactions with transactions made through an account in the individual's name). Conversely, a single Claim Form should be submitted on behalf of one legal entity including all transactions made by that entity on one Claim Form, no matter how many separate accounts that entity has (*e.g.*, a corporation with multiple brokerage accounts should include all transactions made in all accounts on one Claim Form).

12. All joint beneficial owners must sign this Claim Form. If you purchased publicly traded Live Nation common stock during the Settlement Class Period and held the securities in your name, you are the beneficial owner as well as the record owner and you must sign this Claim Form to participate in the Settlement. If, however, you purchased publicly traded Live Nation common stock during the Settlement Class Period and the securities were registered in the name of a third party, such as a nominee or brokerage firm, you are the beneficial owner of these securities, but the third party is the record owner. The beneficial owner, not the record owner, must sign this Claim Form.

13. Agents, executors, administrators, guardians, and trustees must complete and sign the Claim Form on behalf of persons represented by them, and they must:

(a) expressly state the capacity in which they are acting;

(b) identify the name, account number, Social Security Number (or Taxpayer Identification Number), address, and telephone number of the beneficial owner of (or other person or entity on whose behalf they are acting with respect to) the Live Nation Securities; and

(c) furnish herewith evidence of their authority to bind to the Claim Form the person or entity on whose behalf they are acting. (Authority to complete and sign a Claim Form cannot be established by stockbrokers demonstrating only that they have discretionary authority to trade stock in another person's accounts.)

14. By submitting a signed Claim Form, you will be swearing that you:

(a) own(ed) the Live Nation Securities you have listed in the Claim Form; or

(b) are expressly authorized to act on behalf of the owner thereof.

15. By submitting a signed Claim Form, you will be swearing to the truth of the statements contained therein and the genuineness of the documents attached thereto, subject to penalties of perjury under the laws of the United States of America. The making of false statements, or the submission of forged or fraudulent documentation, will result in the rejection of your claim and may subject you to civil liability or criminal prosecution.

16. If the Court approves the Settlement, payments to eligible Authorized Claimants pursuant to the Plan of Allocation (or such other plan of allocation as the Court approves) will be made after the completion of all claims processing. This could take substantial time. Please be patient.

17. PLEASE NOTE: As set forth in the Plan of Allocation, each Authorized Claimant shall receive his, her, or its *pro rata* share of the Net Settlement Fund. If the prorated payment to any Authorized Claimant, however, calculates to less than $10.00, it will not be included in the calculation and no distribution will be made to that Authorized Claimant.

18. If you have questions concerning the Claim Form, or need additional copies of the Claim Form or the Settlement Notice, you may contact the Claims Administrator, A.B. Data, Ltd., by email at info@LiveNationSecuritiesSettlement.com, or by toll-free phone at (877) 411-5027, or you may download the documents from the Settlement website, www.LiveNationSecuritiesSettlement.com.

19. NOTICE REGARDING ELECTRONIC FILES: Certain Claimants with large numbers of transactions may request, or may be requested, to submit information regarding their transactions in electronic files. To obtain the mandatory electronic filing requirements and file layout, you may visit the Settlement website at www.LiveNationSecuritiesSettlement.com or you may email the Claims Administrator's electronic filing department at efiling@abdata.com. Any file not in accordance with the required electronic filing format will be subject to rejection. No electronic files will be considered to have been properly submitted unless the Claims Administrator issues an email to that effect after processing your file with your claim numbers and respective account information. Do not assume that your file has been received or processed until you receive this email. If you do not receive such an email within 10 days of your submission, you should contact the electronic filing department at efiling@abdata.com to inquire about your file and confirm it was received and acceptable.

**IMPORTANT: PLEASE NOTE**

**YOUR CLAIM IS NOT DEEMED FILED UNTIL YOU RECEIVE AN ACKNOWLEDGEMENT POSTCARD OR EMAIL. THE CLAIMS ADMINISTRATOR WILL ACKNOWLEDGE RECEIPT OF YOUR CLAIM FORM BY MAIL WITHIN 60 DAYS. IF YOU DO NOT RECEIVE AN ACKNOWLEDGEMENT POSTCARD OR EMAIL WITHIN 60 DAYS, PLEASE CALL THE CLAIMS ADMINISTRATOR TOLL-FREE AT (877) 411-5027.**

## PART III – SCHEDULE OF TRANSACTIONS IN LIVE NATION COMMON STOCK

Complete this Part III if and only if you purchased publicly traded Live Nation common stock during the period from February 23, 2022 through and including May 22, 2024.  Please include proper documentation with your Claim Form as described in detail in Part II – General Instructions, Paragraph 10, above.  Do not include information in this section regarding securities other than Live Nation common stock.

**1.  BEGINNING HOLDINGS** – State the total number of shares of Live Nation common stock held as of the opening of trading on February 23, 2022.  (Must be documented.)  If none, write "zero" or "0." _____

**2.  PURCHASES/ACQUISITIONS DURING THE SETTLEMENT CLASS PERIOD THROUGH AUGUST 20, 2024** – Separately list each and every purchase/acquisition (including free receipts) of Live Nation common stock from after the opening of trading on February 23, 2022, through and including the close of trading on August 20, 2024.  (Must be documented.)

| Date of Purchase/Acquisition (List Chronologically) (Month/Day/Year) | Number of Shares Purchased/ Acquired | Purchase/ Acquisition Price Per Share | Total Purchase/ Acquisition Price (excluding taxes, commissions, and fees) |
|---|---|---|---|
| /     / | | $ | $ |
| /     / | | $ | $ |
| /     / | | $ | $ |
| /     / | | $ | $ |

**3.  SALES DURING THE SETTLEMENT CLASS PERIOD THROUGH AUGUST 20, 2024** – Separately list each and every sale/disposition (including free deliveries) of Live Nation common stock from after the opening of trading on February 23, 2022, through and including the close of trading on August 20, 2024.  (Must be documented.)

**IF NONE, CHECK HERE** ○

| Date of Sale (List Chronologically) (Month/Day/Year) | Number of Shares Sold | Sale Price Per Share | Total Sale Price (excluding taxes, commissions, and fees) |
|---|---|---|---|
| /     / | | $ | $ |
| /     / | | $ | $ |
| /     / | | $ | $ |
| /     / | | $ | $ |

**4.  Ending Holdings** – State the total number of shares of Live Nation common stock held as of the close of trading on August 20, 2024.  (Must be documented.)  If none, write "zero" or "0." _____

**IF YOU NEED ADDITIONAL SPACE TO LIST YOUR TRANSACTIONS YOU MUST PHOTOCOPY THIS PAGE AND CHECK THIS BOX.**   ☐
**IF YOU DO NOT CHECK THIS BOX THESE ADDITIONAL PAGES WILL <u>NOT</u> BE REVIEWED.**

## PART VI – RELEASE OF CLAIMS AND SIGNATURE

*YOU MUST ALSO READ THE RELEASE AND CERTIFICATION BELOW AND SIGN ON PAGE 6 OF THIS CLAIM FORM.*

I (We) hereby acknowledge that as of the Effective Date of the Settlement, pursuant to the terms set forth in the Stipulation, I (we), on behalf of myself (ourselves) and on behalf of any other person or entity legally entitled to bring Released Plaintiffs' Claims (as defined in the Stipulation and in the Settlement Notice) on my (our) behalf in such capacity only, shall be deemed to have, and by operation of law and of the judgment shall have, fully, finally, and forever compromised, settled, released, resolved, relinquished, waived, and discharged each and every Released Plaintiffs' Claim against the Defendants and the other Released Defendants' Parties, and shall forever be barred and enjoined from prosecuting, directly or indirectly, representatively, or in any other capacity, against any of the Released Defendants' Parties any or all of the Released Plaintiffs' Claims.

QUESTIONS? Call (877) 411-5027 or visit www.LiveNationSecuritiesSettlement.com.                     Page 5 of 7

## CERTIFICATION

By signing and submitting this Claim Form, the Claimant(s) or the person(s) who represent(s) the Claimant(s) certifies (certify), as follows:

1.      that I (we) have read and understand the contents of the Settlement Notice and this Claim Form, including the releases provided for in the Settlement and the terms of the Plan of Allocation;

2.      that the Claimant(s) is a (are) Settlement Class Member(s), as defined in the Settlement Notice and in paragraph 2 on page 3 of this Claim Form, and is (are) not excluded from the Settlement Class by definition or pursuant to request as set forth in the Settlement Notice and in paragraph 3 on page 3 of this Claim Form;

3.      that I (we) own(ed) the publicly traded Live Nation common stock identified in this Claim Form and have not assigned the claim against the Released Defendants' Parties to another, or that, in signing and submitting this Claim Form, I (we) have the authority to act on behalf of the owner(s) thereof;

4.      that the Claimant(s) submit(s) to the jurisdiction of the Court with respect to Claimant's (Claimants') claim and for purposes of enforcing the releases set forth herein;

5.      that I (we) agree to furnish such additional information with respect to this Claim Form as Lead Counsel, the Claims Administrator, or the Court may require;

6.      that the Claimant(s) waive(s) the right to trial by jury, to the extent it exists, and agree(s) to the Court's summary disposition of the determination of the validity or amount of the claim made by this Claim Form;

7.      that I (we) acknowledge that the Claimant(s) will be bound by and subject to the terms of any judgment(s) that may be entered in the Action; and

8.      that the Claimant(s) is (are) NOT subject to backup withholding under the provisions of Section 3406(a)(1)(C) of the Internal Revenue Code because (a) the Claimant(s) is (are) exempt from backup withholding or (b) the Claimant(s) has (have) not been notified by the IRS that he/she/it/they is (are) subject to backup withholding as a result of a failure to report all interest or dividends or (c) the IRS has notified the Claimant(s) that he/she/it/they is (are) no longer subject to backup withholding. **If the IRS has notified the Claimant(s) that he, she, it, or they is (are) subject to backup withholding, please strike out the language in the preceding sentence indicating that the claim is not subject to backup withholding in the certification above.**

UNDER THE PENALTIES OF PERJURY, I (WE) CERTIFY THAT ALL OF THE INFORMATION PROVIDED BY ME (US) ON THIS CLAIM FORM IS TRUE, CORRECT, AND COMPLETE, AND THAT THE DOCUMENTS SUBMITTED HEREWITH ARE TRUE AND CORRECT COPIES OF WHAT THEY PURPORT TO BE.

_____          _____
Signature of Claimant                                                                             Date

_____
Print your name here

_____          _____
Signature of joint Claimant, if any                                                           Date

_____
Print your name here

*If the Claimant is other than an individual, or is not the person completing this form, the following also must be provided:*

_____          _____
Signature of person signing on behalf of Claimant                                Date

_____
Print your name here

_____
CAPACITY OF PERSON SIGNING ON BEHALF OF CLAIMANT, IF OTHER THAN AN INDIVIDUAL, *E.G.*, EXECUTOR, PRESIDENT, TRUSTEE, CUSTODIAN, ETC.  (MUST PROVIDE EVIDENCE OF AUTHORITY TO ACT ON BEHALF OF CLAIMANT – *SEE* PARAGRAPH 13 ON PAGE 4 OF THIS CLAIM FORM.)

## REMINDER CHECKLIST:

1.  Please sign the above release and certification.  If this Claim Form is being made on behalf of joint Claimants, then both must sign.

2.  Remember to attach only **copies** of acceptable supporting documentation as these documents will not be returned to you.

3.  Please do not highlight any portion of the Claim Form or any supporting documents.

4.  Do not send original security certificates or documentation.  These items cannot be returned to you by the Claims Administrator.

5.  Keep copies of the completed Claim Form and documentation for your own records.

6.  The Claims Administrator will acknowledge receipt of your Claim Form by mail or email within 60 days.  Your claim is not deemed filed until you receive an acknowledgement postcard or email.

    **If you do not receive an acknowledgement postcard or email within 60 days, please call the Claims Administrator toll-free at (877) 411-5027.**

7.  If your address changes in the future, or if this Claim Form was sent to an old or incorrect address, please send the Claims Administrator written notification of your new address.  If you change your name, please inform the Claims Administrator.

8.  If you have any questions or concerns regarding your claim, please contact the Claims Administrator at the address below, by email at info@LiveNationSecuritiesSettlement.com, or toll-free at (877) 411-5027, or visit www.LiveNationSecuritiesSettlement.com.  Please DO NOT call Defendants or their counsel with questions regarding your claim.

THIS CLAIM FORM MUST BE MAILED TO THE CLAIMS ADMINISTRATOR BY FIRST-CLASS MAIL, **POSTMARKED NO LATER THAN SEPTEMBER 20, 2025**, ADDRESSED AS FOLLOWS:

*Live Nation Securities Litigation*
c/o A.B. Data Ltd.
P.O. Box 173080
Milwaukee, WI 53217

**OR SUBMITTED ONLINE BY SEPTEMBER 20, 2025, AT WWW.LIVENATIONSECURITIESSETTLEMENT.COM.**

A Claim Form received by the Claims Administrator shall be deemed to have been submitted when posted, if a postmark date on or before September 20, 2025, is indicated on the envelope and it is mailed first-class and addressed in accordance with the above instructions.  In all other cases, a Claim Form shall be deemed to have been submitted when actually received by the Claims Administrator.

You should be aware that it will take a significant amount of time to fully process all of the Claim Forms.  Please be patient and notify the Claims Administrator of any change of address.

# EXHIBIT D

Greetings:

Attached please find the Notice Of: (I) Pendency Of Class Action, Certification Of Settlement Class, And Proposed Settlement; (II) Settlement Fairness Hearing; and (III) Motion For An Award Of Attorneys' Fees and Reimbursement Of Litigation Expenses ("Notice") and Proof of Claim and Release Form for the case entitled *In re Live Nation Securities Litigation*, No. 2:23-cv-06343-KK (ASx), pending in the United States District Court Central District of California. Also provided for your convenience is a copy of the Electronic Claims Filing Guidelines and the Electronic Claims Filing Template.

| Ticker | Symbol: | LYV |
|---|---|---|
| CUSIP: | | 538034109 |
| ISIN: US5380341090 | | |

Pursuant to page 12, paragraph 89 of the Notice, if you purchased the publicly traded common stock of Live Nation during the period from February 23, 2022 and May 22, 2024, both dates inclusive for the beneficial interest of persons or organizations other than yourself within seven (7) calendar days of receipt of this notice of the Settlement you must either:

(a) request from the Claims Administrator sufficient copies of Postcard Notice to forward to all such beneficial owners and within seven (7) calendar days of receipt of those Postcard Notices forward them to all such beneficial owners;

(b) request from the Claims Administrator a link to the Notice and Claim Form, and within seven (7) calendar days of receipt of the link, email the link to all such beneficial owners for whom valid email addresses are available; or

(c) provide a list of the names, mailing addresses and email addresses (to the extent available) of all such beneficial owners to the Claims Administrator at Live Nation Securities Litigation, c/o A.B. Data, Ltd., P.O. Box 173080, Milwaukee, WI 53217.

If you choose the second option, the Claims Administrator will send a copy of the Postcard Notice to the beneficial owners you have identified on your list. Upon full compliance with these directions, nominees may seek reimbursement of their reasonable expenses actually incurred in complying with these directions by providing the Claims Administrator with proper documentation supporting the expenses for which reimbursement is sought. **Please Note**: Per the Notice and the Court's May 13, 2024 Order Preliminarily Approving Settlement and Providing for Notice, reasonable expenses shall not exceed: $0.02 per name, mailing address, and email address (to the extent available) provided to the Claims Administrator; (b) $0.02 per email for emailing notice; or (c) $0.02 per Notice Packet, plus postage at the pre-sort rate used by the Claims Administrator, for mailing the Postcard Notice, by providing the Claims Administrator with proper documentation supporting the expenses for which reimbursement is sought. Additional copies of the Postcard Notice may be requested by contacting the Claims Administrator by phone at 877-411-5027 or by email at info@LiveNationSecuritiesSettlement.com

All communications concerning the foregoing should be directed to the Claims Administrator by email to **info@LiveNationSecuritiesSettlement.com** or by mail to:

*Live Nation Securities Litigation*
c/o A.B. Data
P.O. Box 1733080
Milwaukee, WI 53217


Or:
*Live Nation Securities Litigation*
c/o A.B. DATA, LTD.
ATTN:  FULFILLMENT DEPARTMENT
3410 WEST HOPKINS STREET
MILWAUKEE, WI  53216

1-877-311-3740
[fulfillment@abdata.com](mailto:fulfillment@abdata.com)


If you wish to be removed from this e-list, please reply to this email and write "Please Remove" in the subject line.


CLAIMS ADMINISTRATOR

# EXHIBIT E

# How To Read IBD Mutual Fund Tables

IBD tables have funds with 36-Month Performance Rating A+, A or A-, at least $200 million assets plus funds ranked by assets regardless of their performance. All other mutual funds are found at www.investors.com/ibd-data-tables. † denotes independent fund not part of family listed above. Each 36-Month Rating, vs. all other mutual funds, is recalculated monthly on a total return basis. Dividends and capital gains included. Daily accrual fund returns are calculated on a monthly basis. A+ = Top 5%, A = Top 10%, A- = Top 15%, B+ = Top 20%, B = Top 25%, B-=Top 30%, C+=Top 35%, C = Top 40%, C- = Top 45%, D+ = Top 50%, D- = Top 70%, E = Below 70%. A+, A, A- and B+ 36-Month Ratings are boldfaced. Top 2% of funds in % performance yesterday are boldfaced. Performance of income funds may be compared to other income funds. b = assets used to pay 12(b)(1) plan distribution costs, r=redemption charge may apply, n=no initial load and appears after Net Asset Value, m=multiple fees, p=previous day's quote, s=split, x=ex-dividend or capital gains distribution. 5-Yr After Tax Rtn=5 year after-tax return assuming average income tax rate of 35% on dividends and 15% long-term capital gains rate.NAVChg is calculated vs. the prior session.

---

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

BRIAN DONLEY, Individually and on behalf of all others similarly situated,

Plaintiff,

v.

LIVE NATION ENTERTAINMENT, INC., MICHAEL RAPINO, and JOE BERCHTOLD,

Defendants.

No. 2:23-cv-06343-KK (ASx)

CLASS ACTION

Hon. Kenly Kiya Kato

**SUMMARY NOTICE OF: (I) PENDENCY OF CLASS ACTION, CERTIFICATION OF SETTLEMENT CLASS, AND PROPOSED SETTLEMENT; (II) SETTLEMENT FAIRNESS HEARING; AND (III) MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES**

**TO:** All persons and entities that purchased the publicly traded common stock of Live Nation Entertainment, Inc. between February 23, 2022 and May 22, 2024, both dates inclusive (the "Settlement Class")[1]:

**PLEASE READ THIS NOTICE CAREFULLY, YOUR RIGHTS WILL BE AFFECTED BY A CLASS ACTION LAWSUIT PENDING IN THIS COURT.**

YOU ARE HEREBY NOTIFIED, pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the United States District Court for the Central District of California, that the above-captioned litigation (the "Action") has been certified as a class action on behalf of the Settlement Class, except for certain persons and entities who are excluded from the Settlement Class by definition as set forth in the full Notice of: (I) Pendency of Class Action, Certification of Settlement Class, and Proposed Settlement; (II) Settlement Fairness Hearing; and (III) Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses (the "Notice").

YOU ARE ALSO NOTIFIED that Lead Plaintiffs in the Action have reached a proposed settlement of the Action for $20,000,000 in cash (the "Settlement"), that, if approved, will resolve all claims in the Action.

A hearing will be held on August 28, 2025, at 10:00 a.m., before the Honorable Kenly Kiya Kato at the United States District Court for the Central District of California, George E. Brown, Jr. Federal Building and United States Courthouse, 3470 12th Street, 3rd Floor, Courtroom 3, Riverside, CA 92501, to determine: (i) whether the proposed Settlement should be approved as fair, reasonable, and adequate; (ii) whether the Action should be dismissed with prejudice against Defendants, and the Releases specified and described in the Stipulation and in the Notice should be granted; (iii) whether the proposed Plan of Allocation should be approved as fair and reasonable; and (iv) whether Lead Counsel's application for an award of attorneys' fees and reimbursement of expenses should be approved.

**If you are a member of the Settlement Class, your rights will be affected by the pending Action and the Settlement, and you may be entitled to share in the Settlement Fund.** The Notice and Proof of Claim and Release Form ("Claim Form") can be downloaded from the website maintained by the Claims Administrator, www.LiveNationSecuritiesSettlement.com. You may also obtain copies of the Notice and Claim Form by contacting the Claims Administrator at Live Nation Securities Litigation, c/o A.B. Data, Ltd., P.O. Box 173080, Milwaukee, WI 53217, 1-877-411-5027.

If you are a member of the Settlement Class, to be eligible to receive a payment under the proposed Settlement, you must submit a Claim Form postmarked or received no later than September 20, 2025. If you are a Settlement Class Member and do not submit a proper Claim Form, you will not be eligible to share in the distribution of the net proceeds of the Settlement, but you will nevertheless be bound by any judgments or orders entered by the Court in the Action.

If you are a member of the Settlement Class and wish to exclude yourself from the Settlement Class, you must submit a request for exclusion such that it is received by, or postmarked no later than, August 7, 2025, in accordance with the instructions set forth in the Notice. If you properly exclude yourself from the Settlement Class, you will not be bound by any judgments or orders entered by the Court in the Action and you will not be eligible to share in the proceeds of the Settlement.

Any objections to the proposed Settlement, the proposed Plan of Allocation, or Lead Counsel's motion for attorneys' fees and reimbursement of expenses, must be filed with the Court no later than August 7, 2025, and served on Lead Counsel and Defendants' Counsel such that they are received by, or postmarked no later than, August 7, 2025, in accordance with the instructions set forth in the Notice.

**Please do not contact the Court, the Clerk's office, Defendants, or their counsel regarding this notice. All questions about this notice, the proposed Settlement, or your eligibility to participate in the Settlement should be directed to Lead Counsel or the Claims Administrator.**

Requests for the Notice and Claim Form should be made to:

*Live Nation Securities Litigation*
c/o A.B. Data, Ltd.
P.O. Box 173080
Milwaukee, WI 53217
Toll-free Telephone: 877-411-5027
Email: info@LiveNationSecuritiesSettlement.com

Inquiries, other than requests for the Notice and Claim Form, should be made to Lead Counsel:

GLANCY PRONGAY & MURRAY LLP
Ex Kano S. Sams II, Esq.
Garth Spencer, Esq.
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Email: settlements@glancylaw.com

-and/or-

THE ROSEN LAW FIRM, P.A.
Phillip Kim, Esq.
Joshua Baker, Esq.
101 Greenwood Avenue, Suite 440
Jenkintown, PA 19046
Telephone: (215) 600-2817
Email: pkim@rosenlegal.com
Email: jbaker@rosenlegal.com

By Order of the Court

[1] All capitalized terms used in this Summary Notice that are not otherwise defined herein have the meanings ascribed to them in the Stipulation and Agreement of Settlement dated March 21, 2025 (the "Stipulation"), which is available at www.LiveNationSecuritiesSettlement.com.

©2025 Investor's Business Daily, LLC. All rights reserved.

# EXHIBIT F

# Glancy Prongay & Murray LLP and The Rosen Law Firm, P.A. Announce Notice of Pendency of Class Action for All Persons and Entities That Purchased the Publicly Traded Common Stock of Live Nation Entertainment, Inc., Between February 23, 2022 and May 22, 2024

NEWS PROVIDED BY
**Glancy Prongay & Murray LLP and The Rosen Law Firm, P.A.**
Jun 09, 2025, 10:00 ET

LOS ANGELES, June 9, 2025 /PRNewswire/ --

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRIAN DONLEY, Individually and on behalf of all others similarly situated, Plaintiff, <br><br> v. <br><br> LIVE NATION ENTERTAINMENT, INC., MICHAEL RAPINO, and JOE BERCHTOLD, <br><br> Defendants. | No. 2:23-cv-06343-KK (ASx) <br><br> <u>CLASS ACTION</u> <br><br> Hon. Kenly Kiya Kato |

**SUMMARY NOTICE OF: (I) PENDENCY OF CLASS ACTION, CERTIFICATION OF SETTLEMENT CLASS, AND PROPOSED SETTLEMENT; (II) SETTLEMENT FAIRNESS HEARING; AND (III) MOTION FOR AN AWARD OF ATTORNEYS' FEES**
**<u>AND REIMBURSEMENT OF LITIGATION EXPENSES</u>**

**TO:   All persons and entities that purchased the publicly traded common stock of Live Nation Entertainment, Inc. between February 23, 2022 and May 22, 2024, both dates inclusive (the "Settlement Class")[1]:**

**PLEASE READ THIS NOTICE CAREFULLY, YOUR RIGHTS WILL BE AFFECTED BY A CLASS ACTION LAWSUIT PENDING IN THIS COURT.**

YOU ARE HEREBY NOTIFIED, pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the United States District Court for the Central District of California, that the above-captioned litigation (the "Action") has been certified as a class action on behalf of the Settlement Class, except for certain persons and entities who are excluded from the Settlement Class by definition as set forth in the full Notice of: (I) Pendency of Class Action, Certification of Settlement Class, and Proposed Settlement; (II) Settlement Fairness Hearing; and (III) Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses (the "Notice").

YOU ARE ALSO NOTIFIED that Lead Plaintiffs in the Action have reached a proposed settlement of the Action for $20,000,000 in cash (the "Settlement"), that, if approved, will resolve all claims in the Action.

A hearing will be held on August 28, 2025, at 10:00 a.m., before the Honorable Kenly Kiya Kato at the United States District Court for the Central District of California, George E. Brown, Jr. Federal Building and United States Courthouse, 3470 12th Street, 3rd Floor, Courtroom 3, Riverside, CA 92501, to determine: (i) whether the proposed Settlement should be approved as fair, reasonable, and adequate; (ii) whether the Action should be dismissed with prejudice against Defendants, and the Releases specified and described in the Stipulation and in the Notice should be granted; (iii) whether the proposed Plan of Allocation should be approved as fair and reasonable; and (iv) whether Lead Counsel's application for an award of attorneys' fees and reimbursement of expenses should be approved.

**If you are a member of the Settlement Class, your rights will be affected by the pending Action and the Settlement, and you may be entitled to share in the Settlement Fund**. The Notice and Proof of Claim and Release Form ("Claim Form") can be downloaded from the website maintained by the Claims Administrator, **www.LiveNationSecuritiesSettlement.com**. You may also obtain copies of the Notice and Claim Form by contacting the Claims Administrator at *Live Nation Securities Litigation*, c/o A.B. Data, Ltd., P.O. Box 173080, Milwaukee, WI 53217, 1-877-411-5027.

If you are a member of the Settlement Class, to be eligible to receive a payment under the proposed Settlement, you must submit a Claim Form *postmarked* or received no later than September 20, 2025. If you are a Settlement Class Member and do not submit a proper Claim Form, you will not be eligible to share in the distribution of the net proceeds of the Settlement, but you will nevertheless be bound by judgments or orders entered by the Court in the Action.

If you are a member of the Settlement Class and wish to exclude yourself from the Settlement Class, you must submit a request for exclusion such that it is received by, or postmarked no later than, August 7, 2025, in accordance with the instructions set forth in the Notice.  If you properly exclude yourself from the Settlement Class, you will not be bound by any judgments or orders entered by the Court in the Action and you will not be eligible to share in the proceeds of the Settlement.

Any objections to the proposed Settlement, the proposed Plan of Allocation, or Lead Counsel's motion for attorneys' fees and reimbursement of expenses, must be filed with the Court no later than August 7, 2025, and served on Lead Counsel and Defendants' Counsel such that they are received by, or postmarked no later than, August 7, 2025, in accordance with the instructions set forth in the Notice.

**Please do not contact the Court, the Clerk's office, Defendants, or their counsel regarding this notice.  All questions about this notice, the proposed Settlement, or your eligibility to participate in the Settlement should be directed to Lead Counsel or the Claims Administrator.**

Requests for the Notice and Claim Form should be made to:

*Live Nation Securities Litigation*
c/o A.B. Data, Ltd.
P.O. Box 173080
Milwaukee, WI 53217
Toll-free Telephone: 877-411-5027
Email: **info@LiveNationSecuritiesSettlement.com**

Inquiries, other than requests for the Notice and Claim Form, should be made to Lead Counsel:

GLANCY PRONGAY & MURRAY LLP
Ex Kano S. Sams II, Esq.
Garth Spencer, Esq.
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Email: **settlements@glancylaw.com**

-and/or-

THE ROSEN LAW FIRM, P.A.

Phillip Kim, Esq.

Joshua Baker, Esq.

101 Greenwood Avenue, Suite 440

Jenkintown, PA 19046

Telephone: (215) 600-2817

Email: **pkim@rosenlegal.com**

Email: **jbaker@rosenlegal.com**

By Order of the Court

Source:

Glancy Prongay & Murray, LLP

The Rosen Law Firm, P.A.

[1] All capitalized terms used in this Summary Notice that are not otherwise defined herein have the meanings ascribed to them in the Stipulation and Agreement of Settlement dated March 21, 2025 (the "Stipulation"), which is available at **www.LiveNationSecuritiesSettlement.com**.

SOURCE Glancy Prongay & Murray LLP and The Rosen Law Firm, P.A.

WANT YOUR COMPANY'S NEWS

# FEATURED ON PRNEWSWIRE.COM?

## GET STARTED

440k+
Newsrooms &
Influencers

3k+
Digital Media
Outlets

270k+
Journalists
Opted In

440k+
Newsrooms &
Influencers

3k+
Digital Media
Outlets

270k+
Journalists
Opted In

# EXHIBIT G

## ⬛ #185495 Live Nation Securities Settlement

| Submitted | Received via | Requester |
|---|---|---|
| June 30, 2025 at 9:26 PM | Mail | Jason Rosenthal |

| Status category | Ticket status | Type | Priority | Group |
|---|---|---|---|---|
| Open | Open | - | Normal | *[Project Team - Eagle] |

| Case Name | Are you human | Case Info | Escalation Level |
|---|---|---|---|
| Live_Nation_Entertainment_54953 | Yes | Live_Nation_Entertainment | PC |

**Project Team**
Eagle (Walter)

---

**Jason Rosenthal**  June 30, 2025 at 9:26 PM

EXTERNAL MESSAGE

This email was received from outside AB Data. Always verify the sender and content before clicking links or opening attachments.

I hereby opt out of the settlement.

Jason M. Rosenthal

email:
phone

---

' Support Software by **Zendesk**

 Outlook

---

**Live Nation Securities Settlement**

---

**To**    jason

📎 1 attachment (408 KB)
Live Nation Long Notice (Final).pdf;

Hi Mr. Rosenthal,

We have received your email regarding Live Nation Securities Settlement. On page 11, paragraph 76 of the Notice, it states the following:

Each Settlement Class Member will be bound by all determinations and judgements in this lawsuit, whether favorable or unfavorable, unless such person or entity mails or delivers a written Request for Exclusion from the Settlement Class, addressed to the Claims Administrator at *Live Nation Securities Litigation,* EXCLUSIONS, c/o A.B. Data Ltd., P.O. Box 173001, Milwaukee, WI 53217. The exclusion request must be received by, or postmarked no later than August 7, 2025.

I've attached a copy of the Notice for your reference. Please let me know if you have any questions or need further assistance.

Thank you