# EXHIBIT 7

**Select Ninth Circuit Cases with 30% or Above Fee Awards**

| Case | Settlement Amount | Fee Award | Expenses |
|---|---|---|---|
| Perez v. Rash Curtis & Assocs., No. 16-cv-03396, 2020 WL 1904533 at *15 (N.D. Cal. Apr. 17, 2020) | $267,000,000 | 33.33% | $277,416.28 |
| Andrews v. Plains All Am. Pipeline L.P., No. 15-cv-04113, 2022 WL 4453864 at *5 (C.D. Cal. Sep. 20, 2022) | $230,000,000 | 32.00% | $6,085,336.00 |
| In re Apollo Grp. Inc. Sec. Litig., No. 04-cv-02147, 2012 WL 1378677 at *7 (D. Ariz. Apr. 20, 2012) | $145,000,000 | 33.33% | $1,557,692.33 |
| In re Lidoderm Antitrust Litig., No. 14-md-02521, 2018 WL 4620695 at *4 (N.D. Cal. Sep. 20, 2018) | $104,750,000 | 33.33% | $3,948,118.06 |
| Ferris v. Wynn Resorts Ltd., No. 18-cv-00479, ECF No. 442 (D. Nev. Jan. 31, 2025) | $70,000,000 | 33.33% | $1,104,277.42 |
| Meijer, Inc. v. Abbott Labs., No. 07-cv-05985, 2011 WL 13392313 at *2 (N.D. Cal. Aug. 11, 2011) | $52,000,000 | 33.33% | $1,901,251.13 |
| Beaver v. Tarsadia Hotels, No. 11-cv-01842, 2017 WL 4310707 at *12 (S.D. Cal. Sep. 28, 2017) | $51,150,000 | 33.33% | $195,089.00 |
| In re QuantumScape Sec. Class Action, 2025 WL 353556 at *5 (N.D. Cal. Jan. 22, 2025) | $47,500,000 | 30.00% | $1,866,135.53 |
| Hageman v. AT&T Mobility LLC, No. 13-cv-00050, 2015 WL 9855925 at *4 (D. Mon. Feb. 11, 2015) | $45,000,000 | 33.33% | - |
| Carlin v. DairyAmerica, Inc., 380 F.Supp.3d 998 at *1023 (E.D. Cal. May 8, 2019) | $40,000,000 | 33.30% | $825,000.00 |
| Thomas & Thomas Rodmakers Inc. v. Newport Adhesives and Composites, Inc., No. 99-cv-07796, ECF No. 802 (C.D. Cal. Oct. 18, 2005) | $36,250,000 | 33.00% | $2,490,117.60 |
| In re Public Service Co., No. 91-cv-00536, 1992 U.S. Dist. LEXIS 16326 at *9 (S.D. Cal. Jul. 28, 1992) | $33,000,000 | 33.00% | $1,100,000.00 |
| Fleming v. Impax Labs., Inc., No. 16-cv-06557, 2022 WL 2789496 at *11 (N.D. Cal. July 15, 2022) | $33,000,000 | 30.00% | $176,501.78 |
| Bickley v. Schneider Nat'l Carriers, Inc., No. 08-cv-05806, 2016 WL 6910261 at *3-4 (N.D. Cal. Oct. 13, 2016) | $28,000,000 | 33.13% | $233,811.81 |

| Case | Settlement Amount | Fee Award | Expenses |
|---|---|---|---|
| In re Heritage Bond Litig., No. 02-ml-1475, 2005 WL 1594403 at *23 (C.D. Cal. Jun. 10, 2005) | $27,783,000 | 33.33% | $522,560.84 |
| Wren v. RGIS Inventory Specialists, No. 06-cv-05778, 2011 WL 1230826 at *29 (N.D. Cal. Apr. 1, 2011) | $27,000,000 | 42.00% | $2,113,792.81 |
| In re Tezos Sec. Litig., No. 17-cv-06779, 2020 WL 13699946 at *1 (N.D. Cal. Aug. 28, 2020) | $25,000,000 | 33.33% | $203,017.93 |
| Dakota Medical, Inc. v. RehabCare Grp., Inc., No. 14-cv-02081, 2017 WL 4180497 at *9-10 (E.D. Cal. Sep. 21, 2017) | $25,000,000 | 33.13% | $132,337.54 |
| Davis v. Yelp, Inc., No. 18-cv-00400, 2023 WL 3063823 at *2 (N.D. Cal. Jan. 27, 2023) | $22,250,000 | 33.30% | $930,782.70 |
| NECA-IBEW Pension Trust Fund v. Precision Castparts Corp., No. 16-cv-01756, ECF No. 169 (D. Or. May 7, 2021) | $21,000,000 | 33.30% | $867,891.13 |
| Abdullah v. U.S. Security Assocs., Inc., No. 09-cv-09554, 2017 WL 11630767 at *7-12 (C.D. Cal. Dec 4, 2017) | $20,613,339 | 33.33% | $136,404.28 |
| Alvarez v. XPO Logistics Cartage, LLC, No. 18-cv-03736, ECF No. 584 (C.D. Cal. Feb. 17, 2022) | $20,000,000 | 33.33% | $401,025.83 |
| Avila v. LifeLock, Inc., No. 15-cv-01398, 2020 WL 4362394 at *1 (D. Ariz. Jul. 27, 2020) | $20,000,000 | 30.00% | $253,024.00 |
| Turocy v. El Pollo Loco Holdings, Inc., No. 15-cv-01343, ECF No. 219 (C.D. Cal. Aug. 27, 2019) | $20,000,000 | 30.00% | $554,129.06 |
| In re Banc of Cal. Sec. Litig., No. 17-cv-00118, 2020 WL 1283486 at *1 (C.D. Cal. Mar. 16, 2020) | $19,750,000 | 33.00% | $1,575,210.83 |
| In re Tahoe Resources, Inc. Sec. Litig., No. 17-cv-01868, ECF No. 276 (D. Nev. Apr. 3, 2024) | $19,500,000 | 33.00% | $886,464.29 |
| In re Merit Medical Systems, Inc. Sec. Litig., No 19-cv-02326, ECF No. 118 (C.D. Cal. Apr. 15, 2022) | $18,250,000 | 30.00% | $104,686.68 |
| Waldbuesser v. Northrop Grumman Corp., No. 06-cv-06213, 2017 WL 9614818 at *3 (C.D. Cal. Oct. 24, 2017) | $16,750,000 | 33.33% | $1,159,114.00 |
| Karri v. Oclaro, Inc., No. 18-cv-03435, 2024 WL 5374889 at *1 (N.D. Cal. Jul. 26, 2024) | $15,250,000 | 33.33% | $397,680.55 |
| In re Zillow Grp., Inc. Sec. Litig., No. 17-cv-01387, ECF No. 186 (W.D. Wash. Aug. 8, 2023) | $15,000,000 | 33.33% | $1,165,451.64 |

| Case | Settlement Amount | Fee Award | Expenses |
|---|---|---|---|
| Bolding v. Banner Bank, No. 17-cv-00601, 2024 WL 755903 at *2 (W.D. Wash. Feb. 23, 2024) | $15,000,000 | 33.00% | $303,084.08 |
| In re Terayon Communication Systems, Inc. Sec. Litig., No. 00-cv-01967, ECF No. 252 (N.D. Cal. Oct. 3, 2007) | $15,000,000 | 30.00% | - |
| Morris v. Lifescan, Inc., 54 Fed. App'x 663, 664 (9th Cir. 2003) | $14,800,000 | 33.00% | - |
| In re Allied Nevada Gold Corp. Sec. Litig., No. 14-cv-00175, ECF No. 215 (D. Nev. Nov. 16, 2020) | $14,000,000 | 33.33% | $324,557.52 |
| Good Morning to You Prods. Corp. v. Warner/Chappell Music, Inc., No. 13-cv-04460, ECF No. 349 (C.D. Cal. Jun. 30, 2016) | $14,000,000 | 33.00% | $204,461.40 |
| Ruiz v. XPO Last Mile, Inc., No. 05-cv-02125, 2017 WL 6513962 at *9 (S.D. Cal. Dec. 20, 2017) | $13,900,000 | 35.00% | $246,889.98 |
| Tawfilis v. Allergan, Inc., No. 15-cv-00307, 2018 WL 4849716 at *7 (C.D. Cal. Aug. 27, 2018) | $13,450,000 | 33.33% | $1,101,193.10 |
| Kendall v. Odonate Therapeutics, Inc., No. 20-cv-01828, 2022 WL 1997530 at *6-7 (S.D. Cal. Jun. 6, 2022) | $12,750,000 | 33.33% | $56,147.94 |
| Marshall v. Northrop Grumman Corp., No. 16-cv-06794, 2020 WL 5668935 at *8 (C.D. Cal. Sep. 18, 2020) | $12,375,000 | 33.33% | $390,587.00 |
| In re Pacific Enters. Sec. Litig., 47 F.3d, at 373, 378-79 (9th Cir. 1995) | $12,000,000 | 33.00% | - |
| Rabin v. PricewaterhouseCoopers LLP, No. 16-cv-02276, 2021 WL 837626 at *7 (N.D. Cal. Feb. 4, 2021) | $11,625,000 | 35.00% | $270,323.63 |
| Gina McLeod v Bank of America, NA, No. 16-cv-03294, 2019 WL 1170487 at *9 (N.D. Cal. Mar. 13, 2019) | $11,000,000 | 30.00% | $58,805.07 |
| Karlin v. Alcatel, Inc., No 00-cv-00214, ECF No. 175 (C.D. Cal. Apr. 29, 2002) | $10,500,000 | 30.00% | $590,072.74 |
| In re THQ, Inc. Sec. Litig. No 00-cv-01783, ECF No. 128 (C.D. Cal. Jun. 30, 2003) | $10,150,000 | 30.00% | $752,887.68 |
| Singh v. Roadrunner Intermodal Servs., LLC, No. 15-cv-01497, 2019 WL 316814 at *9 (E.D. Cal. Jan. 24, 2019) | $9,250,000 | 33.33% | $76,149.55 |
| Fernandez v. Victoria Secret Stores, LLC, No. 06-cv-04149, 2008 WL 8150856 at *16 (C.D. Cal. Jul. 21, 2008) | $8,500,000 | 34.00% | $148,402.82 |

| Case | Settlement Amount | Fee Award | Expenses |
|---|---|---|---|
| Jenson v. First Tr. Corp., No. CV 05-03124, 2008 WL 11338161 at *11, *15 (C.D. Cal. Jun. 9, 2008) | $8,500,000 | 33.33% | $483,800.00 |
| Vigueras v. Red Robin Int'l, Inc., No. 17-cv-01422, ECF No. 182 (C.D. Cal. Dec. 2, 2020) | $8,500,000 | 33.33% | $294,677.68 |
| In re Hansen Medical, Inc. Sec. Litig., No. 09-cv-05094, 2013 WL 12174649 at *4 (N.D. Cal. Dec. 5, 2013) | $8,500,000 | 30.00% | $162,544.44 |
| Walsh v. Kindred Healthcare, Inc., No. 11-cv-00050, 2013 WL 6623224 (N.D. Cal. Dec. 16, 2013) | $8,250,000 | 30.17% | $110,662.46 |
| In re Gilead Sciences Sec. Litig, No. 03-cv-04999, ECF No. 282 (N.D. Cal. Nov. 5, 2010) | $8,250,000 | 30.00% | $282,906.73 |
| McMorrow v. Mondelez Int'l, Inc., No. 17-cv-02327, 2022 WL 1056098 at *8 (S.D. Cal. Apr. 8, 2022) | $8,000,000 | 33.33% | $288,177.73 |
| Ziegler v. GW Pharmaceuticals, No. 21-cv-01019, 2024 WL 1470532 at *7, 12 (S.D. Cal. Apr. 3, 2024) | $7,750,000 | 33.33% | $33,513.97 |
| In re AMERCO Sec. Litig., No. 04-cv-02182, ECF No. 290 (D. Ariz. Nov. 3, 2006) | $7,000,000 | 30.00% | $598,077.05 |
| In re MTI Technology Corp. Sec. Litig., No. 00-cv-00745, ECF. No. 127 (C.D. Cal. Jul. 31, 2003) | $6,750,000 | 30.00% | $250,227.07 |
| Jones v. CertifiedSafety, Inc., No. 17-cv-02229, ECF No. 232 (N.D. Cal. Jun. 1, 2020) | $6,000,000 | 33.33% | $60,397.73 |
| Linney v. Cellular Alaska P'ship, No. 96-cv-03008, 1997 WL 450064 at *7 (N.D. Cal. Jul. 18, 1997) | $6,000,000 | 33.33% | $281,390.38 |
| Boyd v. Bank of Am. Corp., No. 13-cv-00561, 2014 WL 6473804 at *9 (C.D. Cal. Nov. 18, 2014) | $5,800,000 | 33.33% | $30,000.00 |
| In re CytRx Corp. Sec. Litig., No. 16-cv-05519, 2018 WL 8950655 at *1 (C.D. Cal. Sep. 17, 2018) | $5,750,000 | 30.00% | $106,607.26 |
| In re First Regional Bancorp Sec. Litig., No. 10-cv-00537, ECF No. 4964 (C.D. Cal. Jul. 21, 2014) | $5,500,000 | 33.30% | $228,544.85 |
| Berry v. Urban Outfitters Wholesale, Inc., No. 13-cv-02628, ECF No. 114 (N.D. Cal. Apr. 7, 2016) | $5,000,000 | 33.33% | $50,000.00 |
| In re Interlink Elec., Inc. Sec. Litig., No. 05-cv-08133, ECF No. 165 (C.D. Cal. Jun. 1, 2009) | $5,000,000 | 33.33% | $52,012.00 |

| Case | Settlement Amount | Fee Award | Expenses |
|---|---|---|---|
| Banerjee v. Avinger, Inc., No. 17-cv-03400, 2018 WL 6040194 at *1 (N.D. Cal. Oct. 24, 2018) | $5,000,000 | 30.00% | $74,492.50 |
| Bennett v. SimplexGrinnell LP, No. 11-cv-01854, 2015 WL 12932332 at *6 (N.D. Cal. Sep. 3, 2015) | $4,900,000 | 38.80% | $242,000.00 |
| In re Orexigen Therapeutics, Inc. Sec. Litig., No. 15-cv-00540, ECF No. 155 (S.D. Cal. Nov. 30, 2021) | $4,800,000 | 33.00% | $100,529.65 |
| Hodges v. Akeena Solar, Inc., No. 09-cv-02147, ECF No. 167 (N.D. Cal. Dec. 15, 2011) | $4,770,000 | 33.33% | $142,173.85 |
| Villa v. San Francisco Forty Niners, Ltd., No. 12-cv-05481, ECF No. 167 (N.D. Cal. Nov. 17, 2016) | $4,750,000 | 32.06% | $847,184.64 |
| Zaidi v. Adamas Pharmaceuticals, Inc., No. 19-cv-08051, 2024 WL 4342186 at *1 (N.D. Cal. Sep. 27, 2024) | $4,650,000 | 33.33% | $78,227.23 |
| Aguilar v. Wawona Frozen Foods, No. 15-cv-00093, 2017 WL 2214936 at *9 (E.D. Cal. May 19, 2017) | $4,500,000 | 33.33% | $49,538.26 |
| Siracusano v. Matrixx Initiatives, Inc., No. 04-cv-00886, ECF No. 172 (D. Ariz. Nov. 13, 2012) | $4,500,000 | 30.00% | $196,781.93 |
| Broderick v. Mazur, No. 98-cv-01658, ECF No. 186 (C.D. Cal. Apr. 27, 2004) | $4,500,000 | 30.00% | $262,245.07 |
| Prado v. Warehouse Demo Services, Inc., No. 4-cv-03170, ECF No. 143 (C.D. Cal. Nov. 2, 2015) | $4,250,000 | 30.00% | $71,716.44 |
| West v. Cal. Serv. Bureau, Inc., No. 16-cv-03124, ECF No. 128 (N.D. Cal. Jan. 23, 2019) | $4,100,000 | 33.33% | $214,457.10 |
| Larson v. Harman-Mgmt. Corp., No. 16-cv-00219, 2020 WL 3402406 at *8 (E.D. Cal. Jun. 19, 2020) | $4,000,000 | 33.33% | $42,987.39 |
| In re Paysign, Inc. Sec. Litig., No. 20-cv-00553, ECF No. 69 (D. Nev. Apr. 18, 2024) | $3,750,000 | 33.33% | $57,471.31 |
| Costas v. Ormat Technologies, Inc., No. 18-cv-00271, ECF No. 104 (D. Nev. Jan. 21, 2021) | $3,750,000 | 31.77% | $175,832.63 |
| Schroeder v. Envoy Air, Inc., No. 16-cv-04911, 2019 WL 2000578 at *9 (C.D. Cal. May 6, 2019) | $3,555,941 | 33.00% | $43,885.20 |
| In re IsoRay, Inc. Sec. Litig. No. 15-cv-05046, 2017 WL 11461073 at *1 (E.D. Wash. Mar. 7, 2017) | $3,537,500 | 30.00% | $29,296.98 |

| Case | Settlement Amount | Fee Award | Expenses |
|---|---|---|---|
| Mathein v. Pier 1 Imports (U.S.), Inc., No. 16-cv-00087, 2018 WL 1993727 at *9-12 (E.D. Cal. Apr. 27, 2018) | $3,500,000 | 33.33% | $28,275.00 |
| Wise v. Ultra Salon, Cosmetics & Fragrance, Inc., No. 17-cv-00853, 2020 WL 1492672 at *8-9 (E.D. Cal. Mar. 27, 2020) | $3,500,000 | 33.33% | $44,825.32 |
| Cook v. Atossa Genetics, Inc., No. 13-cv-01836, ECF No. 98 (W.D. Wash. Jul. 20, 2018) | $3,500,000 | 33.00% | $62,704.91 |
| In re K12 Inc. Sec. Litig., No. 16-cv-04069, 2019 WL 3766420 at *1 (N.D. Cal. Jul. 10, 2019) | $3,500,000 | 33.00% | $166,978.92 |
| Vandervort v. Balboa Cap. Corp., 8 F.Supp.3d 1200, 1210 (C.D. Cal. 2014) | $3,300,000 | 33.00% | $54,649.79 |
| In re Maxwell Technologies Inc. Sec. Litig., No. 13-cv-00580, 2015 WL 12791401 at *4 (S.D. Cal. Feb. 17, 2015) | $3,300,000 | 32.60% | $74,769.65 |
| Gonzalez v. CoreCivic of Tenn., LLC, No. 16-cv-01891, 2020 WL 1475991 at *10 (E.D. Cal. Mar. 26, 2020) | $3,200,000 | 33.33% | $22,226.31 |
| Howell v. Advantage RN, LLC, No. 17-cv-00883, 2020 WL 5847565 at *5 (S.D. Cal. Oct. 1, 2020) | $3,200,000 | 33.33% | $29,875.92 |
| Byrne v. Westpac Banking Corp., No. 20-cv-00171, ECF No. 52 (D. Or. May 12, 2021) | $3,100,000 | 33.33% | $24,776.41 |
| Szymborski v. Ormat Technologies, Inc., No. 10-cv-00132, 2012 WL 4960098 at *4 (D. Nev. Oct. 16, 2012) | $3,100,000 | 30.00% | $169,749.09 |
| Antonopulos v. N. Am. Thoroughbreds. Inc., No. 87-cv-00979, 1991 WL 427893 at *4, (S.D. Cal. May 6, 1991) | $3,098,000 | 33.33% | $63,984.00 |
| Schmitt v. Kaiser Found. Health Plan of Wash., 17-cv-01611, 2024 U.S. Dist. Lexis 71166 at *7 (W.D. Wash. Apr. 18, 2024) | $3,000,000 | 33.33% | $374,137.63 |
| Clayton Salter v. Quality Carriers, Inc., No. 20-cv-00479, ECF No. 171 (C.D. Cal. Mar. 27, 2023) | $3,000,000 | 33.33% | $35,491.23 |
| Oh v. Hanmi Financial Corp., No. 20-cv-02844, ECF No. 98 (C.D. Cal. Sep. 17, 2024) | $3,000,000 | 31.87% | $65,850.85 |
| Roberts v. Bloom Energy Corp., No. 19-cv-02935, ECF No. 259 (N.D. Cal. May 6, 2024) | $3,000,000 | 30.00% | $85,000.00 |
| In re Mikohn Gaming Corp. Sec. Litig., No. 05-cv-1410, ECF No. 96 (D. Nev. Jun. 6, 2007) | $2,800,000 | 33.33% | $100,000.00 |

| Case | Settlement Amount | Fee Award | Expenses |
|---|---|---|---|
| In re Resonant Inc. Sec. Litig., No. 15-cv-01970, ECF No. 154 (C.D. Cal. Nov. 20, 2017) | $2,750,000 | 33.00% | $51,133.20 |
| In re 2TheMart.com, Inc. Sec. Litig., No. 99-cv-1127, ECF No. 161 (C.D. Cal. Jul. 8, 2002) | $2,700,000 | 33.33% | $128,949.40 |
| Garnett v. ADT, LLC, No. 14-cv-02851, 2016 WL 3538354 at *6 (E.D. Cal. Jun. 28, 2016) | $2,700,000 | 33.00% | $87,534.60 |
| In re Applied Signal Technology Inc. Sec. Litig., No. 05-cv-01027, ECF No. 103 (N.D. Cal. Aug. 3, 2009) | $2,700,000 | 30.00% | $51,681.12 |
| Plant v. Jaguar Animal Health, Inc., No. 17-cv-04102, ECF No. 97 (N.D. Cal. May 27, 2021) | $2,600,000 | 33.33% | $16,960.20 |
| In re Merix Corp. Sec. Litig., No. 04-cv-00826, ECF No. 236 (D. Or. Jan. 3, 2011) | $2,500,000 | 33.33% | $160,368.31 |
| Brulee v. DAL Global Servs., LLC, No. 17-cv-06433, ECF No. 51 (C.D. Cal. Dec. 13, 2018) | $2,500,000 | 33.33% | $21,139.22 |
| Elliot v. China Green Agric. Inc., No. 10-cv-00648, ECF No. 166 (D. Nev. Aug. 12, 2014) | $2,500,000 | 33.33% | $48,562.76 |
| Figueroa v. Allied Building Products Corp., No. 16-cv-02249, 2018 WL 4860034 at *3 (C.D. Cal. Sep. 24, 2018) | $2,500,000 | 33.33% | $13,877.20 |
| In re Sunrun Inc. Sec. Litig., No. 17-cv-02537, ECF No. 123 (N.D. Cal. Mar. 4, 2019) | $2,500,000 | 30.00% | $60,295.00 |
| Ali v. Franklin Wireless Corp., No. 21-cv-00687, 2024 WL 5179910 at *12, 18 (S.D. Cal. Dec. 19, 2024) | $2,400,000 | 33.33% | $164,550.52 |
| Brown v. Papa Murphy's Holdings, Inc., No. 19-cv-05514, 2022 WL 1303176 at *4 (W.D. Wash. May 2, 2022) | $2,400,000 | 31.50% | $9,081.40 |
| Emmons v. Quest Diagnostics Clinical Labs., Inc., No. 13-cv-00474, 2017 WL 749018 at *7-9 (E.D. Cal. Feb. 27, 2017) | $2,350,000 | 33.33% | $11,962.74 |
| Cheng Jiangchen v. Rentech, Inc., No. 17-cv-01490, 2019 WL 5173771 at *9 (C.D. Cal. Oct. 10, 2019) | $2,050,000 | 33.33% | $64,799.46 |
| In re GTT Communications, Inc. Sec. Litig. No 21-cv-00270, ECF No. 65 (C.D. Cal Mar. 21, 2022) | $2,000,000 | 30.00% | $40,238.30 |
| Valenzuela v. Walt Disney Parks and Resorts U.S., Inc., No. 17-cv-01988, 2020 WL 13594812 at *13 (C.D. Cal. Apr. 1, 2020) | $2,000,000 | 30.00% | $124,781.33 |

| Case | Settlement Amount | Fee Award | Expenses |
|---|---|---|---|
| Clayborne v. Newtron, LLC,, No. 19-cv-07624, 2023 WL 5748773 at *6 (N.D. Cal. Sep. 6, 2023) | $1,925,000 | 35.00% | $39,898.45 |
| Yaron v. Intersect ENT, Inc., No. 19-cv-02647, 2021 WL 5150051 at *1 (N.D. Cal. Nov. 5, 2021) | $1,900,000 | 33.33% | $88,929.16 |
| Likas v. ChinaCache Int'l Holdings Ltd., No. 19-cv-06942, ECF No. 95 (C.D. Cal. Mar. 14, 2022) | $1,800,000 | 33.30% | $67,262.89 |
| In re Mego Fin. Corp. Sec. Litig., 213 F.3d 454, 463 (9th Cir. 2000) | $1,725,000 | 33.33% | - |
| Testone v. Barlean's Organic Oils, LLC, No. 19-cv-00169, 2023 WL 2375246 at *7 (S.D. Cal. Mar. 6, 2023) | $1,612,500 | 33.33% | $159,441.09 |
| In re First Virtual Communications Inc. Sec. Litig., No. 04-cv-03585, ECF No. 131 (N.D. Cal. Sep. 18, 2007) | $1,600,000 | 30.00% | $73,427.54 |
| In re AudioEye, Inc. Sec. Litig., No. 15-cv-00163, ECF No. 100 (D. Ariz. May 8, 2017) | $1,525,000 | 33.33% | $26,250.47 |
| In re Ring LLC Privacy Litig., No. 19-cv-10899, 2024 WL 2845978 at *6 (C.D. Cal. May 28, 2024) | $1,425,000 | 33.33% | - |
| Antoine de Sejournet v. Goldman Kurland Mohidin LLP, No. 13-cv-01682, ECF No. 114 (C.D. Cal. Mar. 18, 2016) | $1,425,000 | 33.33% | $79,762.41 |
| Morgan v. Childtime Childcare, Inc., No. 17-cv-01641, 2020 WL 218515 at *4 (C.D Cal. Jan. 6, 2020) | $1,250,000 | 33.20% | $11,323.24 |