# EXHIBIT 8

Survey of Law Firm Billing Rates - Plaintiffs' and Defense Firms

| Plaintiffs' Firm Name | Case Name | Citation | Non-Partner Attorneys' Fee Range | Partners' Fee Range |
|---|---|---|---|---|
| Bernstein Litowitz Berger & Grossman LLP | In re Qualcomm Incorporated Sec. Litig., No. 3:17-cv-00121-JO-MSB | (S.D. Cal.) (Aug. 2024) (ECF No. 441-5) | Senior Counsel: $800 - $875<br><br>Associate: $425 - $875<br><br>Senior Staff Attorney: $425 - $450<br><br>Staff Attorney: $340 - $425<br><br>Financial Analyst: $335 - $500<br><br>Case Manager & Paralegal: $255 - $425 | $800 - $1,400 |
| | In re James River Grp. Holdings, Ltd. Sec. Litig., No. 3:21-cv-00444-DJN | (E.D. Va.) (Apr. 2024) (ECF No. 126-7) | Senior Counsel: $875<br><br>Associate: $475 - $700<br><br>Staff Attorney: $425 - $450<br><br>Financial Analyst: $425 - $675<br><br>Case Manager & Paralegal: $325 - $425 | $1,000 - $1,350 |
| Boies, Schiller & Flexner LLP | Doe 1 v. Deutsche Bank Aktiengesellschaft et al., No. 1:22-cv-10018-JSR | (S.D.N.Y.) (Sep. 2023) (ECF No. 106) | Counsel: $940<br><br>Associate: $670 - $860<br><br>Staff Attorney: $430 - $500<br><br>Paralegal: $350<br><br>Managing Clerk: $380 | $1,080 - $2,110 |
| | In re Grupo Televisa Sec. Litig., No. 1:18-cv-01979 | (S.D.N.Y.) (Jul. 2023) (ECF No. 356) | Counsel: $940 - $970<br><br>Associate: $670 - $830<br><br>Summer Associate: $450<br><br>Staff Attorney: $380 - $460<br><br>Paralegal: $350 | $1,140 - $2,110 |

1

Survey of Law Firm Billing Rates 2024 Plaintiffs' and Defense Firms

| Plaintiffs' Firm Name | Case Name | Citation | Non-Partner Attorneys' Fee Range | Partners' Fee Range |
|---|---|---|---|---|
| Cohen Milstein Sellers & Toll, PLLC | City of Birmingham Firemen's and Policemen's Supplemental Pension System v. Pluralsight, Inc., No. 1:19-cv-00128 | (D. Utah) (Jan. 2025) (ECF No. 287-6) | Of Counsel: $875 - $1,015<br><br>Associate: $495 - $755<br><br>Staff Attorney: $620<br><br>Law Clerk: $385 - $395<br><br>Paralegal: $325 - $420 | $810 - $1,320 |
| | Iowa Public Employees' Retirement System et al v Bank of America Corp et al., No. 1:17-cv-06221-KPF-SLC | (S.D.N.Y.) (May 2024) (ECF No. 674-1) | Of Counsel: $790<br><br>Associate: $495 - $600<br><br>Staff Attorney: $485 - $700<br><br>Discovery Attorney: $250 - $495<br><br>Paralegal: $290 - $380 | $630 - $1,320 |
| Hausfeld LLP | In re Broiler Chicken Grower Antitrust Litig. (No. II), No. 6:20-md-02977 | (E.D.Okla.) (Nov. 2024) (ECF No. 628-1) | Associate: $260 - $650<br><br>Staff Attorney: $460 -$500<br><br>Paralegal: $350<br><br>Law Clerk: $260 | $830 - $1,550 |
| Keker, Van Nest & Peters LLP | OpenGov, Inc. v. GTY Technology Holdings Inc. et al., No. 3:18-cv-07198-JSC | (N.D. Cal.) (Mar. 2019) (ECF No. 40-1) | Of Counsel: $775 - $1,075<br><br>Paralegal: $250 - $290 | $700 - $1,500 |
| Labaton Sucharow LLP | In re Barclays PLC Sec. Litig., No. 1:22-cv-08172 | (S.D.N.Y.) (Feb. 2025) (ECF No. 103-4) | Of Counsel: $750 - $975<br><br>Associate: $350 - $675<br><br>Staff Attorney: $400 - $475<br><br>Paralegal: $375 - $415 | $1,110 - $1,375 |

Survey of Law Firm Billing Rates - Plaintiffs' and Defense Firms

| Plaintiffs' Firm Name | Case Name | Citation | Non-Partner Attorneys' Fee Range | Partners' Fee Range |
|---|---|---|---|---|
| Labaton Sucharow LLP | Chen v. Missfresh Ltd. et al., No. 1:22-cv-09836-JSR | (S.D.N.Y.) (Sep. 2024) (ECF No. 149-9) | Of Counsel: $600 - $1,000<br><br>Associate: $450 - $625<br><br>Staff Attorney: $340 - $475<br><br>Law Clerk: $275 - $300<br><br>Paralegal: $200 - $435 | $650 - $1,375 |
| Levi & Korsinsky LLP | In re Grab Holdings Ltd. Sec. Litig., No. 1:22-cv-02189-JLR | (S.D.N.Y.) (Apr. 2025) (ECF No. 151-5) | Of Counsel: $850<br><br>Senior Associate: $750<br><br>Associate: $500 - $575<br><br>Staff Attorney: $475<br><br>Document Review Attorney: $475<br><br>Law Clerk: $375<br><br>Paralegal: $350 | $975 - $1,100 |
| Lieff Cabraser Heimann & Bernstein, LLP | Katz-Lacabe, et al. v. Oracle America, Inc., No. 3:22-cv-04792-RS | (N.D. Cal.) (Aug. 2024) (ECF No. 136-2) | Associate: $530 - $720<br><br>Staff Attorney: $525<br><br>Litigation Support Specialist: $535<br><br>Paralegal: $510 | $1,015 - $1,380 |
| Motley Rice LLC | Leventhal v. Chegg, Inc., et al, No. 5:21-cv-09953-PCP | (N.D. Cal.) (Feb. 2025) (ECF No. 195-4) | Associate: $660 - $1,150<br><br>Law Clerk: $325 - $400<br><br>Paralegal: $275 - $425 | $1,150 - $1,500<br><br>("Member" Rates) |

Survey of Law Firm Billing Rates – Plaintiffs' and Defense Firms

| Plaintiffs' Firm Name | Case Name | Citation | Non-Partner Attorneys' Fee Range | Partners' Fee Range |
|---|---|---|---|---|
| Motley Rice LLC | In re Qualcomm Incorporated Sec. Litig., No. 3:17-cv-00121-JO-MSB | (S.D. Cal.) (Aug. 2024) (ECF No. 441-6) | Senior Counsel: $860 - $1,150<br><br>Of Counsel: $1,150<br><br>Associate: $550 - $725<br><br>Contract Attorney: $325 - $470<br><br>Paralegal: $275 - $425 | $950 - $1,300<br><br>("Member" Rates) |
| Pomerantz LLP | In re Grab Holdings Ltd. Sec. Litig., No. 1:22-cv-02189-JLR | (S.D.N.Y.) (Apr. 2025) (ECF No. 151-4) | Of Counsel: $800<br><br>Associate: $550 - $750<br><br>Staff Attorney: $535 - $725<br><br>Project Associate: $495 - $530<br><br>Paralegal: $375 | $1,050 - $1,375 |
| | In re Emergent BioSolutions, Inc. Sec. Litig., No. 8:21-cv-00955-DLB | (D. Md.) (Feb. 2025) (ECF No. 194-2) | Of Counsel: $850<br><br>Associate: $600 - $750<br><br>Staff Attorney: $565<br><br>Project Associate: $465 - $530<br><br>Paralegal: $110 - $375 | $950 - $1,375 |
| Quinn Emanuel Urquhart & Sullivan, LLP | Iowa Public Employees' Retirement System et al v Bank of America Corp et al., No. 1:17-cv-06221-KPF-SLC | (S.D.N.Y.) (May 2024) (ECF No. 673-1) | Of Counsel: $1,170 - $1,570<br><br>Attorney: $580 - $1,515<br><br>Paralegal: $320 - $550<br><br>Lit. Support: $190 - $270 | $1,645 - $2,410 |

4

Survey of Law Firm Billing Rates: Plaintiffs' and Defense Firms

| Plaintiffs' Firm Name | Case Name | Citation | Non-Partner Attorneys' Fee Range | Partners' Fee Range |
|---|---|---|---|---|
| Robbins Geller Rudman & Dowd LLP | In re Alta Mesa Resources, Inc. Sec. Litig., No. 4:19-cv-00957 | (S.D. Tex.) (Mar. 2025) (ECF No. 1024-5) | Of Counsel: $460 - $1,200<br><br>Associate: $250 - $700<br><br>Staff Attorney: $475 - $485<br><br>Economic Analyst: $315 - $485 | $835 - $1,400 |
| | In re Apple Inc. Sec. Litig., No. 4:19-cv-02033-YGR | (N.D. Cal.) (Jul. 2024) (ECF No. 438-1) | Of Counsel: $535 - $1,135<br><br>Associate: $465 - $540<br><br>Staff Attorney: $460 - $475<br><br>Economic Analyst: $370 - $470<br><br>Paralegal: $325 - $410 | $755 - $1,400 |
| The Rosen Law Firm, P.A. | Winter v. Stronghold Digital Mining, Inc., et al, No. 1:22-cv-03088-RA | (S.D.N.Y.) (Mar. 2025) (ECF No. 131-4) | Counsel: $1,119 - $1,169<br><br>Associate: $717 - $826<br><br>Staff Attorney: $492 | $1,273 - $1,512 |
| Scott+Scott, Attorneys at Law, LLP | In re Oatly Grp. AB Sec. Litig., No. 1:21-cv-06360-AKH | (S.D.N.Y.) (Jun. 2024) (ECF No. 115-2) | Associate: $665 - $850<br><br>Investigator: $550 - $675<br><br>Research Analyst: $435<br><br>Paralegal: $415 - $435 | $795 - $1,900 |
| | Abadilla, et al. v. Precigen, Inc. et al., No. 5:20-cv-06936-BLF | (N.D. Cal.) (Sep. 2023) (ECF No. 138) | Of Counsel: $1,050<br><br>Associate: $625 - $795<br><br>Staff Attorney: $675<br><br>Paralegal: $395 - $415 | $1,095 - $1,595 |

Survey of Law Firm Billing Rates of Plaintiffs' and Defense Firms

| Defense Firm Name | Case Name | Citation | Non-Partner Attorneys' Fee Range | Partners' Fee Range |
|---|---|---|---|---|
| Akin Gump Strauss Hauer & Feld LLP | In re Covington Credit of Texas, Inc., Reorganized Debtor, No. 24-90164 (MI) | (Bankr. S.D. Tex.) (Aug. 2024) (ECF No. 16) | Senior Counsel and Counsel: $1,250 - $1,650<br><br>Associate: $840 - $1,200<br><br>Paraprofessional: $305 - $530 | $1,775 - $2,195 |
| Allen Overy Shearman Sterling US LLP | In re Amyris, Inc., et al., Reorganized Debtors, No. 23-11131 (TMH) | (Bankr. D. Del.) (Jun. 2024) (ECF No. 1558) | Counsel: $1,425 - $1,555<br><br>Associate: $775 - $1,415<br><br>Legal Assistant: $375 - $525 | $1,460 - $2,130 |
|  | In re Venus Liquidation Inc., et al., Debtors, No. 23-10738 (JPM) | (Bankr. S.D.N.Y.) (Jan. 2024) (ECF No. 727) | Counsel: $1,300<br><br>Associate: $1,215 - $1,415<br><br>Law Clerk: $225 - $995 | $1,975 - $2,130 |
| Cleary Gottlieb Steen & Hamilton LLP | In re ViewRay, Inc., et al., Debtors, No. 23-10935 (KBO) | (Bankr. D. Del.) (Nov. 2023) (ECF No. 428-2) | Associate: $965 - $1,105<br><br>Paralegal: $430<br><br>Non-Legal: $370 | $1,305 - $1,930 |
| Cooley LLP | In re Lutheran Home and Services for the Aged, Inc., et al., Debtors, No. 25-01705 | (Bankr. N.D. Ill.) (Mar. 2025) (ECF No. 205) | Associate: $830 - $1,500<br><br>Paralegal: $460 | $1,710 |
|  | In re CR Holding Liquidating, Inc., et al., Debtors, No. 19-10210-LSS | (Bankr. D. Del.) (May 2023) (ECF No. 1820) | Senior Counsel: $1,650<br><br>Associate: $1,235 - $1,245<br><br>Law Clerk: $670<br><br>Paralegal: $380 - $605 | $1,285 - $1,895 |
| Davis Polk & Wardwell LLP | In re Azul S.A., et al., Debtors, No. 25-11176 (SHL) | (Bankr. S.D.N.Y.) (Jun. 2025) (ECF No. 117) | Counsel: $1,790 - $2,040<br><br>Associate: $730 - $1,780<br><br>Paraprofessional: $505 - $715 | $2,140 - $2,645 |

Survey of Law Firm Billing Rates Plaintiffs' and Defense Firms

| Defense Firm Name | Case Name | Citation | Non-Partner Attorneys' Fee Range | Partners' Fee Range |
|---|---|---|---|---|
| Davis Polk & Wardwell LLP | In re Spirit Finance Cayman 1 Ltd, Reorganized Debtors, No. 24-12038 (SHL) | (Bankr. S.D.N.Y.) (Apr. 2025) (ECF No. 6) | Counsel: $1,725 - $2,040<br><br>Associate: $965 - $1,780<br><br>Law Clerk: $695 - $1,065<br><br>Legal Assistant: $505 - $715 | $2,375 - $2,645 |
| Dechert LLP | In re Eletson Holdings Inc., et al., Debtors, No. 23-10322 (JPM) | (Bankr. S,D.N.Y.) (Dec. 2024) (ECF No. 1321) | Associate: $830 - $1,220<br><br>Staff Attorney: $625<br><br>Legal Assistant: $350 - $525 | $1,425 - $1,975 |
| | In re Bintago Inc., et al., Debtors, No. 23-11394 (SHL) | (Bankr. S.D.N.Y.) (Feb. 2024) (ECF No. 433) | Counsel: $1,105 - $1,300<br><br>Associate: $775 - $1,140<br><br>Law Clerk: $680<br><br>Legal Assistant: $435 - $525<br><br>E-Discovery Specialist: $525 | $1,275 - $1,825 |
| DLA Piper LLP (US) | In re Azzur Group Holdings LLC, et al., Debtors, No. 25-10342 (KBO) | (Bankr. D. Del.) (Mar. 2025) (ECF No. 109-2) | Of Counsel: $1,425<br><br>Associate: $795 - $1,305<br><br>Paraprofessional: $575 | $1,585 - $2,085 |
| | In re Vestoo Ltd., et al., Debtors, No. 23-11160 (MFW) | (Bankr. D. Del.) (Jan. 2024) (ECF No. 619) | Associate: $730 - $1,215<br><br>Law School Graduate: $730<br><br>Research Analyst: $500<br><br>Paralegal: $340 - $475 | $1,215 - $1,800 |
| Freshfields Bruckhaus Deringer LLP | In re Molekule Grp., Inc. et al., Debtors, No. 23-18094-EPK | (Bankr. S.D. Fla.) (Jan. 2024) (ECF No. 392) | Associate: $1,195 | $1,825 - $2,125 |
| | In re Talen Energy Supply, LLC, et al., Debtors, No. 22-90054 (MI) | (Bankr. S.D. Tex.) (Jun. 2023) (ECF No. 2114-2) | Counsel: $1,425<br><br>Associate: $980 - $1,200 | $1,690 - $1,945 |

Survey of Law Firm Billing Rates: Plaintiffs' and Defense Firms

| Defense Firm Name | Case Name | Citation | Non-Partner Attorneys' Fee Range | Partners' Fee Range |
|---|---|---|---|---|
| Freshfields Bruckhaus Deringer LLP | In re Revlon, Inc. et al., Debtors, No. 22-10760 (DSJ) | (Bankr. S.D.N.Y.) (Apr. 2023) (ECF No. 1835) | Counsel: $843<br><br>Associate: $321 - $1,323<br><br>Paralegal/Non-Legal Staff: $320 - $525 | $1,057 - $1,723 |
| Gibson, Dunn & Crutcher LLP | In re High Valley Investments, LLC, et al., Debtors, No. 23-11616 (TMH) | (Bankr. D. Del.) (Apr. 2024) (ECF No. 343) | Of Counsel: $1,260<br><br>Associate: $1,005 - $1,060<br><br>Paralegal: $705 | $1,530 - $1,675 |
| | In re Stimwave Tech. Inc., et al., Debtors, No. 22-10541 (TMH) | (Bankr. D. Del.) (May 2023) (ECF No. 901) | Associate: $1,105 - $1,210 | $1,860 |
| Goodwin Procter LLP | In re Old Mbria Inc., Debtor, No. 24-10952 (LSS) | (Bankr. D. Del.) (Aug. 2024) (ECF No. 289-1) | Counsel: $1,260 - $1,300<br><br>Associate: $770 - $1,270<br><br>Senior Paralegal: $510 - $620<br><br>Research Analyst: $295 - $660 | $1,300 - $1,900 |
| Greenberg Traurig LLP | In re Steward Health Care System LLC, et al., Debtors, No. 24-90213 (CML) | (Bankr. S.D. Tex.) (Sep. 2024) (ECF 2565) | Of Counsel: $875<br><br>Associate: $875<br><br>Paralegal: $515<br><br>J.D. Candidate: $395 | $995 - $1,670 |
| | In re Vesttoo Ltd., et al., Debtors, No. 23-11160 (MFW) | (Bankr. D. Del.) (Nov. 2023) (ECF No. 399) | Senior Counsel: $1,645<br><br>Of Counsel: $855 - $900<br><br>Associate: $650 - $895<br><br>Paralegal: $390 - $475 | $880 - $1,665 |

Survey of Law Firm Billing Rates – Plaintiffs' and Defense Firms

| Defense Firm Name | Case Name | Citation | Non-Partner Attorneys' Fee Range | Partners' Fee Range |
|---|---|---|---|---|
| Hogan Lovells US LLP | In re Dtech Liquidating, Inc. et al., Debtors, No. 24-11378 (JTD) | (Bankr. D. Del.) (Jan. 2025) (ECF No. 453) | Senior Associate: $1,190<br><br>Associate: $785<br><br>Law Clerk: $695<br><br>Senior Paralegal: $600 | $1,485 - $1,970 |
| | In re Mallinckrodt PLC, et al., Debtors, No. 23-11258 (JTD) | (Bankr. D. Del.) (Dec. 2023) (ECF No. 744) | Senior Counsel: $1,444<br><br>Of Counsel: $1,135 - $1,175<br><br>Senior Associate: $1,065 - $1,110<br><br>Associate: $650 - $890<br><br>Senior Research Analyst: $390<br><br>Paralegal: $390 | $885 - $1,585 |
| | In re LTL Management LLC, Debtor, No. 21-30589 (JCW) | (Bankr. D.N.J.) (May 2022) (ECF No. 2240-1) | Counsel: $910 - $1,735<br><br>Associate: $605 - $1,055<br><br>Paralegal: $275 - $550 | $950 - $2,465 |
| Jones Day | In re Meier's Wine Cellars Acquisition, LLC, et al., No. 24-11575 (MFW) | (Bankr. D. Del.) (Feb. 2025) (ECF No. 784) | Of Counsel: $1,000<br><br>Associate: $550 - $1,175 | $1,150 - $1,850 |
| | In re LTL Mgmt. LLC, Debtor, No. 23-12825 (MBK) | (Bankr. D.N.J.) (Sep. 2023) (ECF No. 1327) | Of Counsel: $925 - $1,275<br><br>Associate: $325 - $925<br><br>Staff Attorney: $600 - $625<br><br>Paralegal: $213 - $500 | $563 - $1,800 |
| Katten Muchin Rosenman LLP | In re 2U, Inc., et al., Reorganized Debtors, No. 24-11279 (MEW) | (Bankr. S.D.N.Y.) (Oct. 2024) (ECF No. 221) | Associate: $700 - $1,035<br><br>Paraprofessional: $500 | $1,360 - $1,920 |

Survey of Law Firm Billing Rates – Plaintiffs' and Defense Firms

| Defense Firm Name | Case Name | Citation | Non-Partner Attorneys' Fee Range | Partners' Fee Range |
|---|---|---|---|---|
| Katten Muchin Rosenman LLP | In re Capstone Green Energy Corp., et al., Debtors, No. 23-11634 (LSS) | (Bankr. D. Del.) (Dec. 2023) (ECF No. 148-2) | Of Counsel: $735 - $1,440<br><br>Counsel and Special Staff: $460 - $1,230<br><br>Associate: $300 - $935<br><br>Paralegal: $90 - $650 | $835 - $1,795 |
| King & Spalding LLP | In re Red River TALC LLC, Debtor, No. 24-90505 (CML) | (Bankr. S.D. Tex.) (Oct. 2024) (ECF No. 289) | Counsel: $655 - $2,000<br><br>Associate: $540 - $1,395<br><br>Paralegal: $275 - $675 | $1,005 - $2,180 |
| | In re Red Lobster Mgmt. LLC, et al., Debtors, No. 6:24-bk-02486-GER | (Bankr. M.D. Fla.) (Aug. 2024) (ECF No. 926) | Counsel: $1,365 - $1,440<br><br>Associate: $660 - $1,515<br><br>Staff Attorney: $315 - $495<br><br>Project Attorney: $165 - $1,000<br><br>Paralegal: $275 - $675<br><br>Litigation Support: $425 | $1,175 - $1,920 |
| Kirkland & Ellis, LLP | In re American Tire Distributors, Inc., et al., Debtors, No. 24-12391 (CTG) | (Bankr. D. Del.) (Dec. 2024) (ECF No. 568) | Associate: $815 - $1,395 | $1,575 - $2,305 |
| Latham & Watkins LLP | In re Docudata Solutions, L.C., et al., Debtors, No. 25-90023 (CML) | (Bankr. S.D. Tex.) (Mar. 2025) (ECF No. 143-1) | Counsel: $1,595 - $2,070<br><br>Associate: $835 - $1,635<br><br>Professional Staff: $255 - $980<br><br>Paraprofessionals: $355 - $755 | $1,680 - $2,650 |
| | In re: Purdue Pharma L.P., et al., Debtors, No. 19-23649 (RDD) | (Bankr. S.D.N.Y.) (May 2024) (ECF No. 6360) | Associate: $890 - $1,345 | $1,680 - $2,035 |

Survey of Law Firm Billing Rates – Plaintiffs' and Defense Firms

| Defense Firm Name | Case Name | Citation | Non-Partner Attorneys' Fee Range | Partners' Fee Range |
|---|---|---|---|---|
| Latham & Watkins LLP | In re: Sorrento Therapeutics Inc., et al., Post Effective Date Debtors, No. 23-90085 (CML) | (Bankr. S.D. Tex.) (May 2024) (ECF No. 2181) | Counsel: $1,470 - $1,605<br><br>Associate: $760 - $1,340<br><br>Financial Analyst: $570<br><br>Paralegal: $355 - $525 | $1,495 - $2,240 |
| Mayer Brown LLP | In re Ligado Networks LLC, et al., Debtors, No. 25-10006 (TMH) | (Bankr. D. Del.) (Feb. 2025) (ECF No. 181) | Counsel: $1,080 - $1,685<br><br>Associate: $775 - $1,320<br><br>Paralegal: $255 - $580 | $1,280 - $2,870 |
| McDermott Will & Emery LLP | In re Wellpath Holdings, Inc., et al., Debtors, No. 24-90533 (ARP) | (Bankr. S.D. Tex.) (Jan. 2025) (ECF No. 1042) | Counsel: $1,345 - $1,600<br><br>Associate: $805 - $1,245<br><br>Paralegal: $460 - $745<br><br>Legal Assistant: $540 | $1,290 - $2,290 |
| Milbank LLP | In re Edgio, Inc., et al., Debtors, No. 24-11985 (KBO) | (Bankr. D. Del.) (Feb. 2025) (ECF No. 734) | Of Counsel: $1,795<br><br>Special Counsel: $1,575<br><br>Associate: $595 - $1,475<br><br>Case Manager: $480<br><br>Legal Assistant: $430 | $1,695 - $2,245 |
| O'Melveny & Myers LLP | In re Millenkamp Cattle, Inc., Debtors, No. 24-40158-NGH | (Bankr. D. Idaho) (Aug. 2024) (ECF No. 585) | Counsel: $1,265<br><br>Associate: $860 - $1,070<br><br>Paralegal: $510<br><br>Summer Associate: $370 | $1,385 - $1,585 |
| | In re Ebix, Inc., et al., Debtors, No. 23-80004-swe11 | (Bankr. N.D. Tex.) (May 2024) (ECF No. 595) | Counsel: $1,265<br><br>Associate: $1,200 | $1,885 |

Survey of Law Firm Billing Rates—Plaintiffs' and Defense Firms

| Defense Firm Name | Case Name | Citation | Non-Partner Attorneys' Fee Range | Partners' Fee Range |
|---|---|---|---|---|
| Paul, Weiss, Rifkind, Wharton & Garrison LLP | In re Enviva Pellets Epes Holdings, LLC, Reorganized Debtor, No. 24-10454 (BFK) | (Bankr. E.D. Va.) (Jan. 2025) (ECF No. 20) | Counsel: $1,995<br><br>Associate: $975 - $1,695<br><br>Staff Attorney: $645 - $675<br><br>Paralegal: $375 - $560 | $2,350 - $2,595 |
| Proskauer Rose LLP | In re Zachry Holdings, Inc., et al., Debtors, No. 24-90377 (MI) | (Bankr. S.D. Tex.) (Jan. 2025) (ECF No. 1959) | Special Counsel: $1,690<br><br>Associate: $1,045 - $1,560<br><br>Paralegal: $485 | $1,705 - $2,435 |
| Quinn Emanuel Urquhart & Sullivan, LLP | In re Accuride Corp., et al., Debtors, No. 24-12289 (JKS) | (Bankr. D. Del.) (Jan. 2025) (ECF No. 535) | Counsel: $1,570<br><br>Associate: $1,060 - $1,420<br><br>Litigation Support: $190 | $1,645 - $2,410 |
| Ropes & Gray LLP | In re Exactech, Inc., et al., Debtors, No. 24-12441 (LSS) | (Bankr. D. Del.) (Feb. 2025) (ECF No. 582) | Counsel: $1,390 - $1,580<br><br>Associate: $830 - $1,460<br><br>Trainee Solicitor: $570<br><br>Senior Paralegal: $575 | $1,700 - $1,880 |
| | In re VH Legacy/Liquidation, LLC, et al., Debtors, No. 22-11019 (LSS) | (Bankr. D. Del.) (May 2023) (ECF No. 417) | Associate: $900 - $1,310<br><br>Law Clerk: $770<br><br>Paralegal: $320 - $565 | $1,520 - $1,900 |
| Sheppard, Mullin, Richter & Hampton LLP | In re Silvergate Capital Corp., et al., Debtors, No. 24-12158 (KBO) | (Bankr. D. Del.) (Jan. 2025) (ECF No. 455) | Special Counsel: $865 - $930<br><br>Associate: $765 - $930 | $990 - $1,460 |
| | In re Mariner Health Central, Inc., et al., Debtors, No. 22-41079 | (Bankr. N.D. Cal.) (Apr. 2023) (ECF No. 522) | Associate: $700 - $945 | $1,355 - $1,555 |

Survey of Law Firm Billing Rates Plaintiffs' and Defense Firms

| Defense Firm Name | Case Name | Citation | Non-Partner Attorneys' Fee Range | Partners' Fee Range |
|---|---|---|---|---|
| Sidley Austin LLP | In re Independence Contract Drilling, Inc., et al., Reorganized Debtors, No. 24-90612 (ARP) | (Bankr. S.D. Tex.) (Feb. 2025) (ECF No. 144) | Counsel: $1,790<br><br>Senior Associate: $1,485 - $1,505<br><br>Managing Associate: $1,230 - $1,265<br><br>Associate: $835 - $1,140<br><br>Paralegal: $600 - $650<br><br>Research Analyst: $305 - $335 | $1,675 - $2,040 |
| Simpson Thacher & Bartlett LLP | In re WW International, Inc., et al., Debtors, No. 25-cv-10829 (CTG) | (Bankr. D. Del.) (May 2025) (ECF No. 81) | Senior Counsel: $2,050<br><br>Counsel: $1,995<br><br>Associate: $895 - $1,690<br><br>Paraprofessional: $470 - $725 | $2,220 - $2,730 |
|  | In re Zymergen Inc., et al., Debtors, No. 23-11661 (KBO) | (Bankr. D. Del.) (Mar. 2024) (ECF No. 443) | Counsel: $1,800<br><br>Associate: $795 - $1,415<br><br>Paralegal: $600 | $2,165 - $2,405 |
| Skadden, Arps, Slate, Meagher & Flom LLP | In re True Value Co., L.L.C., et al., Debtors, No. 24-12337 (KBO) | (Bankr. D. Del.) (Feb. 2025) (ECF No. 923) | Of Counsel: $1,105<br><br>Counsel: $1,580 - $1,800<br><br>Associate/Law Clerk: $675 - $1,510<br><br>Paraprofessional: $325 - $580 | $1,060 - $2,120 |
|  | In re Armstrong Flooring, Inc., No. 22-bk-10426 | (Bankr. D. Del.) (May 2022) (ECF No. 187) | Of Counsel: $1,300 - $1,495<br><br>Associate: $550 - $1,275 | $1,465 - $1,980 |
|  | In re VIVUS, Inc. et al., Reorganized Debtors, No. 20-bk-11779 (LSS) | (Bankr. D. Del.) (Jan. 2021) (ECF No. 443) | Of Counsel: $1,260<br><br>Associate: $695 - $1,120<br>($495 for Associate Pending Admission) | $1,425 - $1,565 |

13

Survey of Law Firm Billing Rates Plaintiffs' and Defense Firms

| Defense Firm Name | Case Name | Citation | Non-Partner Attorneys' Fee Range | Partners' Fee Range |
|---|---|---|---|---|
| Sullivan & Cromwell LLP | In re KFI Wind-Down Corp., Debtor, No. 23-10638 (LSS) | (Bankr. D. Del.) (Jan. 2025) (ECF No. 1850) | Special Counsel: $1,675<br><br>Associate: $850 - $1,575<br><br>Paralegal: $450 - $565 | $1,695 - $2,375 |
| | In re FTX Trading Ltd., et al., Debtors, No. 22-11068 (JTD) | (Bankr. D. Del.) (Aug. 2023) (ECF No. 2271) | Of Counsel: $2,165<br><br>Special Counsel: $1,575 - $1,825<br><br>Associate: $775 - $1,475<br><br>Law Clerk: $550<br><br>Paralegal: $425 - $595<br><br>Legal Analyst: $595 | $1,595 - $2,165 |
| Vinson & Elkins LLP | In re Kidkraft, Inc., et al., Debtors, No. 24-80045mvl11 | (Bankr. N.D. Tex.) (Aug. 2024) (ECF No. 340) | Counsel: $1,485 - $1,620<br><br>Associate: $850 - $1,250 | $1,620 - $2,050 |
| | In re Core Scientific, Inc., et al., Debtors, No. 22-90341 (DRJ) | (Bankr. S.D. Tex.) (Sep. 2023) (ECF No. 1251) | Counsel: $1,590<br><br>Associate: $730 - $1,220<br><br>Paralegal: $420 | $1,425 - $1,920 |
| Weil, Gotshal & Manges LLP | In re AIO US, Inc., et al., Debtors, No. 24-11836 (CTG) | (Bankr. D. Del.) (Feb. 2025) (ECF No. 786) | Counsel: $1,595 - $1,760<br><br>Associate: $850 - $1,485<br><br>Paralegal: $350 - $595<br><br>Litigation Support: $510 | $1,750 - $2,350 |
| Willkie Farr & Gallagher LLP | In re Vertex Energy, Inc., et al., Debtors, No. 24-90507 (CML) | (Bankr. S.D. Tex.) (Jan. 2025) (ECF No. 627-2) | Associate: $1,325 - $1,625<br><br>Law Clerk: $625<br><br>Senior Paralegal: $590<br><br>Paralegal: $380 | $2,025 - $2,500 |

Survey of Law Firm Billing Rates - Plaintiffs' and Defense Firms

| Defense Firm Name | Case Name | Citation | Non-Partner Attorneys' Fee Range | Partners' Fee Range |
|---|---|---|---|---|
| Wilmer Cutler Pickering Hale and Dorr LLP | In re 23andMeHolding Co., et al., Debtors, No. 25-40976 | (Bankr. E.D. Mo.) (May 2025) (ECF No. 406) | Counsel: $1,400 - $1,600<br><br>Associate: $825 - $1,370<br><br>Paraprofessional: $550 - $820 | $1,600 - $2,600 |
| | In re Invivo Therapeutics Corp., et al., Debtors, No. 24-10137 (MFW) | (Bankr. D. Del.) (Jul. 2024) (ECF No. 282) | Counsel: $1,360<br><br>Senior Paralegal: $710 | $1,795 |
| Wilson Sonsini Goodrich & Rosati, P.C. | In re Plenty Unlimited Texas LLC, et al., Debtors, No. 25-90105 (CML) | (Bankr. S.D. Tex.) (Apr. 2025) (ECF No. 198) | Counsel: $1,085 - $2,100<br><br>Associate: $615 - $1,380<br><br>Staff: $260 - $1,250 | $1,350 - $2,545 |
| | In re Potrero Medical, Inc., Debtor, No. 23-11900 (LSS) | (Bankr. D. Del.) (Mar. 2024) (ECF No. 200) | Associate: $705 - $1,090<br><br>Senior Paralegal: $445 | $1,085 - $1,400 |