# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN DONLEY, Individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>        v.<br><br>LIVE NATION ENTERTAINMENT, INC., MICHAEL RAPINO, and JOE BERCHTOLD,<br><br>                Defendants. | No. 2:23-cv-06343-KK (ASx)<br><br>CLASS ACTION<br><br>Hon. Kenly Kiya Kato |

## SUPPLEMENTAL DECLARATION OF ADAM D. WALTER REGARDING: (A) MAILING AND EMAILING OF NOTICE; (B) CLAIMS RECEIVED TO DATE; AND (C) REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS RECEIVED TO DATE

I, Adam D. Walter, declare as follows:

1.    I am a Director of A.B. Data, Ltd.'s Class Action Administration Company ("A.B. Data"), whose Corporate Office is located in Milwaukee, Wisconsin.[1]  Pursuant to the Court's Order Preliminarily Approving Settlement and Providing for Notice entered April 25, 2025 (ECF No. 92), A.B. Data was appointed to serve as Claims Administrator in connection with the above-captioned action (the "Action").  I am over 21 years of age and am not a party to the Action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2.    I submit this Declaration as a supplement to my earlier declaration, the Declaration of Adam D. Walter Regarding: (A) Mailing and Emailing of Notice; (B) Publication of Summary Notice; and (C) Report on Requests for Exclusion and Objections Received to Date, filed on July 24, 2025, (ECF No. 95-3, the "Initial Mailing Declaration").

## MAILING AND EMAILING OF NOTICE

3.    As reported in the Initial Mailing Declaration, as of July 22, 2025, a total of 106,270 Postcard Notices had been mailed to potential Settlement Class Members or their nominees.[2] Additionally, as noted in the Initial Mailing Declaration, as of July 22, 2025, 101,316 emails containing a link to the Notice and Claim Form had been sent to potential Settlement Class Members.

4.    As of the date of this Declaration, an additional 1,701 Postcard Notices have been disseminated to potential Settlement Class Members and their nominees.  A.B. Data received no additional requests to email the link to the Notice and Claim Form.  Accordingly, as of the date of

---

[1] Unless otherwise defined herein, all capitalized terms have the meanings set forth in the Stipulation and Agreement of Settlement dated March 21, 2025 (ECF No. 89-1, the "Stipulation").

[2] The Postcard Notice provided a limited description of the Settlement and directed potential Settlement Class Members to a website established specifically for this Settlement, www.LiveNationSecuritiesSettlement.com (the "Settlement Website"), to access and download the more detailed Notice along with the Claim Form.  *See* ECF No. 95-3, Ex. A.

this Declaration, a total of 209,287 potential Settlement Class Members and nominees were either mailed a Postcard Notice or emailed the link to the Notice and Claim Form.

## CLAIMS RECEIVED TO DATE

5.      The Notice informed potential Settlement Class Members that, if they wished to participate in the Settlement, they must submit a Claim Form and supporting documentation to A.B. Data, either online or postmarked, by September 20, 2025.  In our experience, the vast majority of claims will be filed at or near the deadline.  As of August 15, 2025, A.B. Data has already received approximately 2,557 Claims.

6.      The Claims received, both before and after the claim filing deadline, will be subject to a comprehensive review under A.B. Data's standard claims-processing procedures, which will identify any deficiencies in the Claims received.  A.B. Data will then communicate with Claimants with deficient, but correctable, Claims to bring those Claims into compliance.  Thus, A.B. Data is unable to report on the number of valid Claims submitted at this time.

7.      Once claim processing is complete, A.B. Data's recommendations regarding the acceptance and rejection of Claims will be presented to the Court in conjunction with Lead Counsel's Motion for Class Distribution Order.  *See* Stipulation, ¶26.

## UPDATE ON SETTLEMENT WEBSITE

8.      At the request of Lead Counsel, shortly after their filing with the Court on July 24, 2025, A.B. Data posted downloadable copies of the following documents on the Settlement Website, in addition to the key Settlement documents already posted: (a) Lead Plaintiffs' Notice of Motion and Motion for Final Approval of Class Action Settlement and Plan of Allocation (ECF No. 93); (b) Memorandum of Points and Authorities in Support of Motion for Final Approval of Settlement and Plan of Allocation, and Certification of Settlement Class (ECF No. 93-1); (c) Lead Counsel's Notice of Motion and Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses (ECF No. 94); (d) Memorandum of Law in Support of Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses (ECF No. 94-1); and (e) Joint Declaration of Joshua Baker and Ex Kano S. Sams II in Support of: (I) Lead Plaintiffs'

Motion for Final Approval of Class Action Settlement and Plan of Allocation; and (II) Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses (ECF No. 95). To date, the Settlement Website has received 14,241 pageviews from 5,538 unique users.

## REQUESTS FOR EXCLUSION AND OBJECTIONS

9.    The Postcard Notice, Notice, and Summary Notice informed potential Settlement Class Members of the August 7, 2025, deadline to request exclusion from the Settlement Class. The Notice also set forth the information that was required to be included in each request for exclusion. ECF No. 95-3, Ex. B at ¶76.

10.    As of the date of this Declaration, A.B. Data has received three (3) requests for exclusion. A list containing the exclusion identification number, name, city, state, country, and date of each request is attached hereto as Exhibit A, together with a redacted copy of the request.[3]

11.    According to the Notice, Settlement Class Members wishing to object to the Settlement or any of its terms, the proposed Plan of Allocation of the Net Settlement Fund, and/or Lead Counsel's application for an award of Attorney's Fees and Litigation Expenses were required to submit their objection in writing to the Court such that the papers were received on or before August 7, 2025.

12.    As of the date of this Declaration, A.B. Data has not received any objections, and I am not aware of any objections being filed with the Court.

---

[3] Pursuant to paragraph 76 of the Court-approved Notice, "each Request for Exclusion must state the number of shares of publicly traded Live Nation common stock that the person or entity requesting exclusion purchased and sold during the Settlement Class Period, as well as the dates and process of each such purchase and sale." ECF No. 95-3, Ex. B at ¶76. Jason Rosenthal's ("Rosenthal") email requesting exclusion did not contain this information. Accordingly, on July 21, 2025, A.B. Data responded to Rosenthal's email and explained that in order to be excluded from the Settlement Class, Rosenthal must follow all of the requirements outlined on page 11 in paragraphs 76-79 of the Notice. A true and correct copy of that email is attached as Exhibit B hereto. We also provided a copy of the Notice in our response. A.B. Data has not received a response from Rosenthal.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 15th day of August 2025 at Palm Beach Gardens, Florida.

_____
Adam D. Walter

# EXHIBIT A

**Live Nation Securities Litigation**
**Exclusion Report**

| | Name | Contact Information | Exclusion ID # | Signed | Postmark Date | Transactions between between February 23, 2022 and May 22, 2024 (include number of shares and price) |
|---|---|---|---|---|---|---|
| 1. | Jason Rosenthal | | 891557066 | No | 6/30/2025 | N/A |
| 2. | Fabrizio Ciavarra | ON Canada L7J 2J3 | 891557067 | Yes | 7/17/2025 | July 20, 2023 Purchased 3 @ $97.30 per share<br>August 11, 2023 Sold 2 @ $87.01 per share<br>June 11, 2024 Sold 1 @ $90.48 per share |
| 3. | Malta Pension Investments | J3140 Malta | 891557068 | Yes | 7/24/2025 | May 12, 2022 Purchased 6,391<br>June 17, 2022 Purchased 833<br>November 1, 2022 Purchased 2,474<br>December 1, 2022 Sell 1,711<br>January 19, 2023 Sell 2767 |

# #185495 Live Nation Securities Settlement

| **Submitted** | | **Received via** | **Requester** | |
|---|---|---|---|---|
| June 30, 2025 at 9:26 PM | | Mail | Jason Rosenthal | |

| **Status category** | **Ticket status** | **Type** | **Priority** | **Group** |
|---|---|---|---|---|
| Open | Open | - | Normal | *[Project Team - Eagle] |

| **Case Name** | **Are you human** | **Case Info** | **Escalation Level** |
|---|---|---|---|
| Live_Nation_Entertainment_54953 | Yes | Live_Nation_Entertainment | PC |

**Project Team**
Eagle (Walter)

---

**Jason Rosenthal**  June 30, 2025 at 9:26 PM

EXTERNAL MESSAGE

This email was received from outside AB Data. Always verify the sender and content before clicking links or opening attachments.

I hereby opt out of the settlement.

Jason M. Rosenthal

email:
phone:

---

' Support Software by **Zendesk**

**Request for exclusion from claim.**                                            July 17, 2025

Dear Claims Administrator,

Please see the information below, included as my official request to be excluded from the mentioned case.

**Each Request for Exclusion must:**
(a) state the name, address, and telephone number of the person or entity requesting exclusion, and in the case of entities, the name and telephone number of the appropriate contact person

Fabrizio Ciavarra


Canada
L3J 2J3

Phone

(b) state that such person or entity "requests exclusion from the Settlement Class in Donley v. Live Nation Entertainment, Inc., Case No. 2:23-cv-06343-KK (ASx);"

I Fabrizio Ciavarra, request exclusion from the Settlement Class in Donley v. Live Nation Entertainment, Inc., Case No. 2:23-cv-06343-KK (ASx).

(c) state the number of shares of publicly traded Live Nation common stock that the person or entity requesting exclusion purchased and sold during the Settlement Class Period, as well as the dates and prices of each such purchase and sale; and (d) be signed by the person or entity requesting exclusion or an authorized representative.  A Request for Exclusion shall not be valid and effective unless it provides all the information called for in this paragraph and is submitted within the time stated above, or is otherwise accepted by the Court.

The number of shares of publicly traded Live Nation common stock that the person or entity requesting exclusion purchased and sold during the Settlement Class Period:

Purchased:
Number of Shares Purchased: 3
Date: July 20, 2023
Price per share: $97.30 (usd)

**Sold:**

a)
Number of Shares Sold: 2
Date: August 11, 2023
Price: $87.01 (usd)

b)
Number of Shares Sold: 1
Date: June 11, 2024
Price: $90.48 (usd)

Signed:

Best regards,

Fabrizio Ciavarra

2507180

3805 M

Claims Administrator

Live Nation Securities Litigation

EXCLUSIONS

c/o A.B. Data, Ltd.

P.O. Box 173001

Milwaukee, WI

53217

**Malta Pension
Investments**

Date 24ᵗʰ July. 2025

Malta Pension Investments

Claims Administrator
Live Nation Securities Litigation EXCLUSIONS
c/o A.B. Data, Ltd. P.O. Box 173001
Milwaukee, WI 53217
USA

**Request exclusion from the Settlement Class in Donley v. Live Nation Entertain-
ment Inc., Case NO. 2:23-cv-06343-KK (ASx)**

Name:  MALTA PENSION INVESTMENTS

Address:


                Malta

Contact:  Markus Pawlik, Managing Director

Email:

Telephone:

Trading history and proof of ownership being in the attached custodian certificate.

Markus Pawlik                           Daniel Caruana

Managing Director                       Authorised Signatory

For corporate details please turn over.

**STATE STREET.**

State Street Bank International GmbH
Zweigniederlassung Luxemburg

L-1855 Luxembourg

R.C.S. Luxembourg B 148186

www.statestreet.com

Luxembourg, June 6th, 2025

**Re: Statement of positions LIVE NATION ENTERTAINMENT IN COMMON STOCK USD.01**
**For the Claimant:** Malta Pension Investments

To Whom It May Concern,

We, State Street Bank International GmbH, Luxembourg branch, act or acted as the custodian bank for the securities listed in the attached Exhibit. We hereby certify that the transactions and holdings for the securities shown in the attached Exhibit are accurate for the dates indicated therein.
The Claimant is/was the legal and beneficial owner of the securities listed in the attached Exhibit and holds all rights and obligations relating to these securities.

State Street Bank International GmbH, Luxembourg Branch

Name:
Title:

Rolland
MATHIEU

Digitally signed
by Rolland
MATHIEU
Date: 2025.07.15
17:18:44 +02'00'

State Street Bank International GmbH
Aufsichtsratsvorsitzender: Jörg Ambrosius
Geschäftsführer: Stefan Gmür, Fabienne Baker, Denis Dollaku, James Fagan,
Andreas Niklaus, Kris Wulteputte
Sitz München, Brienner Str. 59, D-80333 München, Registergericht München HRB 42872

Information Classification: Limited Access

| FUND | FUND NAME | ISIN | CUSIP | CUSIP DESCRIPTION | CONT SETL DATE | ACT SETL DATE | STL LOC | TRAN TY PE | SHA RES | LOCAL NET AMO UNT | LOCAL COMMI SSION | LOCAL NET AMOUN T LESS LOC COMMI SSION | AS OF SHAR E / PAR POSIT ION | BEG LIT DATE | END LIT DATE | BROKER N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  | US53803 41090 | 53803 4109 | LIVE NATION ENTERTAINMENT IN COMMON STOCK USD.01 | Thu, 12-May-22 | 446 93 | D T C | BU Y | 6391 | 15-Feb-49 | 47.93 | 565760 | 6,391. 000 | 44,61 5.00 | 45,43 4.00 | BOFA SEC INC. |
|  |  | US53803 41090 | 53803 4109 | LIVE NATION ENTERTAINMENT IN COMMON STOCK USD.01 | Fri, 17-Jun-22 | 447 29 | D T C | BU Y | 833 | 8-Sep-97 | 1.87 | 72204 | 7,224. 000 | 44,61 5.00 | 45,43 4.00 | CITIGROUI MARKETS |
|  |  | US53803 41090 | 53803 4109 | LIVE NATION ENTERTAINMENT IN COMMON STOCK USD.01 | Tue, 01-Nov-22 | 448 66 | D T C | BU Y | 2474 | 29-Mar-36 | 18.56 | 195842 | 9,698. 000 | 44,61 5.00 | 45,43 4.00 | CITIGROUI MARKETS |
|  |  | US53803 41090 | 53803 4109 | LIVE NATION ENTERTAINMENT IN COMMON STOCK USD.01 | Thu, 01-Dec-22 | 448 96 | D T C | SE LL | -1711 | ###### | -4.28 | -1E+05 | 7,987. 000 | 44,61 5.00 | 45,43 4.00 | MORGAN S CO INCOR |
|  |  | US53803 41090 | 53803 4109 | LIVE NATION ENTERTAINMENT IN COMMON STOCK USD.01 | Thu, 19-Jan-23 | 449 45 | D T C | BU Y | 2767 | ###### | 20.75 | 207587 | 10,754 .000 | 44,61 5.00 | 45,43 4.00 | MORGAN S CO INCOR |

State Street Bank International GmbH
Aufsichtsratsvorsitzender: Jörg Ambrosius
Geschäftsführer: Stefan Gmür, Fabienne Baker, Denis Dollaku, James Fagan,
Andreas Niklaus, Kris Wulteputte
Sitz München, Brienner Str. 59, D-80333 München, Registergericht München HRB 42872

Information Classification: Limited Access

| (Ubs) | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | US53803 41090 | 53803 4109 | LIVE NATION ENTERTAINMENT IN COMMON STOCK USD.01 | Thu, 15-Jun-23 | 450 92 | D T C | BU Y | 5743 | 1-Jun-62 | 43.07 | 497571 | 16,497 .000 | 44,61 5.00 | 45,43 4.00 | GOLDMAN CO LLC |
| | US53803 41090 | 53803 4109 | LIVE NATION ENTERTAINMENT IN COMMON STOCK USD.01 | Thu, 14-Sep-23 | 451 83 | D T C | BU Y | 2841 | 9-Oct-36 | 21.31 | 232557 | 19,338 .000 | 44,61 5.00 | 45,43 4.00 | J.P. MORG SECURITIE |
| | US53803 41090 | 53803 4109 | LIVE NATION ENTERTAINMENT IN COMMON STOCK USD.01 | Tue, 19-Dec-23 | 452 79 | D T C | ·SE LL | -2849 | ##### | -21.37 | -3E+05 | 16,489 .000 | 44,61 5.00 | 45,43 4.00 | JEFFERIES |
| | US53803 41090 | 53803 4109 | LIVE NATION ENTERTAINMENT IN COMMON STOCK USD.01 | Wed, 20-Mar-24 | 453 71 | D T C | SE LL | -16489 | ##### | -123.67 | -2E+06 | 0.000 | 44,61 5.00 | 45,43 4.00 | BOFA SEC INC. |

Information Classification: Limited Access

State Street Bank International GmbH
Aufsichtsratsvorsilzender: Jörg Ambrosius
Geschäftsführer: Stefan Gmür, Fabienne Baker, Denis Dollaku, James Fagan,
Andreas Niklaus, Kris Wulteputte
Sitz München, Brienner Str. 59, D-80333 München, Registergericht München HRB 42872

Information Classification: Limited Access

**MaltaPost p.l.c.** 29-Jul-2025

Stamps Affixed

€   0.00   Foreign Post - Letters
Registered

**Total Postage Value**

€   **9.79**

Destination:

USA

WEIGHT   0.035 Kg

FOREIGN   ZONE   B   (1)

dbea87cb0c3c3d67e14fe20843f85fcc

St Julians
ACHS72
STJ001642571T
STJ0832566B
12:26 37

RR440667500MT

**RR** Registered Item
RR440667500MT   **malta post**



RR440667500MT

Customer's Signature and ID.



| MALTA PENSION INVESTMENTS | **Customs Declaration** | **CN23** |
|---|---|---|
| **From** | May be opened officially | |
| | Importer's reference (if any) (tax code/VAT no./importer code) | |
| | Importer's telephone/fax/e-mail(if known) | |

For commercial items only

| Detailed description of contents | Quantity | Net weight (g) | Value EUR | HS Tariff Number | Country of origin of goods |
|---|---|---|---|---|---|
| Documents | 1 | 0 | 0.00 | 491199 | MALTA |
| **Total:** | 1 | 0 (kg) | 0.00 | | |

**Category of item**

☐ Sale of Goods  ☐ Returned Goods  ☐ Gift  ☐ Commercial Sample  ☒ Documents  ☐ Other

Explanation:

Comments:

**Attached documents**

☐ License  ☐ Certificate  ☐ Invoice

Office of origin/Date of posting:
MT
29-Jul-2025

I certify that the particulars given in the customs declaration are correct and that this item does not contain any dangerous article or articles prohibited by legislation or by postal or customs regulations.

Date and sender's signature

⚖ 0 (kg)

**To**

LIVE NATIONS SECURITIES LITIGATIO
C/O AB DATA , LTD. , ATTENTION EXCLUSIONS
PO BOX 173001
MILWAUKEE
WI 53217
USA

RR446667580MT

# EXHIBIT B

 Outlook

---

**Live Nation Securities Settlement**

---

To      jason

📎 1 attachment (408 KB)
Live Nation Long Notice (Final).pdf;

Hi Mr. Rosenthal,

We have received your email regarding Live Nation Securities Settlement. On page 11, paragraph 76 of the Notice, it states the following:

Each Settlement Class Member will be bound by all determinations and judgements in this lawsuit, whether favorable or unfavorable, unless such person or entity mails or delivers a written Request for Exclusion from the Settlement Class, addressed to the Claims Administrator at *Live Nation Securities Litigation,* EXCLUSIONS, c/o A.B. Data Ltd., P.O. Box 173001, Milwaukee, WI 53217. The exclusion request must be received by, or postmarked no later than August 7, 2025.

I've attached a copy of the Notice for your reference. Please let me know if you have any questions or need further assistance.

Thank you