UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | CV 23-6343-KK-ASx | Date: | August 28, 2025 |
|---|---|---|---|
| Title: | *Brian Donley v. Live Nation Entertainment, Inc. et al.* | | |

Present: The Honorable   KENLY KIYA KATO, UNITED STATES DISTRICT JUDGE

| Noe Ponce | Phyllis Preston |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney Present for Plaintiffs: | Attorney Present for Defendant: |
|---|---|
| Phillip Kim | Ex Kano S. Sams, II<br>Morgan Whitworth |

**Proceedings:**   Hearing on Motion for Settlement Approval of Class Action [Dkt. 93] and Motion for Attorneys' Fees and Costs [Dkt. 94]

　　The case is called.  Attorneys Phillip Kim and Ex Kano S. Sams, II make appearances on behalf of Plaintiffs.  Attorney Morgan Whitworth appears on behalf of Defendants.

　　The Court confers with the parties regarding the Plaintiff's Motion for Settlement Approval of Class Action and Plaintiff's Motion for Attorneys' Fees and Costs.  For the reasons stated on the record, the Court certifies the class for the purpose of settlement and grants Plaintiff's Motion for Settlement Approval of Class Action and Plaintiff's Motion for Attorneys' Fees and Costs.  The Court will issue written orders separately.  In addition, no later than December 26, 2025, Plaintiffs shall file a Motion for Distribution to the Class Members.

　　**IT IS SO ORDERED.**