Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Co-Lead Counsel for Plaintiffs*

[*Additional Counsel on Signature Page*]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN DONLEY, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC., MICHAEL RAPINO, and JOE BERCHTOLD,<br><br>Defendants. | Case No. 2:23-cv-06343-KK-AS<br><br>**LEAD PLAINTIFFS' NOTICE OF UNOPPOSED MOTION FOR CLASS DISTRIBUTION ORDER**<br><br>Hearing Date:  January 22, 2026<br>Hearing Time: 9:30 a.m.<br>Location: Courtroom 3<br>Judge: Kenly Kiya Kato |

MOTION FOR CLASS DISTRIBUTION ORDER

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, on January 22, 2026 at 9:30 a.m., or as soon thereafter as the Parties[1] may be heard by the Honorable Kenly Kiya Kato, in Courtroom 3 of the George E. Brown, Jr. United States Courthouse, 3470 12th Street, 3rd Floor, Riverside, CA 92501, Court-appointed lead plaintiffs Brian Donley and Gene Gress ("Lead Plaintiffs") will, and hereby do, move the Court for entry of the concurrently filed [Proposed] Class Distribution Order.

In support of this motion, Lead Plaintiffs submit herewith: (1) a Memorandum of Law in Support of Lead Plaintiffs' Unopposed Motion for Class Distribution Order; (2) the Declaration of Adam D. Walter in Support of Lead Plaintiffs' Unopposed Motion for Class Distribution Order; and (3) the Declaration of Lauren Barnes of the Public Justice Foundation.

Lead Counsel conferred with Defendants' Counsel with respect to this motion. Defendants' counsel has authorized Lead Counsel to represent that Defendants do not oppose this motion.

Respectfully submitted,

Dated: December 24, 2025

**THE ROSEN LAW FIRM, P.A.**

By: */s/Joshua Baker*
Laurence M. Rosen (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

---

[1] Unless otherwise defined, all capitalized terms used herein have the meanings ascribed to them in the Stipulation and Agreement of Settlement, dated March 21, 2025. *See* ECF No. 89-1.

Phillip Kim (*pro hac vice*)
Joshua Baker (*pro hac vice*)
101 Greenwood Avenue, Suite 440
Jenkintown, PA 19046
Telephone: (215) 600-2817
Facsimile: (212) 202-3827
Email: pkim@rosenlegal.com
Email: jbaker@rosenlegal.com

**GLANCY PRONGAY & MURRAY LLP**
Robert V. Prongay
Ex Kano S. Sams II
Garth Spencer
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: rprongay@glancylaw.com
Email: esams@glancylaw.com
Email: gspencer@glancylaw.com

*Co-Lead Counsel for Plaintiffs*

**THE LAW OFFICES OF FRANK R. CRUZ**
Frank R. Cruz
1999 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067
Telephone: (310) 914-5007

*Additional Counsel for Brian Donley*

MOTION FOR CLASS DISTRIBUTION ORDER