Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Co-Lead Counsel for Plaintiffs and the
Settlement Class*

[*Additional Counsel of Signature Page*]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN DONLEY, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> LIVE NATION ENTERTAINMENT, INC., MICHAEL RAPINO, and JOE BERCHTOLD, <br><br> Defendants. | No. 2:23-cv-06343-KK (ASx) <br><br> **NOTICE OF NON-OPPOSITION TO MOTION FOR CLASS ACTION DISTRIBUTION ORDER AND WAIVER OF ORAL ARGUMENT** <br><br> CLASS ACTION <br><br> Date: January 22, 2026 <br> Time: 9:30 a.m. <br> Courtroom: 3 <br> Judge: Hon. Kenly Kiya Kato |

1

NOTICE OF NON-OPPOSITION TO MOTION FOR CLASS DISTRIBUTION ORDER AND WAIVER OF
ORAL ARGUMENT; Case No. 2:23-cv-06343-KK (ASx)

Lead plaintiffs Brian Donley and Gene Gress (collectively, "Lead Plaintiffs"), submit this notice of non-opposition to Plaintiffs' Unopposed Motion for Class Distribution Order ("Motion") (Dkt. No. 104).[1] Lead Plaintiffs filed the Motion on December 24, 2025, with a motion date of January 22, 2026. Pursuant to Local Civil Rule 7-9, the deadline to oppose the Motion was January 2, 2026. No opposition has been filed. Accordingly, subject to the consent of the Court, Lead Plaintiffs hereby waive oral argument on their unopposed Motion pursuant to Local Civil Rule 7-15. *See also* Fed. R. Civ. P. 78(b) ("the court may provide for submitting and determining motions on briefs, without oral hearings").

The Court should grant the unopposed Motion to allow the Claims Administrator to distribute the Net Settlement Fund to Settlement Class Members who have submitted valid claims. Granting the unopposed Motion on the papers will expedite the distribution of Settlement proceeds to investors and represents the final procedural step in concluding this Action. Courts in this District routinely grant similar unopposed motions for the distribution of class action settlement funds expeditiously and without a hearing. *See, e.g.*, *In re Stable Road Acquisition Corp. Sec. Litig.*, No. 2:21-cv-5744-JFW (C.D. Cal.) (Dkt. No. 220) ("Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that this matter is appropriate for decision without oral argument."); *Likas v. ChinaCache Int'l Holdings Ltd.*, No. 2:19-cv-6942-JWH (C.D. Cal.) (Dkt. No. 101) ("The Court finds that the Motion for Disbursement of funds [ECF No. 98] is appropriate for resolution without a hearing."); *Wang v. Dada Nexus Ltd.*, No. 2:24-cv-239-SVW (C.D. Cal.) (Dkt. No. 8-83); C.D. Cal. L.R. 7-15."); *In re GTT*

---

[1] All capitalized terms used herein that are not otherwise defined have the meanings ascribed to them in the Stipulation and Agreement of Settlement dated March 21, 2025 (Dkt. No. 89-1).

NOTICE OF NON-OPPOSITION TO MOTION FOR CLASS DISTRIBUTION ORDER AND WAIVER OF ORAL ARGUMENT; Case No. 2:23-cv-06343-KK (ASx)

*Commc'ns, Inc. Sec. Litig.*, No. 2:21-cv-270-DOC (C.D. Cal.) (Dkt. No. 68); *Farrar v. Workhorse Grp., Inc.*, No. 2:21-cv-2072-CJC (C.D. Cal.) (Dkt. No. 125).

Accordingly, Lead Plaintiffs respectfully request that the Court sign and enter the [Proposed] Class Distribution Order (Dkt. No. 104-4).

Respectfully submitted,

Dated: January 5, 2026

**THE ROSEN LAW FIRM, P.A.**

By: */s/Joshua Baker*
Laurence M. Rosen (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Phillip Kim (*pro hac vice*)
Joshua Baker (*pro hac vice*)
101 Greenwood Avenue, Suite 440
Jenkintown, PA 19046
Telephone: (215) 600-2817
Facsimile: (212) 202-3827
Email: pkim@rosenlegal.com
Email: jbaker@rosenlegal.com

**GLANCY PRONGAY & MURRAY LLP**
Robert V. Prongay
Ex Kano S. Sams II
Garth Spencer
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: rprongay@glancylaw.com
Email: esams@glancylaw.com

3

Email: gspencer@glancylaw.com

*Co-Lead Counsel for Plaintiffs and the
Settlement Class*

**THE LAW OFFICES OF FRANK
R. CRUZ**
Frank R. Cruz
1999 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067
Telephone: (310) 914-5007

*Additional Counsel for Brian Donley*

NOTICE OF NON-OPPOSITION TO MOTION FOR CLASS DISTRIBUTION ORDER AND WAIVER OF
ORAL ARGUMENT; Case No. 2:23-cv-06343-KK (ASx)